# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 3160 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| EGAN MARINE, INC., *in personam*, | ) | |
| MOTOR VESSEL LISA E, *in rem*, and | ) | |
| TANK BARGE EMC-423, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
ERIC S. PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
Eric.Pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served on June 6, 2008 on counsel of record pursuant to the district court's ECF system.

                                    s/ Eric S. Pruitt
                                    ERIC S. PRUITT
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 353-5496