AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern _____ DISTRICT OF _____ Illinois

UNITED STATES OF AMERICA,

    Plaintiff,

V.

EGAN MARINE, INC., in personam, MOTOR VESSEL LISA E, in rem, and TANK BARGE EMC-423, in rem.

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08CV3160
JUDGE COAR
MAGISTRATE JUDGE COX

TO: (Name and address of defendant)

Egan Marine, Inc.
15200 Canal Bank Road
P.O. Box 669
Lemont, IL 60439

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN R. CAMPBELL
Senior Trial Counsel
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*

--------------------------------------
(By) DEPUTY CLERK

DATE

**June 2, 2008**

--------------------------------------
Date

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 6-10-08 |
| NAME OF SERVER (PRINT) Robert Chiappamo, Sr | TITLE | Process Server |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Corp Serve, Cynthia Egan - Admin Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-16-08
Date

Signature of Server

825 N. Cass Ave #308
Westmont, IL 60559
Address of Server

MJ Brooks

OFFICIAL SEAL
M J BROOKS
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION EXPIRES:03/05/12