**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 3160

UNITED STATES OF AMERICA,
vs.
EGAN MARINE, INC., in personam, MOTOR VESSEL LISA E, in rem, and TANK BARGE EMC-423, in rem,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EGAN MARINE, INC., in personam, MOTOR VESSEL LISA E, in rem, and TANK BARGE EMC-423, in rem,

| | |
|---|---|
| NAME (Type or print) Jennifer Curtin Timm | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jennifer Curtin Timm | |
| FIRM Egan Marine Corporation | |
| STREET ADDRESS P.O. Box 669 | |
| CITY/STATE/ZIP Lemont, IL 60439 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6229091 | TELEPHONE NUMBER 630-739-0947 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |