IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 3160 |
| ) | |
| EGAN MARINE, INC., in personam, MOTOR ) | Judge Coar |
| VESSEL LISA E, in rem, and TANK BARGE ) | |
| EMC-423, in rem, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

### MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** the Defendants, EGAN MARINE, INC., in personam, MOTOR VESSEL LISA E, in rem, and TANK BARGE EMC-423, in rem, by and through its attorneys, Jennifer C. Timm, and moves this court to extend the time for to answer or otherwise plead to the to the verified complaint of the Plaintiff, United States of America ("USA").

1)  USA brought a Verified Complaint ("complaint") against Defendants seeking, *inter alia*, damages as a result of a January 11, 2005 occurrence. USA's complaint was served on Defendants on June 10, 2008.

2)  At the time of the complained of occurrence, Defendants were covered under a vessel owner pollution marine insurance policy issued by Great America Insurance Company ("Great American"), policy no. OMH 538-93-12 (04), with a policy period of December 22, 2004 through December 22, 2005.

3)  On June 16, 2008, Defendants tendered the defense of this case to Great American.

4)  To date, Great American has not responded to Defendants' tender.

5)  Defendants respectfully request an additional 21 days to answer or otherwise plead to Plaintiff's verified complaint. Counsel for Defendants personally consulted with counsel

for USA, and USA's counsel, Stephen R. Campbell, authorized Defendants' counsel to report that USA has no objection to the motion to extend.

WHEREFORE, Defendants, EGAN MARINE, INC., in personam, MOTOR VESSEL LISA E, in rem, and TANK BARGE EMC-423, in rem, pray this court enter an order extending time to answer or otherwise plead to the verified complaint of the Plaintiff.

Respectfully submitted,

s/Jennifer Curtin Timm
Jennifer Curtin Timm
Attorney for Defendants
ARDC: 6229091
Attorney for Defendant
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois 60439
(630) 739-0947
Fax: (630) 739-4455

## CERTIFICATE OF SERVICE

I,, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing **Appearance, Notice of Motion** and **Motion for an Extension of Time to Answer or Otherwise Plead**, electronically referenced herein to all attorneys of record, at their listed addresses, on June 30, 2008.

                                           s/Jennifer Curtin Timm
                                           Jennifer Curtin Timm
                                           Attorney for Defendants
                                           ARDC: 6229091
                                           Attorney for Defendant
                                           Egan Marine Corporation
                                           15200 East Canal Bank Road
                                           P.O. Box 669
                                           Lemont, Illinois  60439
                                           (630) 739-0947
                                           Fax:  (630) 739-4455

## SERVICE LIST

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EGAN MARINE, INC., in personam, MOTOR ) <br> VESSEL LISA E, in rem, and TANK BARGE ) <br> EMC-423, in rem, ) <br> ) <br> Defendants. ) | Case No. 08 CV 3160 <br><br> Judge Coar <br><br> Magistrate Judge Cox |

### NOTICE OF MOTION

To: See Attached Service List

    On Thursday, July 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, Chicago, Illinois and shall then and there present Defendants' **MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                                Respectfully submitted,

                                                s/Jennifer Curtin Timm
                                                Jennifer Curtin Timm
                                                Attorney for Defendants
                                                ARDC: 6229091
                                                Attorney for Defendant
                                                Egan Marine Corporation
                                                15200 East Canal Bank Road
                                                P.O. Box 669
                                                Lemont, Illinois  60439
                                                (630) 739-0947
                                                Fax: (630) 739-4455

CERTIFICATE OF SERVICE

I, Jennifer Curtin Timm, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing **Appearance, Notice of Motion** and **Motion for an Extension of Time to Answer or Otherwise Plead**, electronically referenced herein to all attorneys of record, at their listed addresses, on June 30, 2008.

                                                  s/Jennifer Curtin Timm
                                                  Jennifer Curtin Timm
                                                  Attorney for Defendants
                                                  ARDC: 6229091
                                                  Attorney for Defendants
                                                  Egan Marine Corporation
                                                  15200 East Canal Bank Road
                                                  P.O. Box 669
                                                  Lemont, Illinois 60439
                                                  (630) 739-0947
                                                  Fax: (630) 739-4455

**SERVICE LIST**

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026
Email: Stephen.Campbell@usdoj.gov