## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States Of America

                Plaintiff,

v.                                                Case No.: 1:08−cv−03160
                                                Honorable David H. Coar

Egan Marine, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Defendants Egan Marine, Inc, Motor Vessel Lisa E, Tank Barge EMC−423 for extension of time to file answer regarding complaint [8] is granted. Defendant to answer or plead on or before 7/25/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.