IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 3160 |
| ) | |
| EGAN MARINE, INC., in personam, MOTOR ) | Judge Coar |
| VESSEL LISA E, in rem, and TANK BARGE ) | |
| EMC-423, in rem, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: See Attached Service List

    On Thursday, July 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, Chicago, Illinois and shall then and there present Defendants' **EMERGENCY MOTION FOR ENLARGEMNT OF TIME TO ANSWER, MOTION TO PRESERVE EVIDENCE OR, IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION TO PRESERVE EVIDENCE.**

                                            Respectfully submitted,

                                            s/Jennifer Curtin Timm
                                            Jennifer Curtin Timm
                                            Attorney for Defendants
                                            ARDC: 6229091
                                            Attorney for Defendant
                                            Egan Marine Corporation
                                            15200 East Canal Bank Road
                                            P.O. Box 669
                                            Lemont, Illinois 60439
                                            (630) 739-0947
                                            Fax: (630) 739-4455

## CERTIFICATE OF SERVICE

I, Jennifer Curtin Timm, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing **Emergency Motion for Enlargement of Time to Answer, Motion to Preserve Evidence or, in the Alternative, Motion for Preliminary Injunction to Preserve Evidence**, electronically referenced herein to all attorneys of record, attorney for CITGO and CITGO at their listed addresses, on July 23, 2008.

        s/Jennifer Curtin Timm
        Jennifer Curtin Timm
        Attorney for Defendants
        ARDC: 6229091
        Attorney for Defendants
        Egan Marine Corporation
        15200 East Canal Bank Road
        P.O. Box 669
        Lemont, Illinois  60439
        (630) 739-0947
        Fax:  (630) 739-4455

## SERVICE LIST

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026
Email:  Stephen.Campbell@usdoj.gov

J. Dwight LeBlanc
Chaffe McCall, LLP
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163
(504) 585-7013
Email:  leblanc@chaffe.com

Charles G. Stark, Plant Manager
CITGO Petroleum Corporation
3737 South Cicero Avenue
Cicero, IL 60804-4577
(708) 780-5759 (fax)
Email: cstark@citgo.com