IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 3160 |
| ) | |
| EGAN MARINE, INC., in personam, MOTOR ) | Judge Coar |
| VESSEL LISA E, in rem, and TANK BARGE ) | |
| EMC-423, in rem, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## NOTICE OF EMERGENCY MOTION

PLEASE TAKE NOTICE that on July 24, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable David H. Coar, in the room usually occupied by him, Room 1419, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Emergency Motion for Leave to File Appearance**, a copy of which is attached herein.

Respectfully submitted,

By: s/John P. Arranz
One of the Attorneys for Defendants

Dated: July 23, 2008

Michael J. Maher (6191018)
John P. Arranz (6280810)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue
Suite 3300
Chicago, Illinois 60611
(312) 321-9100

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that a true and complete copy of the foregoing **NOTICE OF EMERGENCY MOTION** was served upon the following parties via operation of the Northern District of Illinois Electronic Filing System on this 23rd day of July 2008:

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026

J. Dwight LeBlanc
Chaffe McCall, LLP
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163
(504) 585-7013
leblanc@chaffe.com

Jennifer Curtin Timm
ARDC: 6229091
Attorney for Defendants
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois  60439
(630) 739-0947
Fax:  (630) 739-4455

                                                  */s/ John P. Arranz*