## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 CV 3160

UNITED STATES OF AMERICA vs. EGAN MARINE, INC.,
in personam, MOTOR VESSEL LISA E, in rem, and TANK
BARGE EMC-423, in rem


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EGAN MARINE CORPORATIION, in personam, MOTOR VESSEL LISA E, in rem, and
TANK BARGE EMC-423, in rem (collectively "EMC Defendants")

| |
|---|
| NAME (Type or print) <br> John P. Arranz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John P. Arranz |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 North Wabash Avenue |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280810 | TELEPHONE NUMBER <br> (312) 321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |