IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 3160 |
| ) | |
| EGAN MARINE, INC., in personam, MOTOR ) | Judge Coar |
| VESSEL LISA E, in rem, and TANK BARGE ) | |
| EMC-423, in rem, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 5, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable David H. Coar, in the room usually occupied by him, Room 1419, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Swanson, Martin & Bell, LLP's Motion to Withdraw and for Additional Time to Answer or Otherwise Plead**, a copy of which is attached herein.

Respectfully submitted,

By: *s /John P. Arranz*
One of the Attorneys for Defendants

Dated: July 31, 2008

Michael J. Maher (6191018)
John P. Arranz (6280810)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue
Suite 3300
Chicago, Illinois  60611
(312) 321-9100

**CERTIFICATE OF SERVICE**

 The undersigned, an attorney, states that a true and complete copy of the foregoing **NOTICE OF EMERGENCY MOTION** was served upon the following parties via operation of the Northern District of Illinois Electronic Filing System on this 31st day of July 2008:

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
(202) 616-4026

Jennifer Curtin Timm
ARDC: 6229091
Attorney for Defendants
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois 60439
(630) 739-0947
Fax: (630) 739-4455

*/s/ John P. Arranz*