Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3160 | DATE | 7/24/2008 |
| CASE TITLE | USA vs. Egan Marine, INc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/24/2008 regarding # 10 & 12. As agreed by the parties, MOTION by Defendants Egan Marine, Inc, Motor Vessel Lisa E, Tank Barge EMC-423 Extension of Time & Preserve Evidence [10] and Motion by Defendant [12] Egan Marine, Inc. For leave to file appearance are granted. Leave granted Swanson, Martin & Bell, LLP to file an additional appearance on behalf of all defendants. ENTER ORDER

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|