IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 3160 |
| ) | |
| EGAN MARINE, INC., in personam, MOTOR ) | Judge Coar |
| VESSEL LISA E, in rem, and TANK BARGE ) | |
| EMC-423, in rem, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANTS' EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOTION TO PRESERVE EVIDENCE OR, IN THE ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION TO PRESERVE EVIDENCE**

This matter comes on Defendants' motions, Counsel for Plaintiff, Defendants and CITGO Corporation being present and heard by the court,

IT IS HEREBY ORDERED: Movant shall inspect, evaluate and remove all remnants of Barge-423 at movant's expense within thirty days, or by close of business August 25, 2008, from the CITGO facility at 3737 S. Cicero, Chicago, Illinois. Egan shall pay $726 as rent for this thirty-day period.

SO ORDERED.

Dated: 07/24/08

David H. Coar

United States District Judge