# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3160 | **DATE** | 8/4/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. EGAN MARINE, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Motion of John Paul Arranz to withdraw as attorney [16] for defendant Egan Marine, Inc. is granted. Motion by defendant Egan Marine, Inc. for extension of time to file answer regarding amended complaint by 8/26/2008 [16] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|