IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 CV 3160 |
| | ) |
| EGAN MARINE CORPORATION, *in personam*, | ) Judge Coar |
| MOTOR VESSEL LISA E, *in rem*, and TANK | ) |
| BARGE EMC-423, *in rem*, | ) Magistrate Judge Cox |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:  All Attorneys of Record and Interested Parties
     See Attached Service List

On Wednesday, August 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, Chicago, Illinois and shall then and there present Defendants' **EMERGENCY MOTION TO MODIFY JULY 24, 2008 ORDER.**

Respectfully submitted,

s/Jennifer Curtin Timm
Jennifer Curtin Timm
Attorney for Defendants
ARDC: 6229091
Attorney for Defendant
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois 60439
(630) 739-0947
Fax: (630) 739-4455

## CERTIFICATE OF SERVICE

    I, Jennifer Curtin Timm, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing **Emergency Motion to Modify July 24, 2008 Order**, electronically referenced herein to all attorneys of record, attorney for CITGO, CITGO and attorneys of record in the Oliva vs. ExxonMobil, et. al., action at their e-mail listed addresses, on August 19, 2008.

                                          s/Jennifer Curtin Timm
                                          Jennifer Curtin Timm
                                          Attorney for Defendants
                                          ARDC: 6229091
                                          Attorney for Defendants
                                          Egan Marine Corporation
                                          15200 East Canal Bank Road
                                          P.O. Box 669
                                          Lemont, Illinois  60439
                                          (630) 739-0947
                                          Fax:  (630) 739-4455

**SERVICE LIST**

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
E-mail: stephen.campbell@usdoj.giv

Eric Pruitt
United States Attorney's Office, Northern District of Illinois
219 S. Dearborn St., Suite 500
Chicago, IL 60604-1702
E-mail: eric.pruitt@usdoj.gov

J. Dwight LeBlanc
Chaffe McCall, LLP
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163
(504) 585-7013
E-mail: leblanc@chaffe.com

Michael A. Synder
Snyder McGovern, LLC
12750 South Harlem Avenue, #2A
Palos Heights, IL 60463
E-mail: shiplaw@juno.com

Charles G. Stark, Plant Manager
Jason Shoff
CITGO Petroleum Corporation
3737 South Cicero Avenue
Cicero, IL 60804-4577
E-mail: cstark@citgo.com
E-mail: jshoff@citgo.com

Robert P. Walsh
Craig J. Squillace
Clifford Law Office
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
E-mail: rpw@cliffordlaw.com
E-mail: cjs@cliffordlaw.com

Edward B. Ruff, III
Michael P. Turiello
Natalia M. Delgado
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
E-mail: eruff@pretzel-stouffer.com
E-mail: mturiello@pretzel-stouffer.com
E-mail: ndelgado@pretzel-stouffer.com