UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

United States Of America
                                 Plaintiff,

v.                                                      Case No.: 1:08−cv−03160
                                                     Honorable David H. Coar

Egan Marine, Inc, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

       MINUTE entry before the Honorable David H. Coar:Emergency motion by defendants Egan Marine, Inc, Motor Vessel Lisa E, Tank Barge EMC−423 for reconsideration regarding order [21] is denied. The Court admonishes Egan Marine, etal that if it notices another motion that is not an emergency, sanctions will be entered. Motion hearing held on 8/20/2008 regarding motion for reconsideration [21]. The order of 7/24/2008 is amended to the extent: Movant shall inspect, evaluate and remove all remnants of Barge−423 at movant's expense by close of business 9/12/2008 or as to some other time as Judge Kennelly provides. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.