# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                Case Number:       1:08-cv-3160

*United States of America v. Egan Marine, Inc., et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Egan Marine, Inc.

Motor Vessel Lisa E

Tank Barge EMC-423

| | |
|---|---|
| NAME (Type or print) | Christopher H. White |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/   Christopher White | |
| FIRM          Ross, Dixon & Bell, LLP | |
| STREET ADDRESS          55 West Monroe Street, Suite 3000 | |
| CITY/STATE/ZIP          Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6280031 | TELEPHONE  NUMBER          (312) 759-1920 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")       N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")       Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")       N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")       N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL                    APPOINTED COUNSEL | |

963866 v 1