UNITED STATES OF DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 1:08-cv-3160 |
| ) | |
| Plaintiff, ) | Judge Coar |
| ) | Magistrate Cox |
| ) | |
| v. ) | |
| ) | |
| EGAN MARINE CORPORATION, *in* ) | |
| *personam*, MOTOR VESSEL LISA E, *in rem*, ) | |
| TANK BARGE EMC-423, *in rem*, ) | |
| ) | In Admiralty |
| Defendants. ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on the 3rd day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1419, in the Dirksen Federal Building, Chicago, Illinois, and present Defendants' *Motion to Dismiss*, which along with this Notice, is hereby served upon you.

Respectfully Submitted,

/s/ Christopher H. White
Attorney for Defendants

Christopher H. White (Bar No. 6280031)
ROSS, DIXON & BELL, LLP
55 West Monroe Street
Suite 3000
Chicago, Illinois 60603
(312) 759-1920 (telephone)
(312) 759-1939 (facsimile)

Of Counsel:

David H. Sump (Pending *pro hac vice* application)
Christopher A. Abel (Pending *pro hac vice* application)
TROUTMAN SANDERS, LLP
150 West Main Street
Suite 1600
Norfolk, Virginia 23510
(757) 640-0004 (telephone)
(757) 687-7510 (facsimile)

Jennifer Curtin Timm (Bar No. 6229091)
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois 60439
(630) 739-0947 (telephone)
(630) 739-4455 (facsimile)

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on this 26th day of August, 2008, I caused a true and complete copy of the foregoing pleading to be served on the following counsel by electronic means through use of the Court's CM/ECF system:

Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Ben Franklin Station
Washington, DC 20044
E-mail: stephen.campbell@usdoj.gov

Eric Pruitt
United States Attorney's Office,
Northern District of Illinois
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
E-mail: eric.pruitt@usdoj.gov

/s/ Christopher H. White
Attorney for Defendants

Christopher H. White (Bar No. 6280031)
ROSS, DIXON & BELL, LLP
55 West Monroe Street
Suite 3000
Chicago, Illinois 60603
(312) 759-1920 (telephone)
(312) 759-1939 (facsimile)

Of Counsel:

David H. Sump (Pending *pro hac vice* application)
Christopher A. Abel (Pending *pro hac vice* application)
TROUTMAN SANDERS, LLP
150 West Main Street
Suite 1600
Norfolk, Virginia 23510
(757) 640-0004 (telephone)
(757) 687-7510 (facsimile)

Jennifer Curtin Timm (Bar No. 6229091)
Egan Marine Corporation
15200 East Canal Bank Road
P.O. Box 669
Lemont, Illinois 60439
(630) 739-0947 (telephone)
(630) 739-4455 (facsimile)