**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:        08 CV 3160

UNITED STATES OF AMERICA, Plaintiff

and

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Applicant for Intervention.

v.

EGAN MARINE, CORP. *in personam*, MOTOR VESSEL LISA E, *in rem*, and TANK BARGE EMC-423, *in rem*, Defenants.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Great American Insurance Company of New York


| | |
|---|---|
| NAME (Type or print) <br> Dirk E. Ehlers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Dirk E. Ehlers | |
| FIRM <br> Duane Morris LLP | |
| STREET ADDRESS <br> 190 South LaSalle Street, Suite 3700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198475 | TELEPHONE  NUMBER <br> 312.499.6791 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") <br> No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") <br> Yes | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") <br> No | |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")

No

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL