U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number:    08 CV 3160

UNITED STATES OF AMERICA, Plaintiff

and

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Applicant for Intervention.

v.

EGAN MARINE, CORP. *in personam*, MOTOR VESSEL LISA E, *in rem*, and TANK BARGE EMC-423, *in rem*, Defenants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Great American Insurance Company of New York

| |
|---|
| NAME (Type or print) <br> John T. Schriver |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ John T. Schriver |
| FIRM <br> Duane Morris LLP |
| STREET ADDRESS <br> 190 South LaSalle Street, Suite 3700 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2507692 | TELEPHONE NUMBER <br> 312.499.6785 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") <br> No |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") <br> Yes |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") <br> Yes |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") <br> No |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL           APPOINTED COUNSEL |