IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>      Plaintiff,<br><br>      and<br><br>**GREAT AMERICAN INSURANCE<br>COMPANY OF NEW YORK**<br>      Applicant for Intervention.<br><br>      v.<br><br>**EGAN MARINE, INC.** *in personam*,<br>**MOTOR VESSEL LISA E,** *in rem*, and<br>**TANK BARGE EMC-423,** *in rem*,<br>      Defendants | No.: 08 CV 3160<br><br>Judge Coar<br>Magistrate Judge Cox |

## NOTICE OF MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that on September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Intervenor Great American Insurance Company of New York ("GAIC"), by and through its counsel John T. Schriver and Dirk E. Ehlers, shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 of the Dirksen Federal Courthouse, Chicago, Illinois, and shall then and there present GAIC's Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b), with accompanying Memorandum of Law, Declaration of Dirk E. Ehlers, and proposed Declaratory Judgment Complaint in Intervention filed contemporaneously herewith.

2

                          GREAT AMERICAN INSURANCE
                          COMPANY OF NEW YORK

                          By: /s/ Dirk E. Ehlers
                                  One of their Attorneys


John T. Schriver (ARDC #2507692)
Dirk E. Ehlers (ARDC #6198475)
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, Illinois  60603-3433
Telephone:  312.499.6700
Facsimile:  312.499.6701

James W. Carbin (Application for Pro Hac Vice Submitted)
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, New Jersey  07102
Telephone:  973.424.2000
Facsimile:  973.424.2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2008 I caused a copy of the Notice of Motion to Intervene, Motion to Intervene, Proposed Complaint in Intervention, Memorandum in Support of Motion to Intervene, and Declaration of Dirk E. Ehlers to be served through the electronic delivery system of the U.S. District Court for the Northern District of Illinois, and by U.S. regular mail, upon:

>Stephen R. Campbell
>U.S. Department of Justice
>Civil Division, Torts Branch, Aviation & Admiralty Litigation
>Ben Franklin Station
>P.O. Box 14271
>Washington, DC  20044-4271
>
>AUSA
>United States Attorney's Office (NDIL)
>219 South Dearborn Street
>Suite 500
>Chicago, IL  60604
>(312) 353-5300
>
>Christopher Howard White
>Ross Dixon & Bell, LLP
>55 West Monroe Street
>Suite 3000
>Chicago, IL  60603-5758
>
>Jennifer Curtin Timm
>Egan Marine Corporation
>P.O. Box 669
>Lemont, IL  60439

          /s/ Dirk E. Ehlers