IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br><br>    **and**<br><br>**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK**<br>    **Applicant for Intervention.**<br><br>    **v.**<br><br>**EGAN MARINE, CORP.** *in personam,*<br>**MOTOR VESSEL LISA E,** *in rem*, **and**<br>**TANK BARGE EMC-423,** *in rem*,<br>    **Defendants** | **No.: 08 CV 3160**<br><br>**Judge Coar**<br>**Magistrate Judge Cox** |

## INTERVENORS' FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Intervenor, Great American Insurance Company of New York ("GAIC"), pursuant to Federal Rules of Civil Procedure 7.1 and Rule L.R. 3.2 of the Local General Rules, state as follows:

1. GAIC is not a publicly held or traded corporation.

2. GAIC is wholly owned by Great American Insurance Company, which is wholly owned by American Financial Group, Inc.

          Respectfully submitted,

          By: /s/ Dirk E. Ehlers
              One of Intervenors' Attorneys

John T. Schriver (ARDC #2507692)
Dirk E. Ehlers (ARDC # 6198475)
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, Illinois  60603
Telephone:  312.499.6700
Facsimile:  312.499.6701

James W. Carbin (Application for Pro Hac Vice Submitted)
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, New Jersey  07102
Telephone:  973.424.2000
Facsimile:  973.424.2001