UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

United States Of America

         Plaintiff,

v.                 Case No.: 1:08−cv−03160
                 Honorable David H. Coar

Egan Marine, Inc, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

  MINUTE entry before the Honorable David H. Coar: Application to Appear Pro Hac Vice, receipt number 07520000000003037248 (Abel, Christopher) [24] is granted. Application to Appear Pro Hac Vice, receipt number 07520000000003040595 (Sump, David)[27] is granted. Application to Appear Pro Hac Vice, receipt number 07520000000003064584 (Carbin, James) [42] is granted. Set deadlines/hearing as to motion to intervene[38] : Responses (if any) due by 9/9/2008. Motion to intervene [38] is entered and continued for Motion Hearing on 9/16/2008 at 09:00 AM. Parties need not appear on the presentment date of 9/4/2008 for document # 38.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.