# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 3160 |
| ) | |
| EGAN MARINE CORPORATION, ) | Judge Coar |
| *in personam,* ) | Magistrate Judge Cox |
| MOTOR VESSEL LISA E, *in rem,* and ) | |
| TANK BARGE EMC-423, *in rem,* ) | |
| ) | In Admiralty |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **September 9, 2008 at 9:00 a.m.**, we shall appear before the Honorable Judge David H. Coar in Room 1419 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Motion for Leave to File Additional Appearances on behalf of Defendants Egan Marine Corporation, Motor Vessel Lisa E, and Tank Barge EMC-423**, and served the same via electronic mail using the CM/ECF system on September 4, 2008:

                    Respectfully submitted,

                    s/   Thomas W. Mulcahy
                    Bar Number (06272757)
                    CRISHAM & KUBES, LTD.
                    30 North LaSalle Street, Suite 2800
                    Chicago, Illinois 60602
                    (312) 327-2500
                    tmulcahy@crishamlaw.com

John P. O'Malley
Thomas W. Mulcahy
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

Doc:288654

## CERTIFICATE OF SERVICE

      I, Thomas W. Mulcahy, hereby certify that on September 4, 2008 I electronically filed the foregoing Notice of Motion and Motion for Leave to File Additional Appearances on behalf of Defendants Egan Marine Corporation, Motor Vessel Lisa E and Tank Barge EMC-423 with the Clerk of the Court using the CM / ECF system which sent notification of such filing to the herein named attorneys on the service list and shall comply with L.R. 5.7 as to any party who is not a Filing User or represented by a Filing User.

                                            s/   Thomas W. Mulcahy
                                            Thomas W. Mulcahy
                                            Bar Number (06272757)

*Service List*
*Attorneys for Plaintiff*
*United States of America*
AUSA
United States Attorney's Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL  60604
(312) 353-5300
USAILN.ECFAUSA@usdoj.gov

Stephen R. Campbell
U.S. Dept. of Justice
Civil Div., Torts Branch, Aviation & Admiralty
P.O. Box 14271
Ben Franklin Station
Washington, DC  20044-4271
D.C. Bar No. 348540
Tel:  (202) 616-4026
Fax:  (202) 616-4002
stephen.campbell@usdoj.gov

Eric S. Pruitt
United States Attorney's Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL  60604
(312) 353-5496
312-353-2067 (fax)
eric.pruitt@usdoj.gov

***Attorneys for Great American***
***Insurance Company of New York***
James W. Carbin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102
(973) 424-2000
Fax:   (973) 424-2001
jwcarbin@duanemorris.com

Dirk Edgar Bacon Ehlers
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL  60603
(312) 499-6700
Fax:  (312) 499-6701
deehlers@duanemorris.com

John T. Schriver
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL  60603
(312) 499-6700
Fax:  (312) 499-6701
deehlers@duanemorris.com


***Attorney for Egan Marine, Inc.***
***Motor Vessel Lisa E***
***Tank Barge EMC-423***
Christopher Alan Abel
David Harian Sump
Troutman Sanders LLP
150 W. Main Street, Suite 1600
Norfolk, VA  23510
(757) 687-7535
chris.abel@troutmansanders.com
david.sump@troutmansanders.com 


John Paul Arranz
Swanson, Martin & Bell
330 N. Wabash,  Suite 3300
Chicago, IL  60611
(312) 321-9100
jarranz@smbtrials.com

Doc:288654                            -3-

Jennifer Curtin Timm
Egan Marine Corporation
P.O.Box 669
Lemont, IL  60439
(630) 739-0947
(630) 739-4455 (fax
jenniver_timm@live.com

Christopher Howard White
Ross Dixon & Bell LLP
55 W. Monroe Street, Suite 3000
Chicago, IL  60603
(312) 759-5930
cwhite@rdblaw.com