UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3160 |
| | ) | |
| EGAN MARINE CORPORATION, | ) | Judge Coar |
| *in personam,* | ) | Magistrate Judge Cox |
| MOTOR VESSEL LISA E, *in rem,* and | ) | |
| TANK BARGE EMC-423, *in rem,* | ) | |
| | ) | In Admiralty |
| Defendants. | ) | |

### MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES ON BEHALF OF EGAN MARINE CORPORATION, MOTOR VESSEL LISA E, and TANK BARGE EMC-423

NOW COME Attorneys John P. O'Malley and Thomas W. Mulcahy and respectfully request that this Honorable Court grant them leave to file additional appearances on behalf of Egan Marine Corporation, Motor Vessel Lisa E., and Tank Barge EMC-423. In support thereof, counsel states as follows:

1. On August 28, 2008, Great American Insurance Company of New York filed a Motion to Intervene in the instant lawsuit [Docket Entry No. 39]. The Motion to Intervene was scheduled for presentment on September 4, 2008, but was entered and continued for hearing to September 16, 2008, with responses to be filed by September 9, 2008. [Docket Entry No. 44].

2. John P. O'Malley and Thomas W. Mulcahy are fully admitted to the United States District Court for the Northern District of Illinois and are counsel of record in a previously filed lawsuit captioned *Egan Marine Corporation, et al. v. Great American Insurance Company of New York* that was filed in 2005 before Judge Kennelly (No. 05 C 5295).

3.      Egan Marine Corporation, Motor Vessel Lisa E, and Tank Barge EMC-423 have requested that Attorneys O'Malley and Mulcahy enter their additional appearances in this matter for purposes of responding to the Motion to Intervene.

WHEREFORE, John P. O'Malley and Thomas W. Mulcahy respectfully request that this Honorable Court grant them leave to file additional appearances on behalf of Egan Marine Corporation, Motor Vessel Lisa E, and Tank Barge EMC-423 for the purpose of responding to Great American Insurance Company of New York's Motion to Intervene and for any other and further relief that this Court deems just and appropriate.

Respectfully submitted,

By: _____/s/ Thomas W. Mulcahy_____

John P. O'Malley
Thomas W. Mulcahy
Crisham & Kubes, Ltd.
30 N. LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 327-2500
Atty. No.: 6272757
tmulcahy@crishamlaw.com
jomalley@crishamlaw.com