**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:    08 CV 3160

UNITED STATES OF AMERICA, Plaintiff

and

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Applicant for Intervention.

v.

EGAN MARINE CORP. *in personam*, MOTOR VESSEL LISA E, *in rem*, and TANK BARGE EMC-423,

*in rem*, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

EGAN MARINE CORPORATION

M/V LISA E

TANK BARGE EMC-423

| | |
|---|---|
| NAME (Type or print) <br> Christopher A. Abel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>       /s/   Christopher A. Abel | |
| FIRM       Troutman Sanders, LLP | |
| STREET ADDRESS       150 W. Main Street, Suite 1600 | |
| CITY/STATE/ZIP       Norfolk, VA  23510 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   (757) 687-7535 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")       Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")       N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")       N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")       Y | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                    APPOINTED COUNSEL

Case 1:08-cv-03160 Document 49 Filed 09/05/2008 Page 2 of 2