**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 08cv3160 |
| | ) | |
| Plaintiff, | ) | Judge Coar |
| | ) | Magistrate Judge Cox |
| v. | ) | |
| | ) | |
| EGAN MARINE, INC., *in personam*, | ) | |
| MOTOR VESSEL LISA E, *in rem*, and | ) | |
| TANK BARGE EMC-423, *in rem*, | ) | |
| | ) | In Admiralty |
| Defendants | ) | |
| | ) | |

TO:    Clerk of Court
       United States District Court
       Northern District of Illinois

## NOTICE OF APPEARANCE

Defendant, United States of America, provides Notice that the undersigned

attorney, Robert E. Kelly, is making an appearance in the above-captioned case.  The

United States respectfully requests the Clerk to note the appearance of the undersigned

attorney to whom Notice of Electronic Filing will be transmitted in this case.

DATED: September 5, 2008

                              Respectfully Submitted,

                              GREGORY KATSAS
                              Assistant Attorney General

                              PATRICK FITZGERALD
                              United States Attorney

ERIC PRUITT
Assistant United States Attorney


/s/ Robert E. Kelly
STEPHEN CAMPBELL
Senior Trial Attorney
D.C. Bar. No. 348540
ROBERT E. KELLY
Trial Attorney
IL Bar No. 68571
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Ben Franklin Station
Washington, DC 20044-4271
Tel:    (202) 616-4031
Fax:    (202) 616-4002
robert.kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008 I electronically filed the United States of America's Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

CHRISTOPHER H. WHITE
ROSS, DIXON & BELL, LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603

JENNIFER C. TIMM
EGAN MARINE CORP.
15200 E. Canal Bank Rd.
Lemont, IL 60439

Attorneys for Defendant
Egan Marine Corporation

JOHN T. SCHRIVER
DIRK E. EHLERS
DUANE MORRIS LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433

Attorneys for Intervening Party
Great American Insurance
Company of New York


                                      /s/ Robert E. Kelly
                                      ROBERT E. KELLY