# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil Action No. 08cv3160 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Chang |
| v. | : | Magistrate Judge Cox |
| | : | |
| EGAN MARINE CORPORATION, | : | |
| *in personam*, MOTOR VESSEL LISA E, *in rem*, and TANK BARGE EMC-423, *in rem*, | : | In Admiralty |
| | : | |
| Defendants & Third Party Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| EXXON MOBIL CORPORATION, and EXXONMOBIL OIL CORPORATION | : | |
| | : | |
| Third Party Defendants. | : | |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR A LIMITED EXTENSION OF TIME TO TENDER THE REPORT OF AN EXPERT WITNESS**

The United States, by and through the undersigned counsel, requests an extension of 14 days to tender the report of an expert witness, Dr. John DeHaan. In support thereof, the United States, states as follows:

1. Pursuant to Judge David Coar's Scheduling Order the United States is required to designate expert witnesses on January 26, 2011. (Dkt. 138).

2. On January 26, 2011, the United States will designate seven expert witnesses, including Dr. John DeHaan.

3. Concurrent with that designation the United States will provide counsel of record with copies of the reports, curriculum vitae and other information required pursuant to Fed. R. Civ. P. 26.

4. Due to a scheduling conflict, Dr. DeHaan will not be prepared to tender his expert report on January 26, 2011; however with a limited extension of time he will be able to tender his report. Dr. DeHaan is expected to testify regarding the combustibility/flammability of the cargo and vapors aboard the EMC 423 on January 19, 2005.

5. The United States conferred with counsel for Egan Marine Corporation and ExxonMobil regarding an extension of time. Both parties indicated that they would not oppose the United States' request.

6. Therefore, the United States requests an extension of time to tender Dr. DeHaan's expert report until February 9, 2011. The United States will provide counsel with copies of the remaining documents required under Fed. R. Civ. P. 26 on January 26, 2011.

7. Concurrent with the extension of time for the United States to provide Dr. DeHaan's expert report, the United States also requests a corresponding extension of time for both Egan Marine and ExxonMobil to provide the reports of any experts that those parties have who intend to testify regarding similar subject matter.

## CONCLUSION

For the above-mentioned reasons, the United States requests the Court grant its Motion for an Extension of Time.

DATED: January 24, 2011

                                          Respectfully Submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          PATRICK FITZGERALD
                                          United States Attorney

                                          ERIC PRUITT
                                          Assistant United States Attorney

                                          STEPHEN CAMPBELL
                                          Senior Trial Attorney
                                          D.C. Bar. No. 348540


                                           /s/ Robert Kelly
                                          ROBERT E. KELLY
                                          Trial Attorney
                                          IL Bar No. 68571
                                          Torts Branch, Civil Division
                                          U. S. Department of Justice
                                          P. O. Box 14271
                                          Ben Franklin Station
                                          Washington, D.C. 20044-4271
                                          Tel:   (202) 616-4031
                                          Fax:   (202) 616-4002
                                          robert.kelly@usdoj.gov

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2011 I filed the foregoing document with the Clerk of Court using the CM/ECF system which will provide electronic notification to the following:

CHRISTOPHER H. WHITE
Troutman Sanders LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603

CHRISTOPHER ALAN ABEL
DAVID HARLAN SUMP
Troutman Sanders LLP
150 W. Main St., Suite 1600
Norfolk, VA 23510

DAVID ANDERSON
EGAN MARINE CORP.
15200 E. Canal Bank Rd.
Lemont, IL 60439

Attorneys for Defendant &
Third Party Plaintiff
Egan Marine Corporation

EDWARD B. RUFF III
MICHAEL P. TURIELLO
MIMI KIM
PRETZEL & STOUFFER, CHARTERED
One South Wacker Dr., Suite 2500
Chicago, IL 60606

Attorneys for Third Party Defendant
Exxon Mobil Corporation and
ExxonMobil Oil Corporation

    /s/ Robert Kelly
ROBERT E. KELLY