# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3160 | **DATE** | 8/9/2011 |
| **CASE TITLE** | United States of America vs. Egan Marine Corporation, *et al.* | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendant/Third-Party Plaintiff Egan Marine Corporation's Motion to Dismiss is denied. Defendant/Third-Party Plaintiff Egan Marine Corporation's Motion to Strike the Government's Expert Witnesses is granted in part and denied in part. Defendant/Third-Party Plaintiff Egan Marine Corporation's Motion to Strike Portions of Exxon's Statement of Material Facts is granted in part and denied in part. Third-Party Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation's Motion for Summary Judgment is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|