# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil Action No. 08cv3160 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Leinenweber |
| v. | : | Magistrate Judge Cox |
| | : | |
| EGAN MARINE CORPORATION, | : | |
| *in personam*, MOTOR VESSEL LISA E, *in rem*, and TANK BARGE EMC-423, *in rem*, | : | In Admiralty |
| | : | |
| Defendants. | : | |

## THE UNITED STATES OF AMERICA'S THIRD MOTION IN LIMINE

The United States of America, by and through undersigned counsel, moves to preclude Egan Marine Corporation ("Egan Marine") from using as evidence at trial the prior testimony of Dennis Michael Egan's before the United States Coast Guard's One-Man Formal Board of Investigation convened to determine the cause of the EMC 423's explosion.

DATED: August 30, 2011

                                                    Respectfully Submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    PATRICK FITZGERALD
                                                    United States Attorney

                                                    ERIC PRUITT
                                                    Assistant United States Attorney

        STEPHEN CAMPBELL
Senior Trial Counsel
D.C. Bar. No. 348540

/s/ Robert Kelly
ROBERT E. KELLY
Trial Attorney
IL Bar No. 68571
DOUGLAS HOTTLE
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Ben Franklin Station
Washington, D.C. 20044-4271
Tel:    (202) 616-4031
Fax:    (202) 616-4002
robert.kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Of Counsel:
LT Michael Petta
United States Coast Guard
Ninth District Legal
1240 E. 9th Street
Cleveland, OH 44199

## CERTIFICATE OF SERVICE

       I hereby certify that on August 30, 2011 I filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to the following:

CHRISTOPHER H. WHITE
Troutman Sanders LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603

CHRISTOPHER ALAN ABEL
DAVID HARLAN SUMP
Troutman Sanders LLP
150 W. Main St., Suite 1600
Norfolk, VA 23510

DAVID ANDERSON
EGAN MARINE CORP.
15200 E. Canal Bank Rd.
Lemont, IL 60439

Attorneys for Defendants

                                                                          /s/ Robert Kelly
                                                                          ROBERT E. KELLY