# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 3160 |
| Egan Marine Corporation | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court finds for Egan Marine on Counts I and II of the Complaint; that a civil penalty of $100,000 is appropriate under Count III of the complaint ; and that the Government has effectively waived its claims in Count IV by its failure to address them meaningfully in its post-trial briefing.

Michael W. Dobbins, Clerk of Court

Date: 10/13/2011 _____

/s/ Wanda A. Parker, Deputy Clerk