# Exhibit 3A
## (Part 4 of 7)

## Invoices to Affidavit of Warren J. Marwedel

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

MAY 31, 2006

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 02/28/06 | PHOTOCOPY EXPENSE 2 @ .08 EACH | | .16 |
| 02/28/06 | PHOTOCOPY EXPENSE 7 @ .08 EACH | | .56 |
| 03/31/06 | PHOTOCOPY EXPENSE 4 @ .08 EACH | | .32 |
| 03/31/06 | PHOTOCOPY EXPENSE 78 @ .08 EACH | | 6.24 |
| 03/31/06 | PHOTOCOPY EXPENSE 256 @ .08 EACH | | 20.48 |

| | | | |
|--|--|--|--|
| TOTAL COSTS AND DISBURSEMENTS | | $ | 27.76 |
| NET CURRENT BILLING | | $ | 10,222.26 |
| TOTAL BALANCE DUE | | $ | 10,974.74 |
| | | | ============ |

FEE SUMMARY

| | HOURS | RATE | AMOUNT |
|--|-------|------|--------|
| William P. Ryan | 9.40 Hrs | 205.00/Hr | 1,927.00 |
| Stephanie A. Espinoza | 3.40 Hrs | 180.00/Hr | 612.00 |
| Shari L. Friedman | 2.00 Hrs | 205.00/Hr | 410.00 |
| Warren J. Marwedel | 33.70 Hrs | 215.00/Hr | 7,245.50 |
| TOTAL | 48.50 Hrs | $ | 10,194.50 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 10,222.26 | | | 752.48 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

AUGUST 09, 2006
INVOICE   010556

21408   014
Ms. Julia Price
Great American Insurance Co.
Ocean Marine Division
65 Broadway
20th Floor
New York, NY 10006

Egan Marine Corp - Barge EMC-423
Ref.No.: 976-517481

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

BALANCE BROUGHT FORWARD
07/05/06    Payment applied to 10340

$   10,974.74
9,310.76-

TOTAL BALANCE BROUGHT FORWARD

$    1,663.98

LEGAL SERVICES FOR THE PERIOD ENDING JUNE 30, 2006

04/03/06

04/06/06

04/10/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

04/12/06

04/13/06

04/14/06

04/17/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

04/18/06

04/19/06

04/20/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

04/24/06

04/25/06

04/26/06

04/27/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

04/28/06

05/01/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

05/02/06

05/03/06

05/04/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

05/08/06

05/15/06

05/16/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

05/17/06

05/18/06

05/19/06

05/22/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

05/23/06

05/24/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

05/25/06

05/26/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

05/30/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

06/01/06

06/02/06

06/05/06

06/06/06

      SAE Draft claim preamble submission to National    .80     144.00
      Pollution Funds Center for limitation or
      exoneration from liability for EMC.

06/07

06/08

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 06/09/06 | | | .0 |
| | SAE Review National Pollution Funds Center decisions regarding limitation of liability for oil spill in preparation for drafting of claim submission to Fund (OK per J. Price). | 1.20 | 216.00 |
| | WJM Review of issues and legal arguments to be made to OPA 90 Fund re subrogation for G.A. | 1.30 | 279.50 |
| 06/15/06 | WJM Review list of exhibits from hearing in preparation for brief to OPA 90 Fund to decide which to use. | 1.50 | 322.50 |
| 06/16/06 | WJM Review of U.S. Coast Guard regulations and issues we need to argue before OPA 90 Fund to get Great American money (OK per J. Price). | 1.50 | 322.50 |
| 06/21/06 | SAE Draft detailed correspondence to National Pollution Funds Center in support of claim submission for exoneration from or limitation of liability. | 7.20 | 1,296.00 |
| 06/22/06 | WPR | | |
| | WPR | | |
| | WPR Study the testimony of the ExxonMobil employees and documents produced by ExxonMobil during the Coast Guard hearing to assist in identifying additional documents to request from ExxonMobil. | .80 | 164.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | SAE Draft detailed correspondence to National Pollution Funds Center in support of claim submission for exoneration from or limitation of liability. | 6.80 | 1,224.00 |
| | WJM Analysis of technical data of CSO production at Exxon for ideas for U.S. Coast Guard brief. | 1.70 | 365.50 |
| 06/23/06 | WPR Telephone conference with Thomas Bajzek, an electrical engineering expert with Engineering Systems, Inc., regarding possible ignition sources for the explosion, including static electricity. | .50 | 102.50 |
| | WPR Telephone conference with our refining expert, Don Flessner, regarding the draft subpoena for records and samples to ExxonMobil and his suggestions for changes to the subpoena. | .40 | 82.00 |
| | WPR Telephone conferences with Dennis Egan regarding the draft subpoena for records and samples to ExxonMobil and his suggestions for changes to the subpoena. | .30 | 61.50 |
| | WPR Exchange emails with our refining expert, Don Flessner, regarding the draft subpoena for records and samples to ExxonMobil and his suggestions for changes to the subpoena and study the suggested changes. | .50 | 102.50 |
| | WPR Draft additional provisions for the subpoena for records and samples to ExxonMobil. | .80 | 164.00 |
| 06/26/06 | | | |
| | WJM Receipt correspondence from J. Price re expert Flessner. | .10 | 21.50 |
| 06/27/06 | | | |
| 06/29/06 | WJM Analysis of possible static electricity discharge as source of explosion of EMC 423. | 2.20 | 473.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Material considered was information from U.S. Coast Guard hearing, video tape of explosion, opinions from expert Atherton and expert Flessner. | | |
| 06/30/06 WJM | Continue analysis of possible static electricity as cause of EMC 423 explosion by review of materials listed on 6-29 time sheet. | 1.80 | 387.00 |

TOTAL FEES FOR SERVICES    136.40  $  26,948.50

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
JUNE 30, 2006

| | | | |
|------|-------------|-------|--------|
| 04/22/06 | Delivery/Messengers To D. Egan 4/18 (OK per J. Price) Mercury | | 30.80 |
| 04/22/06 | Delivery/Messengers To D. Flessner 4/19 (OK per J. Price) Mercury | | 32.26 |
| 04/30/06 | PHOTOCOPY EXPENSE 54 @ .08 EACH | | 4.32 |
| 04/30/06 | PHOTOCOPY EXPENSE 159 @ .08 EACH | | 12.72 |
| 04/30/06 | PHOTOCOPY EXPENSE 99 @ .08 EACH | | 7.92 |
| 04/30/06 | PHOTOCOPY EXPENSE 4 @ .08 EACH | | .32 |
| 04/30/06 | PHOTOCOPY EXPENSE 104 @ .08 EACH | | 8.32 |
| 04/30/06 | PHOTOCOPY EXPENSE 44 @ .08 EACH | | 3.52 |
| 04/30/06 | PHOTOCOPY EXPENSE 67 @ .08 EACH | | 5.36 |
| 04/30/06 | PHOTOCOPY EXPENSE 54 @ .08 EACH | | 4.32 |
| 04/30/06 | PHOTOCOPY EXPENSE 159 @ .08 EACH | | 12.72 |
| 04/30/06 | PHOTOCOPY EXPENSE 152 @ .08 EACH | | 12.16 |
| 04/30/06 | PHOTOCOPY EXPENSE 67 @ .08 EACH | | 5.36 |
| 05/31/06 | PHOTOCOPY EXPENSE 40 @ .08 EACH | | 3.20 |
| 05/31/06 | PHOTOCOPY EXPENSE 102 @ .08 EACH | | 8.16 |
| 06/03/06 | Delivery/Messengers To USCG 5/30 (OK per J. Price) Mercury | | 25.99 |

TOTAL COSTS AND DISBURSEMENTS    $    177.45

NET CURRENT BILLING    $  27,125.95

TOTAL BALANCE DUE    $  28,789.93
                     ============

| DATE | DESCRIPTION | | | HOURS | AMOUNT |
|------|-----------|-----|-----|------:|-------:|

FEE SUMMARY

| | | | | | |
|------|------|------|------|------:|
| Laura Schiller Huseby | 3.90 Hrs | 190.00/Hr | 741.00 |
| William P. Ryan | 36.10 Hrs | 195.00/Hr | 7,039.50 |
| William P. Ryan | 6.40 Hrs | 205.00/Hr | 1,312.00 |
| Robert L. Reeb | 1.50 Hrs | 195.00/Hr | 292.50 |
| Stephanie A. Espinoza | 11.40 Hrs | 170.00/Hr | 1,938.00 |
| Stephanie A. Espinoza | 16.00 Hrs | 180.00/Hr | 2,880.00 |
| Warren J. Marwedel | 39.10 Hrs | 205.00/Hr | 8,015.50 |
| Warren J. Marwedel | 22.00 Hrs | 215.00/Hr | 4,730.00 |
| TOTAL | 136.40 Hrs | | $ 26,948.50 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 27,125.95 | 911.50 | | 752.48 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

SEPTEMBER 08, 2006
INVOICE 010681

21408 014
Ms. Julia Price
Great American Insurance Co.      Egan Marine Corp - Barge EMC-423
Ocean Marine Division             Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| BALANCE BROUGHT FORWARD | | | $ 28,789.93 |
| LEGAL SERVICES FOR THE PERIOD ENDING AUGUST 31, 2006 | | | |
| 07/06/06 WJM | Considering arguments to use in U.S.C.G. brief re subrogation for Great American for estimated $7,000,000. This is an extended document with many exhibits. | 1.30 | 279.50 |
| 07/07/06 | | | |
| 07/17/06 WPR | Work on preparation of a comprehensive report to the Pollution Fund setting forth the facts of the incident, the evidence regarding the cause of the incident and the theories regarding the cause of the explosion. This is a very long document | 4.60 | 943.00 |
| WPR | Study the transcript of the testimony at the Coast Guard hearing of John Peterson of Viking Pumps and the report of John Peterson for information to include in the comprehensive position paper to the Pollution Fund. | .70 | 143.50 |
| WPR | Study the report of Detroit Diesel regarding the two diesel engines on the EMC 423 for information to include in the comprehensive position paper to the Pollution Fund. | .40 | 82.00 |
| WPR | Study the report of Volcanic Heaters, Inc. | .30 | 61.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | regarding the thermal fluid heater on the EMC 423 for information to include in the comprehensive position paper to the Pollution Fund. | | |
| 07/18/06 WPR | Study the transcript of the testimony at the Coast Guard hearing of Dennis H. Egan, in July 2005, regarding the configuration of the standpipe and bleed valve on the cargo pump for information to include in the comprehensive position paper to the Pollution Fund. | 1.00 | 205.00 |
| WPR | Study the transcript of the testimony at the Coast Guard hearing of Jeffrey Bromberek on July 6, 2005 regarding the heat tracing lines on the cargo pump for testimony to use in the position paper to the Pollution Fund. | .70 | 143.50 |
| WPR | Study the transcript of the testimony at the Coast Guard hearing of Captain Dennis Egan on July 12, 2005 for testimony to use in support of the position paper to the Pollution Fund. | .70 | 143.50 |
| WPR | Continue working on a comprehensive report to the Pollution Fund regarding the the facts of the incident and the theories regarding the cause of the explosion. | 2.60 | 533.00 |
| 07/19/06 WPR | Finish studying the transcript of the testimony of Captain Dennis Michael Egan on July 12, 2005 for testimony to use in support of the position paper to the Pollution Fund. | 1.60 | 328.00 |
| WPR | Study the transcript of the testimony of engineer Bill Rodgers on July 7, 2005 for testimony to use in support of the position paper to the Pollution Fund. | .70 | 143.50 |
| WPR | Begin studying the transcript of the testimony of Joseph Oliva at the Coast Guard hearing on April 13, 2005 for testimony to use in support of the position paper to the Pollution Fund. | .40 | 82.00 |
| 07/20/06 WJM | Work on brief to U.S.C.G. Fund. Selecting exhibits re same, from four boxes of exhibits. | 1.10 | 236.50 |
| 07/21/06 WJM | Review Exxon MSDS re CSO and issues raised | 1.30 | 279.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | concerning USCG hearing, Capt. Carter's comments (USCG) and Exxon loading requirements for CSO. | | |
| 07/24/06 WJM | Consider impact of Exxon changing temperature of its product as a result of explosion and refer to Flessner's (expert) report. Consider action to take re USCG hearing. | .80 | 172.00 |
| 07/26/06 WPR | Telephone conference with marine chemist Jerry Bernardo regarding the report from Don Flessner and the theories regarding the composition of the clarified slurry oil and of the explosion. | .40 | 82.00 |
| | WJM Consider new facts received from confidential sources re USCG hearing/report re USCG talking to witnesses and where to include information in comprehensive report. | 1.10 | 236.50 |
| 07/27/06 | | | |
| 07/28/06 WPR | Continue preparation of a comprehensive report and analysis of the cause of the explosion to the Pollution Fund. | 1.00 | 205.00 |
| 08/03/06 WPR | Study the documents from SGS regarding the prior loads of clarified slurry oil and include information regarding those loads in the position paper to the Pollution Fund. | .80 | 164.00 |
| 08/04/06 WPR | Study the transcript of the testimony of Luis Sanchez of ExxonMobil at the Coast Guard hearing to locate testimony to use in support of the position letter to the Pollution Fund. | 1.20 | 246.00 |
| | WPR Study the transcript of the testimony of Gary Fite of ExxonMobil at the Coast Guard hearing to locate testimony to use in support of the position letter to the Pollution Fund. | .80 | 164.00 |
| | WPR Study the transcript of the testimony of Jason | .90 | 184.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Hainline of ExxonMobil at the Coast Guard hearing to locate testimony to use in support of the position letter to the Pollution Fund. | | |
| | WPR Complete studying the transcript of the testimony of Joseph Oliva of Egan Marine at the Coast Guard hearing to locate testimony to use in support of the position letter to the Pollution Fund. | .70 | 143.50 |
| | WPR Continue preparation of the position letter to the Pollution Fund. | 1.20 | 246.00 |
| 08/07/06 | | | |
| 08/08/06 | WPR Study the transcript of the testimony of Bill Rodgers at the Coast Guard hearing on April 12, 2005 to locate testimony to use in support of the position letter to the Pollution Fund. | 1.70 | 331.50 |
| | WPR Study the Coast Guard regulations regarding tank vessels and operating procedures to find regulations that support the position of Egan Marine for use in the position letter to the Pollution Fund. | 1.70 | 331.50 |
| | WPR Continue drafting the lengthy and comprehensive position letter to the Pollution Fund. | 1.60 | 312.00 |
| 08/09/06 | WPR Study the transcript of the testimony of Andy Chanda at the Coast Guard hearing to obtain testimony to support the position letter to the Pollution Fund. | 2.70 | 553.50 |
| | WPR Complete studying the transcript of the testimony of Bill Rodgers at the Coast Guard hearing on April 12, 2005 to find testimony to use to support the position letter to the Pollution Fund. | .80 | 164.00 |
| | WPR Receipt and review of a letter from the National Pollution Funds Center regarding the Coast Guard's claim for expenses and other claims submitted to the Fund. | .30 | 61.50 |
| | WPR Continue preparation of a comprehensive position letter to the National Pollution Funds Center. | 1.80 | 369.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |
| | WJM Telephone conference with consultant T. Neumann re completion of his report for inclusion in comprehensive site report to USCG. | .30 | 64.50 |
| 08/10/06 | WPR Begin studying the transcript of the testimony of Captain Dennis Michael Egan at the Coast Guard hearing on April 17, 2006 to obtain testimony to support the position letter to the Pollution Fund. | 1.50 | 307.50 |
| 08/11/06 | WJM Review of materials we may need to send to OPA 90 Fund, including Neumann, consultant, reports and invoices to support claim against Fund for Great America subrogation of $7,000,000.00. | 3.20 | 688.00 |
| 08/14/06 | WPR Complete studying the transcript of the testimony of Captain Dennis Michael Egan at the Coast Guard hearing on April 7, 2005 to locate testimony to use to support the position letter to the Pollution Fund. | 1.80 | 369.00 |
| | WPR Study the transcript of the testimony of Dan Egan at the Coast Guard hearing to locate testimony to use to support the position letter to the Pollution Fund. | 1.70 | 348.50 |
| 08/15/06 | | | |
| 08/17/06 | WPR Study the report and transcript of the testimony of Special Agent John Gamboa of the | 1.20 | 246.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
| | Bureau of Alcohol, Tobacco, Firearms and Explosives at the Coast Guard hearing to obtain testimony to use in the position letter to the Pollution Fund. | | |
| | WPR Study the transcript of the testimony of Peter Lamanna, a fire marshal for the City of Chicago, at the Coast Guard hearing to obtain testimony to use in the position letter to the Pollution Fund. | .80 | 164.00 |
| | WPR Study the transcript of the testimony of Gerard Christensen of ExxonMobil to obtain testimony to use in the position letter to the Pollution Fund. | 1.00 | 205.00 |
| | WPR Continue preparation of a comprehensive position paper to the Pollution Fund. | 1.30 | 266.50 |
| | WPR Analyze the Coast Guard exhibits regarding the condition and technical examinations and testing of the EMC 423 and its equipment for purposes of the position letter to the Coast Guard. | .80 | 164.00 |
| | WJM Correspondence with J. Price re OPA 90 Fund and status of report to Fund and participation by T. Neumann. | .20 | 43.00 |
| | WJM Telephone conference with J. Price re status and brief project for OPA 90 and help from Neumann. | .30 | 64.50 |
| | WJM Correspondence with U.S. Coast Guard fund, Mr. Campbell, re U.S. Coast Guard and EMC positions on legal issues. | .30 | 64.50 |
| | WJM Further work on brief to OPA 90 Fund re EMC position on legal issues, drafting and considering strategy and topics to develop. | 2.20 | 473.00 |
| | WJM Review correspondence from U.S. Coast Guard OPA 90 Fund, re cost invoice (Campbell). | .20 | 43.00 |
| | WJM Telephone conference with T. Neumann, consultant, re what is needed for OPA 90 Fund and status of that project. | .30 | 64.50 |

08/21/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Telephone conference with T. Neumann, consultant, re status of final reports and materials for the OPA 90 Fund. | .40 | 86.00 |
| 08/23/06 | WPR Continue preparation of a comprehensive (over 25 pages) report to the Pollution Fund setting forth Great American and Egan Marine's position regarding the cause of the explosion. | 2.60 | 533.00 |
| 08/24/06 | | | |
| 08/25/06 | WPR Continue preparation of the comprehensive report to the Pollution Fund, including sections addressing the chemical analysis of the clarified slurry oil and the allegations that Alex Oliva may have used a torch and analysis of ExxonMobil's material safety data sheet for the clarified slurry oil. | 3.50 | 717.50 |
| 08/29/06 | WPR Study the reports of the salvage operations that were prepared by Tom Neumann to obtain information to include in the position paper to the Pollution Fund. | 1.50 | 307.50 |
| | WPR Continue preparation of the comprehensive position paper to the Pollution Fund. | .80 | 164.00 |
| | WJM Telephone conference with consultant Neumann re long project for OPA 90 Fund re subrogation. | .40 | 86.00 |
| 08/30/06 | WPR Analyze OSHA regulations regarding Material Safety data Sheets and the correspondence from OSHA regarding ExxonMobil's MSD Sheet. | .70 | 143.50 |
| 08/31/06 | WPR Complete the first draft of the comprehensive report to the Pollution Fund. | 2.40 | 492.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Go on line to review U.S. Coast Guard OPA 90 Forms and procedures for any changes in Fund application to make sure our application is correct for Great American. | .50 | 107.50 |
| | WJM Examine consultant Neumann's daily activity reports during clean up of EMC 423 spill to determine when barge was raised to about 4" from surface and U.S. Coast Guard ordered it stopped. (Large bankers box of documents). | 1.70 | 365.50 |
| | WJM Review email from Neumann re preparation of his 1446 page record of clean up. | .10 | 21.50 |
| | WJM Telephone conference with consultant Neumann re his further work on OPA 90 Fund application. | .30 | 64.50 |
| | TOTAL FEES FOR SERVICES | 76.20 | $ 15,783.00 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
AUGUST 31, 2006

| 08/31/06 | PHOTOCOPY EXPENSE 12 @ .08 EACH | | .96 |
|----------|--------------------------------|--|------|
| 08/31/06 | PHOTOCOPY EXPENSE 20 @ .08 EACH | | 1.60 |
| 08/31/06 | PHOTOCOPY EXPENSE 17 @ .08 EACH | | 1.36 |
| 08/31/06 | PHOTOCOPY EXPENSE 66 @ .08 EACH | | 5.28 |

| | TOTAL COSTS AND DISBURSEMENTS | $ | 9.20 |
|--|-------------------------------|---|------|
| | NET CURRENT BILLING | $ | 15,792.20 |
| | TOTAL BALANCE DUE | $ | 44,582.13 |

| DATE | DESCRIPTION | | HOURS | AMOUNT |
|------|-------------|---|-------|--------|

FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William P. Ryan | 50.00 Hrs | 205.00/Hr | 10,250.00 |
| William P. Ryan | 5.00 Hrs | 195.00/Hr | 975.00 |
| Warren J. Marwedel | 21.20 Hrs | 215.00/Hr | 4,558.00 |
| TOTAL | 76.20 Hrs | | $ 15,783.00 |

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 42,918.15 | | 911.50 | 752.48 |

OCTOBER 13, 2006
INVOICE   010778

21408   014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| BALANCE BROUGHT FORWARD | | | $  44,582.13 |
| 09/25/06 | Payment applied to 10556 | | 27,125.95- |
| 10/12/06 | Payment applied to 10681 | | 15,760.20- |
| | TOTAL BALANCE BROUGHT FORWARD | | $   1,695.98 |

LEGAL SERVICES FOR THE PERIOD ENDING SEPTEMBER 30, 2006

| | | | |
|------|-------------|-------|--------|
| 09/01/06 WJM | Review U.S. Coast Guard hearing record and exhibits for amounts of CSO in each tank and significance of hot product in tanks being transferred to EMC 423. | .80 | 172.00 |
| 09/05/06 WPR | Work on revisions and additions to the comprehensive position letter to the Pollution Fund. | .60 | 123.00 |
| WJM | Continue examination of piping diagrams and aerial photos of Exxon Mobil and analysis for additions to report to OPA 90 Fund. | 2.30 | 494.50 |
| 09/06/06 DM | Review and analyze various issues related to claims re the OPA 90 limitation fund to be used in brief to OPA 90 Fund; | 2.00 | 420.00 |
| WJM | Work on additions to comprehensive report to OPA 90 Fund. | 2.30 | 494.50 |
| 09/07/06 WPR | Continue revisions and additions to the letter to the Pollution Fund. | .50 | 102.50 |
| WJM | Telephone conference with J. Price re status of various aspects of case and Fund drafting status. | .40 | 86.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 09/08/06 WJM | Correspondence with consultant Neumann, re OPA 90 project he is working on. | .10 | 21.50 |
| 09/13/06 WJM | Correspondence to and from T. Neumann, consultant re his report to OPA 90. | .10 | 21.50 |
| 09/14/06 WJM | Extended telephone conference with consultant Neumann re outline of Great America submission to OPA 90 Fund. | .70 | 150.50 |
| 09/15/06 WJM | Work on report to U.S. Coast Guard re subrogation for Great America by redrafting and adding some new information. | .60 | 129.00 |
| 09/19/06 | | | |
| 09/20/06 SAE | Analyze OPA limitation of liability statute to determine whether Great American or EMC are entitled to seek contribution from other parties for limitation amount (OK per J. Price). | .70 | 126.00 |
| 09/22/06 WPR | Prepare revisions and additions to the position letter to the Pollution Fund. | .70 | 143.50 |
| WJM | Review daily report sheets of consultant Neumann re people and equipment available during clean-up. documents are about 6-8 inches deep. | 1.60 | 344.00 |
| 09/25/06 WPR | Analyze issues regarding Great American's claim for recovery from the Pollution Fund. | .30 | 61.50 |
| SAE | Phone conversation with Augusto Rios, Claims Manager with the Fund, regarding the adjudication of claims and limitation of liability. | .40 | 72.00 |
| SAE | Revise memo to for Great American meeting re entitlement to recovery of removal costs after settlement with the Fund for limitation of liability, add summary of phone conversation with Augusto Rios. | 1.40 | 252.00 |
| SAE | Retrieve and review regulations relating to submitting claim with the Fund (OK per J. Price). | .80 | 144.00 |
| SAE | Draft memo to WJM re claim submission to Fund for removal costs and damages for meeting with Great American and EMC. | .70 | 126.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Analysis of inconsistent positions taken by U.S.C.G. Fund re Great American request for reimbursement. | 1.50 | 322.50 |
| 09/26/06 | SAE Complete memo to WJM re procedural requirements for filing a claim with the National Pollution Funds Center for use with meeting of Great American and EMC. | .30 | 54.00 |
| | WJM Work on additions to long brief to U.S. Coast Guard re OPA 90 application for subrogation. | 1.60 | 344.00 |
| 09/27/06 | WJM Read equipment inventories for pollution equipment used during cleanup by consultant for use on submission to OPA 90 Fund. | 1.80 | 387.00 |
| 09/29/06 | WPR Analyze 15 discs of photographs, containing over 1,000 photographs, to locate evidence to submit in support of the claim to the pollution fund. | 1.80 | 369.00 |
| | WPR Continue preparation of the claim submission to the Pollution Fund. | .80 | 164.00 |
| 09/30/06 | | | |

TOTAL FEES FOR SERVICES                    25.70  $   5,318.00

NET CURRENT BILLING                               $   5,318.00

TOTAL BALANCE DUE                                 $   7,013.98
                                                  ===========

FEE SUMMARY

| | | | |
|---|---|---|---|
| Dennis Minichello | 2.00 Hrs | 210.00/Hr | 420.00 |
| William P. Ryan | 4.70 Hrs | 205.00/Hr | 963.50 |
| Stephanie A. Espinoza | 4.30 Hrs | 180.00/Hr | 774.00 |
| Warren J. Marwedel | 14.70 Hrs | 215.00/Hr | 3,160.50 |
| TOTAL | 25.70 Hrs | $ | 5,318.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
                    EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 5,318.00 | 32.00 | | 1,663.98 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

NOVEMBER 03, 2006
INVOICE  010818

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

BALANCE BROUGHT FORWARD

| | | | |
|------|-------------|-------|--------|
| 10/31/06 | Payment applied to 10778 | | $  7,013.98 |
| | | | 5,318.00- |
| | TOTAL BALANCE BROUGHT FORWARD | | $  1,695.98 |

LEGAL SERVICES FOR THE PERIOD ENDING OCTOBER 31, 2006

| 10/02/06 WPR | Analyze the testimony of the Coast Guard's expert, Donald Cortes, at the Coast Guard hearing for information to use in the report to the Pollution Fund. | 1.50 | 307.50 |
| 10/04/06 | | | |
| 10/05/06 | | | |
| 10/06/06 | | | |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

10/08/06

10/09/06

|  | WJM | Email to expert Neumann re his project for OPA 90 Fund. | .10 | 21.50 |
| 10/10/06 | SAE | Draft correspondence to Augusto Rios of OPA 90 Fund re request for claims information for J. Price. | .30 | 54.00 |
|  | SAE | Consider Fund interpretation of subrogation and release of rights upon settlement for | .40 | 72.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | limit of liability. (Per J. Price request) | | |
| SAE | Phone conversation with Augusto Rios, claims manager for Fund, re claims information. | .20 | 36.00 |

10/16/06

| | | | | |
|------|-----|-----|-----|------|
| 10/17/06 | WJM | Telephone conference to OPA 90 Fund to find person to answer questions of Great American re subrogation. (Per J. Price request) | .30 | 64.50 |
| | WJM | Work on revisions and additions to log report to OPA 90 Fund. | .40 | 86.00 |
| | WJM | Receipt and review correspondence from T. Neumann's office re expert, Meredith, report. | .10 | 21.50 |
| 10/18/06 | WJM | Follow up telephone conference with D. Capizzi (U.S.C.G.) re subrogation issues raised by Great America. | .30 | 64.50 |
| | WJM | Review of CD of 1400 pages of submissions from Tom Neumann, consultant, for submission to OPA 90 Fund and briefly examine contents. | .40 | 86.00 |
| | WJM | Telephone conference with J. Price re OPA 90 subrogation issues. | .10 | 21.50 |
| | WJM | Email to J. Price re status of OPA 90 issues. | .10 | 21.50 |
| 10/19/06 | WJM | Work on revisions and changes to long brief to OPA 90 Fund for reimbursement/subrogation. | 1.30 | 279.50 |
| | WJM | Review U.S. Coast Guard materials (statutes, | 1.30 | 279.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | CFR's and articles) re reimbursement and EMC's ability to go after responsible third parties. (Per J. Price request) | | |
| | WJM Meeting with J. Price in preparation for settlement meeting and inform her of OPA 90 Fund positions. | .50 | 107.50 |
| 10/20/06 | WJM Review CD with 1400 documents received from consultant T. Neumann re oil spill clean up documents. | 2.00 | 430.00 |
| 10/23/06 | WPR Analyze the hearing transcripts to provide citations to the testimony in the submission to the Pollution Fund for exhibits. | .50 | 102.50 |
| | WJM Continue review of CD from expert T. Neumann re 1400 documents from him re clean up and chronology for OPA 90 Subrogation claim for Great America. | 2.20 | 473.00 |
| 10/24/06 | SAE Review Fund position on responsible party's entitlement to limitation amount. (Per J. Price request) | .30 | 54.00 |
| | WJM Extended telephone conference with OPA 90 Claims Person, Tom Morrison re claim procedures and question of Great America subrogation. | 1.00 | 215.00 |

10/25/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Continue review of CD with 1400 pages from consultant T. Neumann, re oil spill cleanup. | 2.40 | 516.00 |
| 10/26/06 | WJM Reading various documents received from consultant T. Neumann in large box of notebooks. | 1.30 | 279.50 |
| 10/27/06 | WJM Examine box of exhibits received from consultant Neumann for presentation to OPA 90 for Great America subrogation. | 1.20 | 258.00 |
| 10/30/06 | WJM Work on revisions to consultant, Neumann, report to OPA 90 Fund by review of his draft statement and comparison to exhibit notebooks (6 large binders). | 3.00 | 645.00 |
| 10/31/06 | WJM Working on draft of statement to OPA 90 Fund re Great America subrogation. | 1.60 | 344.00 |
| | TOTAL FEES FOR SERVICES | 45.00 $ | 9,375.50 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
OCTOBER 31, 2006

| 10/31/06 | PHOTOCOPY EXPENSE 5 @ .08 EACH | | .40 |
|----------|--------------------------------|--|-----|
| 10/31/06 | PHOTOCOPY EXPENSE 86 @ .08 EACH | | 6.88 |

|  | TOTAL COSTS AND DISBURSEMENTS | $ | 7.28 |
|--|------------------------------|---|------|
|  | NET CURRENT BILLING | $ | 9,382.78 |
|  | TOTAL BALANCE DUE | $ | 11,078.76 |

FEE SUMMARY

| | | | |
|---|---|---|---|
| William P. Ryan | 3.70 Hrs | 205.00/Hr | 758.50 |
| Stephanie A. Espinoza | 7.50 Hrs | 180.00/Hr | 1,350.00 |
| Warren J. Marwedel | 33.80 Hrs | 215.00/Hr | 7,267.00 |
| TOTAL | 45.00 Hrs | $ | 9,375.50 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 9,382.78 | 32.00 | | 1,663.98 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

DECEMBER 05, 2006
INVOICE 010959

21408   014
Ms. Julia Price
Great American Insurance Co.
Ocean Marine Division                    Egan Marine Corp - Barge EMC-423
65 Broadway                              Ref.No.: 976-517481
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

BALANCE BROUGHT FORWARD
11/27/06   Payment applied to 10818                          $  11,078.76
                                                                9,382.78-

           TOTAL BALANCE BROUGHT FORWARD
                                                             $   1,695.98

LEGAL SERVICES FOR THE PERIOD ENDING NOVEMBER 30, 2006

11/01/06 WJM Telephone conference with T. Neumann,           .40        86.00
             consultant, re his recent submission of draft
             materials for OPA 90 Fund (1400 pages) and his
             summary.
11/02/06

11/03/06 WPR Analyze the proposed protocol for testing of    .30        61.50
             oil samples that was received from our
             refining expert, Don Flessner.
         SAE Draft correspondence to Augusto Rios,           .30        54.00
             USCG/OPA, re claims filed against EMC.
         SAE Revise and update claims chart to include as     .30        54.00
             attachment to Rios correspondence per USCG
             request.
11/07/06 WJM Review correspondence from U.S. Coast Guard re   .20        43.00
             OPA 90 claims position.
11/08/06

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 11/09/06 WPR | Continue preparation of the claim submission and position paper to the Pollution Fund, including incorporation of citations to exhibits from the Coast Guard hearing and pages from the transcript of the hearing into the statement of facts. | 4.00 | 820.00 |
| WJM | Work on long brief to U.S. Coast Guard by annotating brief with exhibits and testimony from U.S. Coast Guard hearing materials in three boxes of documents. | 2.80 | 602.00 |
| 11/10/06 WJM | Working confidential document to U.S. Coast Guard and consider legal arguments to add to document. | 1.20 | 258.00 |
| 11/12/06 WJM | Working on review of long document from consultant T. Neumann re Great American subrogation documents for the Fund. | 1.20 | 258.00 |
| 11/13/06 WJM | Examine Neumann documents re daily equipment on site of clean-up for long brief to U.S. Coast Guard. | 1.30 | 279.50 |
| 11/14/06 WPR | Continue preparation of the submission to the Pollution Fund, including incorporation of testimony and citations to the record into the submission. | 1.60 | 328.00 |
| 11/16/06 WPR | Continue preparation of the claim submission to the Coast Guard Pollution Fund, including working on arguments regarding the conduct of the Coast Guard during the hearing and during clean-up efforts, arguments regarding ExxonMobil's intentional lowering of the flashpoint of CSO, and arguments regarding the actions of the fire department in sinking the barge. | 5.60 | 1,148.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
| | WJM Telephone conference with U.S. Coast Guard, Rios, re status of G.A. Claim documentation. | .40 | 86.00 |
| | WJM Continue work on long brief to U.S. Coast Guard re Great American subrogation for $7 million paid re clean up. | 2.20 | 473.00 |
| 11/17/06 | SAE Review and organize claims filed in limitation action for enclosure with correspondence to OPA fund manager as requested by USCG. | .60 | 108.00 |
| | SAE Revise correspondence to OPA fund manager re status of claims. | .30 | 54.00 |
| | SAE Revise claim charts for inclusion with correspondence to OPA fund manager. | .70 | 126.00 |
| | WJM Work on OPA 90 Brief by examining exhibits and transcripts to be attached to brief in support of arguments of non-liability of Egan Marine Corp.. re Great American subrogation claim. Documents are in 4 boxes and some are very detailed. | 3.20 | 688.00 |
| | WJM Consider strategy of argument for full exoneration from OPA 90 to get $2 million limitation from OPA 90 for Egan Marine Corp. | 1.20 | 258.00 |
| 11/20/06 | WJM Continue review of CD from consultant T. Neumann re his report of clean up activities for inclusion in brief to U.S. Coast Guard. CD has almost 1400 pages of technical documentation. | 1.50 | 322.50 |
| 11/27/06 | WJM Work on response to U.S. Coast Guard request for clarification on claims brought against EMC 423 in Federal Court and how that impacts Great American subrogation by analysis of OPA 90 Act applicability. | .50 | 107.50 |
| | TOTAL FEES FOR SERVICES | 36.80   $ | 7,720.00 |

P
P

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING

NOVEMBER 30, 2006

| 11/30/06 | PHOTOCOPY EXPENSE 40 @ .08 EACH | | 3.20 |
|---|---|---|---|
| | TOTAL COSTS AND DISBURSEMENTS | $ | 3.20 |
| | NET CURRENT BILLING | $ | 7,723.20 |
| | TOTAL BALANCE DUE | $ | 9,419.18 |
| | | | ========== |

FEE SUMMARY

| | | | |
|---|---|---|---|
| William P. Ryan | 11.50 Hrs | 205.00/Hr | 2,357.50 |
| Stephanie A. Espinoza | 2.20 Hrs | 180.00/Hr | 396.00 |
| Warren J. Marwedel | 23.10 Hrs | 215.00/Hr | 4,966.50 |
| TOTAL | 36.80 Hrs | $ | 7,720.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|
| 7,723.20 | | 32.00 | 1,663.98 |

JANUARY 05, 2007
INVOICE 011037

21408  014
Ms. Julia Price
Great American Insurance Co.
Ocean Marine Division          Egan Marine Corp - Barge EMC-423
65 Broadway                    Ref.No.: 976-517481
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| BALANCE BROUGHT FORWARD | | | $   9,419.18 |
| 12/19/06 | Payment applied to 10959 | | 7,633.20- |
| | TOTAL BALANCE BROUGHT FORWARD | | $   1,785.98 |

LEGAL SERVICES FOR THE PERIOD ENDING DECEMBER 31, 2006

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/04/06 | WJM | Telephone conference with T. Neumann re items to be included in submission to U.S. Coast Guard. | .40 | 86.00 |
| | WJM | Continue work on submission to U.S. Coast Guard re subrogation including strategy for subrogation against Exxon and how argument is made to U.S. Coast Guard re contents of CSO. | 2.20 | 473.00 |
| 12/05/06 | WPR | Continue preparation of a comprehensive report and position statement and claim submission to the Coast Guard Pollution Fund and incorporate the report of clean-up and recovery efforts that was prepared by Captain Tom Neumann into the report and modify Captain Neumann's report. | 5.20 | 1,066.00 |
| | WJM | Study expert Flessner's report to understand his theory of over pressurization from CSO vapors as cause of explosion and consider how that compares to theory of expert Atherton. | 1.80 | 387.00 |
| 12/06/06 | WPR | Continue work on the comprehensive report and claim submission to the Pollution Fund. | 1.40 | 287.00 |
| | SAE | Work on correspondence to Augusto Rios, NPFC, | .40 | 72.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | re claims of EMC and Great American. | | |
| | SAE Review OPA claims and claims in limitation action for inclusion with correspondence to Augusto Rios so USCG understands legal action being taken. | .60 | 108.00 |
| | SAE Draft correspondence to Tom Neumann, expert, re review of claims of CITGO in OPA 90 case. | .40 | 72.00 |
| | WJM Check U.S. Coast Guard transcripts and determine need for additional testimony for report to U.S. Coast Guard re subrogation. | 2.50 | 537.50 |
| 12/07/06 | WJM Continue work on brief to U.S. Coast Guard re OPA 90 Fund and spill by review of lab reports on oil samples and related testimony from U.S. Coast Guard hearing. | 1.70 | 365.50 |
| 12/08/06 | | | |
| 12/11/06 | | | |
| 12/12/06 | | | |
| | WJM Correspondence to J. Price re questions raised by U.S. Coast Guard regarding Limitation of Liability case filed by EMC in Chicago and how it relates to Pollution claim. | .30 | 64.50 |
| | WJM Work on report and analysis of OPA 90 Fund position re Great American subrogation claim of $7 million against Fund or Exxon. | 1.10 | 236.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/13/06 SAE | Work on correspondence to Julia Price, Dennis Egan re Fund claim procedures. | .20 | 36.00 |
| WJM | Continue work on draft report and analysis of how OPA 90 Fund works and interply with any claim Great American may wish to pursue against third parties and what risks develop to get full subrogation. | 2.80 | 602.00 |
| 12/14/06 WPR | Work on the report to Julia Price regarding the Pollution Fund and the limitation amount and calculate the limitation amount for the EMC 423 and M/V LISA E based on their gross tonnage. | .80 | 164.00 |
| SAE | Review and comment on comprehensive brief in support of OPA claim. | 2.30 | 414.00 |
| WJM | Work on additions to report to J. Price re analysis of OPA 90 reimbursement rules for consideration by Great American on its decision re subrogation. | 2.00 | 430.00 |
| 12/15/06 SAE | Review and select exhibits used in submission for limitation of liability to OPA 90 Fund. | 3.10 | 558.00 |
| SAE | Review documents prepared by Tom Neumann re barge and clarified slurry oil removal costs. | .20 | 36.00 |
| WJM | Correspondence to J. Price re report on OPA 90 rules, OPA 90 brief in support of subrogation and Exxon claim. | .50 | 107.50 |
| WJM | Continue work on long brief to U.S. Coast Guard OPA 90 Fund for Great American subrogation. | 3.40 | 731.00 |
| 12/18/06 | | | |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/19/06 | | | |
| | WJM Continue work on revisions to U.S. Coast Guard OPA 90 re Great American subrogation. | 3.00 | 645.00 |
| 12/20/06 | | | |
| | WPR Prepare changes to the report to the Pollution Fund and assemble the exhibits to the report. | 1.50 | 307.50 |
| | SAE Select and prepare documents and exhibits in preparation for OPA submission. | .30 | 54.00 |
| | SAE Confer with WJM, WPR re additional information for OPA brief submission. | .20 | 36.00 |
| | WJM Telephone conference with J. Price re status of brief to U.S. Coast Guard OPA 90 Fund, report from U.S. Coast Guard hearing in 2005, Neumanns work on invoices and opinions to Great American and EMC re third party liability. | .40 | 86.00 |
| | WJM Telephone conference with consultant T. Neumann re additional materials needed from his office for brief to U.S. Coast Guard OPA 90 Fund. | .40 | 86.00 |
| | WJM Work on additions to brief to U.S. Coast Guard OPA 90 Fund re issues of salvage master, CITGO claim and naval architect. | 3.20 | 688.00 |
| 12/21/06 | | | |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
| | WJM Telephone conference with J. Price re status of various projects for her, including long brief to U.S. Coast Guard OPA 90 Fund, Neumann report and recommendations re Exxon. | .40 | 86.00 |
| | WJM Continue work on long brief and exhibits to U.S. Coast Guard OPA 90 re Great American subrogation. | 2.50 | 537.50 |
| 12/22/06 | | | |
| 12/26/06 | | | |
| | WJM Review exhibits to be attached to OPA 90 brief, focusing on transcripts to make sure all good testimony is included. | 1.60 | 344.00 |
| 12/27/06 | | | |
| 12/28/06 | WPR Telephone conference with Tom Neumann, expert, to discuss the draft report to the Pollution Fund and his suggestions for changes to the report. | .30 | 61.50 |
| | TOTAL FEES FOR SERVICES | 68.20 | $ 13,908.00 |

P
P

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING

DECEMBER 31, 2006

| | | | |
|---|---|---|---:|
| 12/31/06 | PHOTOCOPY EXPENSE 88 @ .08 EACH | | 7.04 |
| 12/31/06 | PHOTOCOPY EXPENSE 68 @.08 EACH | | 5.44 |
| 12/31/06 | PHOTOCOPY EXPENSE 80 @ .08 EACH | | 6.40 |
| 12/31/06 | PHOTOCOPY EXPENSE 46 @ .08 EACH | | 3.68 |
| 12/31/06 | PHOTOCOPY EXPENSE 91 @ .08 EACH | | 7.28 |
| 12/31/06 | PHOTOCOPY EXPENSE 82 @ .08 EACH | | 6.56 |
| 12/31/06 | PHOTOCOPY EXPENSE 146 @ .08 EACH | | 11.68 |
| 12/31/06 | PHOTOCOPY EXPENSE 98 @ .08 EACH | | 7.84 |
| 12/31/06 | PHOTOCOPY EXPENSE 3 @ .08 EACH | | .24 |
| 12/31/06 | PHOTOCOPY EXPENSE 224 @ .08 EACH | | 17.92 |
| 12/31/06 | PHOTOCOPY EXPENSE 15 @ .08 EACH | | 1.20 |

| | | |
|---|---|---:|
| TOTAL COSTS AND DISBURSEMENTS | $ | 75.28 |
| NET CURRENT BILLING | $ | 13,983.28 |
| TOTAL BALANCE DUE | $ | 15,769.26 |

==============

FEE SUMMARY

| | | | |
|---|---|---|---:|
| William P. Ryan | 15.90 Hrs | 205.00/Hr | 3,259.50 |
| Robert L. Reeb | 0.80 Hrs | 205.00/Hr | 164.00 |
| Stephanie A. Espinoza | 16.80 Hrs | 180.00/Hr | 3,024.00 |
| Warren J. Marwedel | 34.70 Hrs | 215.00/Hr | 7,460.50 |
| TOTAL | 68.20 Hrs | $ | 13,908.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|
| 13,983.28 | 90.00 | | 1,695.98 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

FEBRUARY 15, 2007
INVOICE   011131

21408   014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| BALANCE BROUGHT FORWARD | | | $  15,769.26 |
| 02/01/07 | Payment applied to 11037 | | 13,904.28- |
| 02/02/07 | Write off per WJM | | 79.00- |
| | TOTAL BALANCE BROUGHT FORWARD | | $   1,785.98 |

LEGAL SERVICES FOR THE PERIOD ENDING JANUARY 31, 2007

01/02/07

|  | | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | DM | Review and analyze draft report to Oil Spill Fund and consideration of damages, liability and causation of explosion as basis for claiming under the Oil Pollution Fund for Great American; | 1.50 | 330.00 |
| 01/03/07 | WJM | Review expert Neumann's changes to brief to U.S. Coast Guard OPA 90 Fund and consider legal impact of his recommendations. | .40 | 90.00 |
| 01/04/07 | WJM | Correspondence to J. Price re comments on brief to OPA 90. | .20 | 45.00 |
| 01/05/07 | SAE | Follow up telephone conference with Mr. Rios of USCG, re claims information and questions regarding Fund interpretation of subrogation issues. | .10 | 19.00 |
| | WJM | Telephone conference with J. Price re status of OPA 90 and legal strategy. | .40 | 90.00 |
| | WJM | Telephone conference with consultant T. | .60 | 135.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Neumann re exhibits he is putting together for brief to USCG for subrogation. | | |
| 01/09/07 SAE | Phone conversation with Augustos Rios of USCG, re status of OPA claims and what USCG needs. | .20 | 38.00 |
| SAE | Email to WJM, WPR re details of conversation with Mr. Rios re OPA claims status and consider our interpretation of regulations. | .10 | 19.00 |
| SAE | Confer with WPR re OPA claims status, details of claims (charged lowest rate). | .20 | 38.00 |
| SAE | Search for articles relating to Chicago Sanitary and Ship Canal for inclusion in OPA brief for subrogation (OK per J. Price); | .30 | 57.00 |
| 01/10/07 WJM | Continue work on brief to U.S. Coast Guard and consider strategy of arguments in U.S. Coast Guard brief as opposed to bringing them out in suit against Exxon.  Issue is how much to disclose in brief to help prepare Exxon to defend. | 2.30 | 517.50 |
| 01/11/07 WJM | Review and consider some different exhibits to brief to U.S. Coast Guard for Great American subrogation of several million dollars. | 1.60 | 360.00 |
| 01/12/07 SAE | Revise Report to Pollution Fund to include new references to new exhibits and select best exhibits for presentation to Fund. | 1.30 | 247.00 |
| SAE | Draft summary regarding Chicago Sanitary and Ship Canal for inclusion with brief to Pollution Fund for Great American subrogation. | .70 | 133.00 |
| 01/16/07 SAE | Phone conference with Augusto Rios, claims manager at OPA Fund, re status of claims documents he is to send to us. | .10 | 19.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 01/17/07 SAE | Analyze brief to Pollution Fund in preparation for best way to present to USCG to be most persuasive. | .40 | 76.00 |
| SAE | Work on exhibits relied on in brief to Pollution Fund to make sure we have best exhibits. | .70 | 133.00 |
| WJM | Examine additional exhibits from U.S. Coast Guard hearing re cause of barge explosion, i.e. lab reports of USCG. | 1.20 | 270.00 |
| 01/18/07 SAE | Work on brief to Pollution Fund and exhibits for submission to OPA fund for subrogation. | .60 | 114.00 |
| 01/19/07 | | | |
| WJM | Continue drafting additional materials for brief to U.S. Coast Guard on Great American subrogation re changes to expert time line and adjusting tone of brief re arguments. | 2.10 | 472.50 |
| 01/23/07 WJM | Telephone conference with T. Neumann, consultant, re theories of barge explosion. | .40 | 90.00 |
| 01/25/07 SAE | Draft correspondence to Dennis Egan, Tom Neumann re OPA claims and issues he has to respond to in millions of new claims. | .30 | 57.00 |
| WJM | Making additions to brief to U.S. Coast Guard re cause of explosion for Great American subrogation. | 1.80 | 405.00 |
| 01/26/07 WJM | Finalizing exhibits for brief to U.S. Coast Guard re subrogation for Great American by determining which hearing exhibits to include. | 1.40 | 315.00 |
| 01/30/07 SAE | Revise final draft of brief to OPA, including exhibits and determine if best exhibits are included. | 1.30 | 247.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Telephone conference with J. Price re status of U.S. Coast Guard Fund, our brief and new claims from OPA 90 Fund. | .30 | 67.50 |
| | WJM Examining photos re sequence of tank explosion and how this effects U.S. Coast Guard theory re EMC and granting of OPA 90 Limitation. | 1.30 | 292.50 |
| | WJM Review correspondence from J. Price re comments on draft brief to OPA 90 Fund. | .10 | 22.50 |
| 01/31/07 | WPR Draft additional arguments to the submission to the Pollution Fund and finalize the submission. | .60 | 129.00 |
| | WPR Selection of new exhibits to be submitted with the brief to the Pollution Fund. | .40 | 86.00 |
| | WJM Making additions to brief to USCG in light of information received from EMC; | 2.10 | 472.50 |

| | | | |
|------|-------------|-------|--------|
| | TOTAL FEES FOR SERVICES | 30.10 | $  6,491.00 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
JANUARY 31, 2007

| | | |
|------|-------------|-------|
| 01/27/07 | Delivery/Messengers To T. Neumann 1/26 Mercury | 17.21 |
| 01/27/07 | Delivery/Messengers To D. Egan 1/26 Mercury | 17.21 |
| 01/31/07 | PHOTOCOPY EXPENSE 86 @ .08 EACH | 6.88 |

|  |  |  |
|---|---|---|
| TOTAL COSTS AND DISBURSEMENTS | $ | 41.30 |
| NET CURRENT BILLING | $ | 6,532.30 |
| TOTAL BALANCE DUE | $ | 8,318.28 |

| DATE | DESCRIPTION | | | HOURS | AMOUNT |
|------|------------|--|--|-------|--------|

FEE SUMMARY

| | | | | | |
|------|--------|-----------|-----------|----------|--------|
| Dennis Minichello | 2.50 Hrs | 220.00/Hr | | 550.00 | |
| William P. Ryan | 1.00 Hrs | 215.00/Hr | | 215.00 | |
| Stephanie A. Espinoza | 7.40 Hrs | 190.00/Hr | | 1,406.00 | |
| Warren J. Marwedel | 19.20 Hrs | 225.00/Hr | | 4,320.00 | |
| TOTAL | 30.10 Hrs | | $ | 6,491.00 | |

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 6,532.30 | | 90.00 | 1,695.98 |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

MARCH 12, 2007
INVOICE  011189

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| BALANCE BROUGHT FORWARD | | | $   8,318.28 |
| 03/05/07 | Credit applied to 11131 | | 34.42- |
| 03/05/07 | Payment applied to 10959 | | 90.00- |
| 03/05/07 | Payment applied to 11131 | | 6,478.88- |
| 03/09/07 | Credit applied to 11131 | | 19.00- |
| | TOTAL BALANCE BROUGHT FORWARD | | $   1,695.98 |

LEGAL SERVICES FOR THE PERIOD ENDING FEBRUARY 28, 2007

| | | | |
|------|-------------|-------|--------|
| 02/01/07 WPR | Add a section to the submission to the Pollution Fund regarding the filing of a suit against ExxonMobil by the Estate of Alex Oliva. | .40 | 86.00 |
| WJM | Continue work on brief to U.S. Coast Guard by analysis of arguments made and basis in evidence and evidence to submit. | 2.20 | 495.00 |
| 02/05/07 WJM | Thorough review of damage spread sheet from T. Neumann, expert, re all costs to be submitted to U.S. Coast Guard, and call to T. Neumann re questions on categories he used. | 1.90 | 427.50 |
| 02/06/07 WPR | Analyze the summary of pollution removal expenses received from Tom Neumann. | .30 | 64.50 |
| WPR | Draft final revisions to the submission to the Pollution Fund. | 1.50 | 322.50 |