# Exhibit 3A
## (Part 7 of 7)

## Invoices to Affidavit of Warren J. Marwedel

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | American's appeal rights concerning the denial of the request to reconsider the Coast Guard Report of Investigation. | | |
| | SAE Review correspondence from Captain Fish, USCG re presenting new evidence in investigation. | .20 | 44.00 |
| | SAE Confer with WJM re strategy in light of Coast Guard direction that new evidence can be provided directly to them. | .10 | 22.00 |
| | WJM Examine issue of expert disclosure of meeting with expert at request of D. Sump.  Consider ramification to National Pollution Fund case. | 1.10 | 280.50 |
| 02/17/11 | WJM Examine USCG FOIA responses to see what is missing in light of new metadata ruling in New York. | 1.20 | 306.00 |
| | WJM Listing and outlining issues to raise in submission to USCG to have report of investigation withdrawn. | 1.60 | 408.00 |
| | WJM Review expert Flessner notes and consider how to use or not to use. | .30 | 76.50 |
| 02/18/11 | WPR Analyze the deposition testimony of Lt. Reed and Agent Gamboa for information to include in a request to reconsider to the Coast Guard and begin working on an outline for the request to reconsider. | 2.50 | 625.00 |
| 02/21/11 | WPR Analyze the deposition testimony of Lt. Mark Hamilton for material to include in a Request to Reconsider the Coast Guard's Report of Investigation. | 1.40 | 350.00 |
| 02/22/11 | WPR Analyze the deposition testimony of Special Agents Griner and Reggio of the Coast Guard, Lt. Reed of the Coast Guard, Special Agent Hahn of the EPA and David Tuchloski of ATF for material to include in a Request to Reconsider the Coast Guard's Report of Investigation. | 3.70 | 925.00 |
| | WJM Exchange of two emails with J. Price re settlement proposal. | .20 | 51.00 |
| | WJM Email exchange with J. Price and confirm all claim numbers. | .90 | 229.50 |
| 02/24/11 | WPR Analyze issues related to settlement and the advantages of a global settlement of the US v. | .60 | 150.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Egan Marine case and the claims submitted to the National Pollution Fund. | | |
| | WPR Begin drafting an analysis of the issues related to settlement and the strategy for pursuing a settlement with the National Pollution Funds Center. | 1.60 | 400.00 |
| | WJM Review EMC criminal court docket to see what issues will impact civil suit and claim against National Pollution Fund. | .30 | 76.50 |
| 02/25/11 | WPR Draft a letter to Frank Skelly and Julia Price discussing the issues related to a settlement conference with the United States and strategy for pursuing a settlement with the National Pollution Funds Center. | 3.50 | 875.00 |
| | WJM Investigate the USCG CIS person that recently died and his impact on case. ·CWO 4 Griner by conversations with former USCG people. | .40 | 102.00 |
| 02/28/11 | WJM Exchange of emails with attorney D. Sump re death of USCG CIS agent and its inpact on all cases (Agent Griner). | .40 | 102.00 |

TOTAL FEES FOR SERVICES      49.40   $   12,217.00

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
FEBRUARY 28, 2011

| 02/01/11 | PHOTOCOPY EXPENSE 34 @ .08 EACH | | 2.72 |
|----------|--------------------------------|--|------|
| 02/07/11 | PHOTOCOPY EXPENSE 20 @ .08 EACH | | 1.60 |
| 02/07/11 | PHOTOCOPY EXPENSE 6 @ .08 EACH | | .48 |
| 02/09/11 | PHOTOCOPY EXPENSE 10 @ .08 EACH | | .80 |
| 02/11/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | | .64 |
| 02/11/11 | PHOTOCOPY EXPENSE 10 @ .08 EACH | | .80 |
| 02/22/11 | PHOTOCOPY EXPENSE 4 @ .08 EACH | | .32 |

TOTAL COSTS AND DISBURSEMENTS      $   7.36

NET CURRENT BILLING      $   12,224.36
===========

| DATE | DESCRIPTION | | | HOURS | AMOUNT |
|------|-------------|--|--|-------|--------|

FEE SUMMARY

| William P. Ryan | 19.90 Hrs | 250.00/Hr | 4,975.00 |
|-----------------|-----------|-----------|----------|
| Jennifer Turner | 0.80 Hrs | 110.00/Hr | 88.00 |
| Stephanie A. Espinoza | 4.70 Hrs | 220.00/Hr | 1,034.00 |
| Warren J. Marwedel | 24.00 Hrs | 255.00/Hr | 6,120.00 |
| TOTAL | 49.40 Hrs | | $ 12,217.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 12,224.36 | | | |

APRIL 14, 2011
INVOICE 015168

21408 014
Ms. Julia Price
Great American Insurance Co.
Ocean Marine Division
65 Broadway
20th Floor
New York, NY 10006

Egan Marine Corp - Barge EMC-423
Ref.No.: 976-517481

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD MARCH 31, 2011

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 03/01/11 | WPR | Analyze the various claims filed against the National Pollution Fund and against Egan Marine and analyze settlement strategy. | .70 | 175.00 |
| | WJM | Review dep of USCG Griner, investigator that killed himself. | 1.10 | 280.50 |
| | WJM | Review USCG website for any changes to One Man Board of Investigation procedures in preparation for brief to USCG on cause of explosion. | .60 | 153.00 |
| 03/02/11 | WPR | Exchange emails with David Sump regarding the claims paid by Egan Marine in the Limitation of Liability action and whether any of those claim involved matters paid by the National Pollution Fund and study the claims paid by Egan Marine in the Limitation of Liability action. | .40 | 100.00 |
| | WPR | Draft additional material for the letter to Julia Price regarding a possible settlement conference with the Pollution Fund. | .20 | 50.00 |
| | SAE | Return phone call of Amira, USCG, re status of FOIA appeal. | .10 | 22.00 |
| | WJM | Consider strategy for next step in application to Fund and how to use it in settlement. | .80 | 204.00 |
| | WJM | Exchange emails with counsel D. Sump re court hearing and settlement. | .30 | 76.50 |
| | WJM | Make additions to settlement letter to Price | .30 | 76.50 |

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | considering strategy of Sump cas and our own. | | |
| 03/03/11 | WPR | Attend a court appearance on Egan Marine's motion to bar the United States' expert witnesses in the United States v. Egan Marine. | 1.00 | 250.00 |
| | SAE | Draft correspondence to Captain Fish requesting that he recuse himself given the inherent conflict in his position as investigation officer. | .60 | 132.00 |
| | SAE | Make revisions to correspondence to Captain Fish re recusal after comments from WJM, WPR. | .10 | 22.00 |
| | WJM | Examine deposition of D. Egan for inconsistencies in his hearing transcript including his theory of explosion. | 2.20 | 561.00 |
| 03/07/11 | SAE | Phone conversation with Amira Moore of USCG re FOIA appeal investigation relating to digital recreation. | .20 | 44.00 |
| | SAE | Draft correspondence to Captain Fish, USCG, re status of digital recreation information requested through FOIA request. | .30 | 66.00 |
| | WJM | Examine details of claims paid by National Pollution Fund and details supporting those claims. | 2.10 | 535.50 |
| 03/08/11 | WJM | Consider issue of objection to Capt. Fish, the reviewing officer for conflict of interest and how his reaction may impact case. | .45 | 114.75 |
| | WJM | Look at what arguments should be made in settlement conference. | .50 | 127.50 |
| 03/09/11 | WPR | Study a benzene analysis report received from Egan Marine. | .20 | 50.00 |
| | WJM | Outline strategy to attack USCG report and how to get National Pollution Fund to rely on evidence and not report. Review regulations governing Fund and it's decisions on what arguments to draft in new brief. | 2.00 | 510.00 |
| 03/10/11 | WPR | Work on drafting a second request to reconsider the Coast Guard's Report of Investigation into the explosion aboard the EMC 423. | 5.80 | 1,450.00 |
| 03/14/11 | WPR | Continue drafting a second request to reconsider thr Coast Guard's report of | 3.40 | 850.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Investigation and study the deposition and hearing testimony for evidence to support the request to reconsider. | | |
| | WJM Review transcript of Lt. Reed deposition for insights of bias and mistakes in USCG report of explosion and how we may use this  in appeal brief. | 1.60 | 408.00 |
| 03/16/11 WJM | Review notes from USCG hearing in 2005 for testimony and exhibits to include in USCG appeal brief to challenge lack of factual foundation to USCG conclusions. | 3.80 | 969.00 |
| 03/17/11 WJM | Review notes from over a month of hearing testimony for items to include in appeal to USCG report to show bias and lack of evidence for USCG conclusions in report. | 5.60 | 1,428.00 |
| 03/18/11 WPR | Continue drafting a second Request to Reconsider the Coast Guard's Report of Investigation and study Coast Guard hearing and deposition transcripts for testimony to support the request to reconsider. | 5.40 | 1,350.00 |
| | WJM Consider strategy of challenging Capt. Fish, USCG as biased.  Review his involvement with spill and his role now as head of investigations. | 1.00 | 255.00 |
| 03/24/11 WPR | Continue drafting a Second Request to Reconsider the Coast Guard report of Investigation. | .80 | 200.00 |
| 03/25/11 WPR | Study the expert's report of Tom Neumann and the claims submitted by Midwest Generation and Prairie Materials and draft correspondence to David Sump with recommendations for changes to the report. | 1.40 | 350.00 |
| 03/28/11 WJM | Examine expert Capt. Neumann report for National Pollution Fund in regard to his expert report in preparation for his deposition and compare to his files kept during pollution clean up for areas missing in his report. | 1.80 | 459.00 |
| 03/29/11 WJM | Continue to examine expert Capt. Neumann report for National Pollution Fund in regard | 1.70 | 433.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | to his expert report in preparation for his deposition and compare to his files kept during pollution clean up for areas missing in his report. | | |
| 03/30/11 JT | Searched our file for documents submitted by David Sump.  Memo to WJM. | .50 | 55.00 |
| WJM | Examine revised expert report for Capt. Neumann for accuracy and content. | 1.00 | 255.00 |
| | TOTAL FEES FOR SERVICES | 47.95 | $ 12,012.75 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
MARCH 31, 2011

| 03/03/11 | PHOTOCOPY EXPENSE 16 @ .08 EACH | 1.28 |
|----------|----------------------------------|------|
| 03/07/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 03/08/11 | Meals Lunch for Meeting 2/9 U. S. Bank | 39.64 |
| 03/10/11 | PHOTOCOPY EXPENSE 71 @ .08 EACH | 5.68 |
| 03/14/11 | PHOTOCOPY EXPENSE 12 @ .08 EACH | .96 |
| 03/29/11 | PHOTOCOPY EXPENSE 13 @ .08 EACH | 1.04 |

| | | |
|---|---|---|
| TOTAL COSTS AND DISBURSEMENTS | $ | 48.68 |
| NET CURRENT BILLING | $ | 12,061.43 |
| | | ============ |

FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| William P. Ryan | 19.30 Hrs | 250.00/Hr | 4,825.00 | |
| Jennifer Turner | 0.50 Hrs | 110.00/Hr | 55.00 | |
| Stephanie A. Espinoza | 1.30 Hrs | 220.00/Hr | 286.00 | |
| Warren J. Marwedel | 25.85 Hrs | 255.00/Hr | 6,846.75 | |
| TOTAL | 47.95 Hrs | | $ 12,012.75 | |
| | ============ | | ============ | |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 12,061.43 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

JUNE 08, 2011
INVOICE  015335

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD MAY 31, 2011

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 04/04/11 WPR | Study the United States' Responses to Egan Marine's Motion to Dismiss and Motion to Strike the United State's Experts for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | .80 | 200.00 |
| WPR | Begin studying the exhibits to Egan Marine's Response (filed 3/31/11) to Exxon Mobil's Statement of Facts in support of motion for summary judgment for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | .70 | 175.00 |
| 04/05/11 WPR | Study the expert's report of Egan Marine's expert Donald Flessner for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | .60 | 150.00 |
| WPR | Study the expert's report of Egan Marine's expert Dr. Alan Kasner for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | .70 | 175.00 |
| WPR | Study Egan Marine's Statement of Additional Facts in Opposition to Exxon Mobil's motion for summary judgment and Egan Marine's Motion to Strike Exxon Mobil's Statement of Facts for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | 1.00 | 250.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WPR Study Egan Marine's Memorandum of Law in Opposition to Exxon Mobil's motion for summary judgment for material to use in the second request to reconsider the Coast Guard's Report of Investigation. | .50 | 125.00 |
| 04/08/11 WJM | Review expert report prepared by D. Sump and determine use in USCG hearing/National Pollution Fund case.  Expert Flessner. | 1.20 | 306.00 |
| 04/11/11 WPR | Study additional witness statements that were taken by the Coast Guard near the time of the incident that were recently produced by the United States. | .60 | 150.00 |
| | WJM Review Sump brief on use of USCG report by experts and examine USCG regulation relating to use of same in trials. | 1.00 | 255.00 |
| 04/12/11 WJM | Review of EMC Reply Memo to court on Motion to Dismiss and related exhibits. | 1.80 | 459.00 |
| 04/14/11 WPR | Study Egan Marine's Reply to the United State's Response to Egan Marine's Motion to Dismiss in United States v. Egan Marine. | .30 | 75.00 |
| | WPR Study the report of Egan Marine's explosion expert Dr. Donald Hoffman. | .30 | 75.00 |
| 04/15/11 WPR | Study Egan Marine's Reply to the United State's Response to Egan Marine's Motion to Strike the United States' expert witnesses in United States v. Egan Marine, and study the exhibits attached to the Reply. | .50 | 125.00 |
| 04/17/11 WJM | Review EMC/Exxon briefs in state court re summary judgment and consider impact on Federal Court case and petition to National Pollution Fund re issues being decided as to fault and liability and becoming res judicable. | 2.60 | 663.00 |
| 04/18/11 WJM | Continue review of summary judgment motions and facts and analyses re National Pollution Fund. | 2.00 | 510.00 |
| 04/19/11 WPR | Telephone conference with Dennis Egan regarding the reports of Egan Marine's liability experts and the revised bill Egan Marine received from the National Pollution | .50 | 125.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Fund Center. | | |
| | WPR Study the revised bill Egan Marine received from the National Pollution Fund Center. | .20 | 50.00 |
| | WPR Telephone conference with David Sump regarding the reports of Egan Marine's liability experts and the revised bill Egan Marine received from the National Pollution Fund Center. | .20 | 50.00 |
| | WPR Analyze the claims previously received from the National Pollution Fund Center and compare with the revised claim Egan Marine recently received from the National Pollution Fund Center. | .90 | 225.00 |
| | WJM Review court docket in criminal case re trial date and how that impacts civil case. | .20 | 51.00 |
| | WJM Review expert Flessner report and compare to notes of meetings with him re opinions. | 1.60 | 408.00 |
| 04/20/11 | WPR Continue drafting a second request to reconsider the Coast Guard's report of Investigation. | 1.70 | 425.00 |
| 04/25/11 | WJM Exchange emails with Julia Price confirming joint meeting with EMC, Sump, B. Ryan and W. Marwedel in Chicago area this week and following dates. | .20 | 51.00 |
| | WJM Exchange emails with attorney Sump (EMC) re joint meeting on experts. | .30 | 76.50 |
| | WJM Prepare for joint meeting with attorney Sump, Dennis Egan of EMC, Dennis M. Egan attorney re joint coordination for all actions. Review documents forwarded by EMC re various technical and factual arguments being made by U.S. Government and EMC. Documents also include motions for summary judgment and motion to strike evidence and how this impacts trial. | 3.00 | 765.00 |
| 04/28/11 | WPR Telephone conferences with Dennis Egan regarding the deposition of Egan Marine's expert Dr. Alan Kasner. | .40 | 100.00 |
| | WPR Analyze issues related to the common defense of Egan Marine in the criminal case, civil actions and the matters before the Pollution | .70 | 175.00 |

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|--|-------------|-------|--------|
| | | Fund and study documents that were produced to determine if certain documents have been provided to all counsel representing Egan Marine. | | |
| 04/29/11 | WPR | Telephone conference with David Anderson, in-house counsel, for Egan Marine, regarding the deposition of Egan Marine's expert Don Flessner. | .60 | 150.00 |
| | WJM | Review conflict and coordination issues brought up by Dennis Egan's call to us and assure EMC all are working to common goals. | .50 | 127.50 |
| 05/02/11 | WPR | Study Exxon's Motions for Summary Judgment, Exxon's Memoranda of Law, Exxon's Statement of Facts, and Egan Marine's Responses to Exxon's Motions for Summary Judgment, Egan Marine's Memoranda of Law in Opposition to Exxon's Motions for Summary Judgment and Egan Marine's Responses to Exxon's Statement of Facts filed in both the state and federal court actions to ensure that Egan Marine has raised all necessary arguments and facts in the state court action so that Great American will not be prejudice by an adverse decision in the state court action and revise and draft a motion for Egan Marine to supplement its responses to Exxon's Motion for Summary Judgment in the state court action. | 5.20 | 1,300.00 |
| | WPR | Telephone conferences with in-house counsel for Egan Marine regarding the motion for Egan Marine to supplement its responses to Exxon's Motion for Summary Judgment in the state court action. | .60 | 150.00 |
| | WJM | Rev of expert Neuman's report and expert Castner; | 1.60 | 408.00 |
| 05/03/11 | WPR | Conference with David Anderson, in-house counsel for Egan Marine, regarding the issues raised in Exxon's Motion for Summary Judgment in the state court action and its relation to the federal court action and the claims pending before the Pollution Fund. | .80 | 200.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
|          | WPR Analyze the reports of the expert witnesses disclosed by the United States and Egan Marine and incorporate material from the experts' reports into the second request to reconsider the Coast Guard's Report of Investigation. | 2.30 | 575.00 |
| 05/04/11 | WPR Study the transcript of the deposition of Andrew Chanda of Egan Marine taken in US v. Egan Marine for material to use in the second request to reconsider the Coast Guard Report of Investigation. | 2.80 | 700.00 |
| 05/06/11 | WPR Begin studying the transcript of the deposition of Egan Marine's expert Dr. Alan Kasner in United States v. Egan Marine for material to use in support of the second request to reconsider the Coast Guard's Report of Investigation. | 1.00 | 250.00 |
|          | WPR Receipt and review of Exxon's Reply to Egan Marine's Response to Exxon's Motion for Summary Judgment in US v. Egan Marine. | .80 | 200.00 |
| 05/07/11 | WJM Review emails from D. Sump re legal questions re EMC and local law.  Consider response. | .80 | 204.00 |
| 05/09/11 | WPR Continue studying the transcript (260 pages) of the deposition of Egan Marines' expert witness, chemist Dr. Alan Kasner. | 1.20 | 300.00 |
|          | WJM Preparation for meeting with all defense counsel, including Sump,  by review of work product notes from hearing. | 2.00 | 510.00 |
| 05/10/11 | WPR Study Exxon's Reply in Support of their Motion for Summary Judgment on Egan Marine's Third Party Complaint and Exxon's Response to Egan Marine's Statement of Additional Facts in Opposition to Exxon's Motion for Summary Judgment for material that may be used in the second request to reconsider the Coast Guard Report of Investigation. | 1.10 | 275.00 |
|          | WPR Continue studying the 260 page transcript of the deposition of Egan Marine's expert witness, chemist Dr. Alan Kasner. | 1.00 | 250.00 |
| 05/11/11 | WPR Telephone conferences with Dennis Egan regarding the meeting on May 12, 2011 of all | .20 | 50.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
| | counsel representing Egan Marine to discuss coordination of efforts and sharing of information. | | |
| | WPR Complete studying the 260 page transcript of the deposition of Egan Marine's expert witness, chemist Dr. Alan Kasner. | 1.30 | 325.00 |
| | WJM Prep for joint meeting of counsel by review of pleadings and experts needed for trial; | 1.30 | 331.50 |
| 05/12/11 | WPR Attend a meeting with all counsel representing Egan Marine, including David Sump, William Firtzshall, David Anderson, and WJM to discuss coordination of efforts and sharing of information. (Approved by J. Price) | 5.70 | 1,425.00 |
| | WPR Begin studying the transcript of the deposition of Egan Marine's expert witness, refining expert, Donald Flessner, that was taken in the US v. Egan Marine case. | .80 | 200.00 |
| | SAE Provide barge explosion photographs, Hamilton transcript information to WJM for use at meeting with criminal counsel. | .40 | 88.00 |
| | WJM Rev of notes from joint meeting and search for materials from Hamilton to send to co-counsel at meeting re: joint strategy; | 1.10 | 280.50 |
| | WJM Joint meeting w/Egan counsel, Sump, Ryan, Fitzhall, Anderson re trial strategy. Approved by J. Price; | 3.50 | 892.50 |
| 05/13/11 | WPR Lengthy telephone conference with Dennis Egan to discuss the issues raised at the meeting of counsel and theories of the explosion. | .70 | 175.00 |
| | WJM Review photos of thermo heater piping allegedly disconnected. | .40 | 102.00 |
| | WJM Correspondence with EMC counsel Fitzshall re Lt. Hamilton court marshal. | .20 | 51.00 |
| | WJM Correspondence with Dennis Michael Egan re Lt. Hamilton court marshal. | .20 | 51.00 |
| | WJM Review U.S. Government expert witness outline filed in court. | .40 | 102.00 |
| 05/16/11 | SAE Draft updated FOIA request to Coast Guard re photographs relating to digital recreation of barge explosion. | .30 | 66.00 |

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/18/11 | WPR | Telephone conference with the attorney for Dennis Michael Egan to discuss evidence that was turned over by the government in the criminal case. | .40 | 100.00 |
| | WPR | Study a powerpoint presentation that the U.S. Attorney's office used at the Grand Jury hearing that was received from counsel for Dennis Michael Egan. | .50 | 125.00 |
| 05/19/11 | WJM | Preparation for meeting with Egan criminal counsel by review of evidence from hearing to be used at trial. | .50 | 127.50 |
| 05/20/11 | WPR | Study photographs, reports and documents to prepare for a meeting with Steven Fritzshall and William Walters, counsel for Egan Marine and Dennis Michael Egan in the criminal case. | .60 | 150.00 |
| | WPR | Conference with WJM and Steven Fritzshall and William Walters, counsel for Egan Marine and Dennis Michael Egan in the criminal case, to discuss strategy and exchange information per Julia Price. | 2.50 | 625.00 |
| | WJM | Joint meeting with Egan counsel Fritzhall and Walters, continuation of meeting from last week regarding evidence to be used at trial and strategy against USCG.  Approval by J. Price for W. Marwedel and W. Ryan to both be there. | 2.50 | 637.50 |
| 05/25/11 | SAE | Phone conversation with Angie at USCG FOIA re questions regarding our updated FOIA request. | .10 | 22.00 |
| 05/26/11 | WPR | Complete studying the transcript of the deposition of Egan Marine's expert witness Donald Flessner for material to include in the second request to reconsider the Coast Guard's Report of Investigation. | 2.80 | 700.00 |
| 05/31/11 | WJM | Review criminal docket for trial evidence disclosures by USCG that can be used in civil proceeding and review three filings of 55 pages. | 2.00 | 510.00 |

TOTAL FEES FOR SERVICES                    75.20  $  18,930.50

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
MAY 31, 2011

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/11 | PHOTOCOPY EXPENSE 38 @ .08 EACH | 3.04 |
| 04/04/11 | PHOTOCOPY EXPENSE 44 @ .08 EACH | 3.52 |
| 04/04/11 | PHOTOCOPY EXPENSE 21 @ .08 EACH | 1.68 |
| 04/04/11 | PHOTOCOPY EXPENSE 36 @ .08 EACH | 2.88 |
| 04/04/11 | PHOTOCOPY EXPENSE 41 @ .08 EACH | 3.28 |
| 04/04/11 | PHOTOCOPY EXPENSE 30 @ .08 EACH | 2.40 |
| 04/04/11 | PHOTOCOPY EXPENSE 25 @ .08 EACH | 2.00 |
| 04/08/11 | PHOTOCOPY EXPENSE 9 @ .08 EACH | .72 |
| 04/08/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 04/08/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 04/08/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 04/08/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 04/11/11 | PHOTOCOPY EXPENSE 18 @ .08 EACH | 1.44 |
| 04/11/11 | PHOTOCOPY EXPENSE 23 @ .08 EACH | 1.84 |
| 04/11/11 | PHOTOCOPY EXPENSE 18 @ .08 EACH | 1.44 |
| 04/11/11 | PHOTOCOPY EXPENSE 10 @ .08 EACH | .80 |
| 04/11/11 | PHOTOCOPY EXPENSE 10 @ .08 EACH | .80 |
| 04/14/11 | PHOTOCOPY EXPENSE 82 @ .08 EACH | 6.56 |
| 04/14/11 | PHOTOCOPY EXPENSE 49 @ .08 EACH | 3.92 |
| 04/20/11 | PHOTOCOPY EXPENSE 21 @ .08 EACH | 1.68 |
| 04/20/11 | PHOTOCOPY EXPENSE 123 @ .08 EACH | 9.84 |
| 04/29/11 | PHOTOCOPY EXPENSE 20 @ .08 EACH | 1.60 |
| 05/02/11 | PHOTOCOPY EXPENSE 5 @ .08 EACH | .40 |
| 05/03/11 | PHOTOCOPY EXPENSE 11 @ .08 EACH | .88 |
| 05/06/11 | PHOTOCOPY EXPENSE 22 @ .08 EACH | 1.76 |
| 05/06/11 | PHOTOCOPY EXPENSE 40 @ .08 EACH | 3.20 |
| 05/06/11 | PHOTOCOPY EXPENSE 41 @ .08 EACH | 3.28 |
| 05/06/11 | PHOTOCOPY EXPENSE 33 @ .08 EACH | 2.64 |
| 05/06/11 | PHOTOCOPY EXPENSE 33 @ .08 EACH | 2.64 |
| 05/06/11 | PHOTOCOPY EXPENSE 26 @ .08 EACH | 2.08 |
| 05/13/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | .64 |
| 05/17/11 | PHOTOCOPY EXPENSE 32 @ .08 EACH | 2.56 |
| 05/17/11 | PHOTOCOPY EXPENSE 53 @ .08 EACH | 4.24 |

TOTAL COSTS AND DISBURSEMENTS            $      74.08

NET CURRENT BILLING                      $  19,004.58
                                         ============

| DATE | DESCRIPTION | | | HOURS | AMOUNT |
|------|-------------|--|--|-------|--------|

FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| William P. Ryan | 43.50 Hrs | 250.00/Hr | | 10,875.00 | |
| Stephanie A. Espinoza | 0.80 Hrs | 220.00/Hr | | 176.00 | |
| Warren J. Marwedel | 30.90 Hrs | 255.00/Hr | | 7,879.50 | |
| TOTAL | 75.20 Hrs | | $ | 18,930.50 | |

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 19,004.58 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

JULY 06, 2011
INVOICE 015348

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD JUNE 30, 2011

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 06/01/11 WPR | Study the motions in limine, motions to bar and motions to suppress that were filed by Dennis Michael Egan and the United States in U.S. v. Dennis Michael Egan and Egan Marine. | 2.30 | 575.00 |
| WPR | Study a CD containing photographs and computer animations that was received this day from the Coast Guard and used by Lt. Hamilton in the preparation of the Coast Guard's Report of Investigation. | .20 | 50.00 |
| WPR | Study notes of the Coast Guard's investigation that were prepared by Special Agent Reggio and were received from the criminal attorney for Dennis Michael Egan. | .30 | 75.00 |
| SAE | Review digital recreation photos from Coast Guard investigation received in response to FOIA request. | .20 | 44.00 |
| WJM | Review of notes from four weeks of USCG hearings re issues for further discussions with all counsel of record, per Julia Price, representing Egan, EMC and Dennis M. Egan in civil and criminal cases to identify fact and legal issues for trial. | 2.50 | 637.50 |
| 06/02/11 WJM | Review and forward to Julia Price a copy of USCG report of investigation identifying witnesses to the explosion. | .50 | 127.50 |
| WJM | Consider issues and strategy in responding to | .80 | 204.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | USCG hiding witness from all parties and how to bring to courts attention. | | |
| 06/03/11 WJM | Status reprt to Julia Price. | .20 | 51.00 |
| WJM | Review emails from attorney W. Walters attorney for Dennis M. Egan and 49 page motion in limine filed by US Government and asking for comments. Review to see if any inconsistencies with our version of the case. | 1.40 | 357.00 |
| 06/06/11 WPR | Study Egan Marine's Motion to File a Supplemental Brief on its Motion to Dismiss the US's claim and study the Supplemental Brief, and make recommendations regarding the Supplemental Brief to David Sump. | .70 | 175.00 |
| WJM | Review request from attorney B. Barlow to review and comment on motion. Respond to Barlow and Julia Price | .40 | 102.00 |
| WJM | Review motion and exhibits from US Attorney and USCG re suppression of evidence and testimony re Dennis M. Egan. | .40 | 102.00 |
| 06/07/11 WJM | Working on draft appeal letter to USCG report (like a brief) re new eyewitness that was hidden by USCG and how to make argument showing bad behavior of USCG. | 1.80 | 459.00 |
| 06/08/11 WPR | Telephone conferences with Bobby Joe Griffin, an eyewitness that was identified in a Coast Guard Investigative Service report. | .60 | 150.00 |
| WPR | Telephone conference with David Sump, Chris Able, Don Anderson and Dennis Egan to discuss my conversation with Bobby Joe Griffin. | .20 | 50.00 |
| WPR | Telephone conference with William Walters, counsel for Dennis Michael Egan, to discuss my conversation with Bobby Joe Griffin | .20 | 50.00 |
| WPR | Continue drafting a Second Request to Reconsider the Coast Guard's Report of Investigation. | 4.80 | 1,200.00 |
| WPR | Study the expert reports of ExxonMobil's experts Roger L. Schneider, Randy Kent, and Hendrik Fokko van Hemmen. | 1.30 | 325.00 |
| JT | Printed Exxon's Expert Disclosures via the court's CM/ECF system. | .80 | 88.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Telephone conference with J. Price re new witness found. | .20 | 51.00 |
| | WJM Conference with Ryan re testimony from new witness Griffen. (Only senior attorney billed time) | .20 | 51.00 |
| | WJM Work on additions to appeal letter for USCG report (Letter is brief for appeal) re expert analysis of explosion. | 2.40 | 612.00 |
| 06/09/11 | WPR Complete studying the expert witness report of ExxonMobil's expert Hendrik Fokko van Hemmen. | .50 | 125.00 |
| | WPR Study the expert witness report of ExxonMobil's refining expert Warren Letzsch. | 1.20 | 300.00 |
| | WPR Continue working on a draft of a Second Request to Reconsider the Coast Guard's Report of Investigation. | 4.30 | 1,075.00 |
| 06/10/11 | JT Created file/redwell for Expert Disclosures by Exxon and organize. | .10 | 11.00 |
| 06/13/11 | WPR Telephone conferences with in-house counsel, Anderson, for Egan Marine regarding the recent depositions of the government's expert witnesses, and Bobby Joe Griffin, the eyewitness that we spoke to last week. | .50 | 125.00 |
| 06/14/11 | WPR Lengthy telephone conference with Dennis Egan to discuss the reports and opinions of the experts for the United States, ExxonMobil and Egan Marine and theories regarding the cause of the explosion. | 1.20 | 300.00 |
| 06/16/11 | WPR Conference with Dennis Egan, Chris White of Troutman Sanders and David Anderson, in-house counsel for Egan Marine, regarding the motions pending before the court, the recently disclosed eyewitness and the the pending civil and criminal actions. | .70 | 175.00 |
| | WPR Attend a court appearance in the U.S. v. Egan Marine civil case to monitor the court's decision on the various motions pending before the court, including Egan Marine's motion to dismiss the U.S.'s case. | .80 | 200.00 |
| 06/17/11 | WPR Study the expert reports of ExxonMobil's expert witnesses, Schneider, Kent and van | 1.10 | 275.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | Hemmen. | | |
| WPR | Telephone conference with the in-house counsel, Anderson, for Egan Marine regarding the reports of the parties' experts. | .20 | 50.00 |
| 06/28/11 WJM | Review court records on court database to determine status of the three related cases and how that impacts our case with fund. | .80 | 204.00 |

|  | TOTAL FEES FOR SERVICES | 33.80 | $ 8,376.00 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
JUNE 30, 2011

| | | |
|---|---|---|
| 04/16/07 | Experts<br>Services 10/12/06 and 4/16<br>Burgoyne Incorporated<br>We recently received a request from Burgoyne Incorporated for payment of an invoice dated 4/16/07.  We reviewed our records and have no record of having previously received this invoice. We asked Burgoyne to provide a copy of the invoice. The invoice is attached. The invoice if for a conference between John Atherton and Thomas H. Pratt.  In October 2006 we were looking for possible sources of ignition for the cause of the explosion aboard the barge.  One of the things we considered was an electro-static discharge, possibly from the overhead power lines that ran directly over location in the Canal where the explosion occurred.  We contacted John Atherton of Burgoyne, who was acting as our explosion expert.  John Atherton discussed the possibility of an electro-static discharge with Dr. Pratt, who is an expert in elector-static discharge.  The work performed by Burgoyne was directly related to the matters for which it was retained. | 1,020.00 |
| 06/01/11 | PHOTOCOPY EXPENSE 55 @ .08 EACH | 4.40 |
| 06/01/11 | PHOTOCOPY EXPENSE 1 @.08 EACH | .08 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 06/01/11 | PHOTOCOPY EXPENSE 6 @ .08 EACH | | .48 |
| 06/01/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | | .08 |
| 06/01/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | | .56 |
| 06/01/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | | .08 |
| 06/01/11 | PHOTOCOPY EXPENSE 55 @ .08 EACH | | 4.40 |
| 06/02/11 | Out-of-Town Travel Mileage (94.2 @ .51) 5/12 | | 48.04 |
| | William P. Ryan (OK per J. Price) | | |
| 06/02/11 | Out-of-Town Travel Tolls 5/12 William P. Ryan | | 4.80 |
| | (OK per J. Price) | | |
| 06/06/11 | PHOTOCOPY EXPENSE 17 @ .08 EACH | | 1.36 |
| 06/08/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | | .64 |
| 06/08/11 | PHOTOCOPY EXPENSE 21 @ .08 EACH | | 1.68 |
| 06/08/11 | PHOTOCOPY EXPENSE 71 @ .08 EACH | | 5.68 |
| 06/08/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | | 1.92 |
| 06/08/11 | PHOTOCOPY EXPENSE 21 @ .08 EACH | | 1.68 |
| 06/08/11 | PHOTOCOPY EXPENSE 34 @ .08 EACH | | 2.72 |
| 06/08/11 | PHOTOCOPY EXPENSE 83 @ .08 EACH | | 6.64 |
| 06/08/11 | PHOTOCOPY EXPENSE 2 @ .08 EACH | | .16 |
| 06/08/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | | .64 |
| 06/08/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | | 1.92 |
| 06/08/11 | PHOTOCOPY EXPENSE 83 @ .08 EACH | | 6.64 |
| 06/08/11 | PHOTOCOPY EXPENSE 108 @ .08 EACH | | 8.64 |
| 06/08/11 | PHOTOCOPY EXPENSE 21 @ .08 EACH | | 1.68 |
| 06/08/11 | PHOTOCOPY EXPENSE 34 @ .08 EACH | | 2.72 |
| 06/15/11 | PHOTOCOPY EXPENSE 5 @ .08 EACH | | .40 |

```
TOTAL COSTS AND DISBURSEMENTS                    $   1,128.04

NET CURRENT BILLING                              $   9,504.04
                                                 ===========
```

| DATE | DESCRIPTION | | HOURS | AMOUNT |
|------|-------------|-|-------|--------|

FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William P. Ryan | 21.10 Hrs | 250.00/Hr | 5,275.00 |
| Jennifer Turner | 0.90 Hrs | 110.00/Hr | 99.00 |
| Stephanie A. Espinoza | 0.20 Hrs | 220.00/Hr | 44.00 |
| Warren J. Marwedel | 11.60 Hrs | 255.00/Hr | 2,958.00 |
| TOTAL | 33.80 Hrs | | $ 8,376.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 9,504.04 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

AUGUST 02, 2011
CREDIT    015445

21408   014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD JULY 31, 2011

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/01/11 | WJM | Receipt several documents from EMC General Counsel, Anderson, re expert, discovery.  Do overview of transcripts to determine which ones needed for brief to National Pollution Fund. | 2.00 | 510.00 |
| 07/05/11 | WPR | Study the rebuttal report of Egan Marine's expert witness Dr. Alan Kasner and the expert report of Marc Fazioli and the numerous attachments to his report. | 2.40 | 600.00 |
| | WPR | Study the United States' Motion to Continue the civil trial and its Memorandum of Law in Support of its Motion to Continue the civil trial. | .40 | 100.00 |
| | JT | Receipt and review of various Egan documents received from Attorney WPR for saving to our office network files.  Organized filing system for attorney's ease of reference by adding sub-folders. | .50 | 55.00 |
| | WJM | Confer with B. Ryan to get update on EMC expert discovery and things we have to do for Fund billing per guidelines. Only senior attorney. | 1.20 | 306.00 |
| 07/06/11 | WPR | Study the rebuttal report of Egan Marine's expert witness Donald Flessner. | 1.60 | 400.00 |
| | WPR | Study correspondence and a revised bill from the United States Coast Guard to Egan Marine | .70 | 175.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | regarding the claim of CITGO and exchange emails with David Sump regarding the revised bill and its effect on the government's claim in the civil suit. | | |
| 07/07/11 WPR | Analyze Egan Marine's Supplemental Memorandum of Law in Opposition to Exxon Mobil's Motion for Summary Judgment to provide suggestions to counsel for Egan Marine. | 1.60 | 400.00 |
| WJM | Review of disk of Exxon document production re CSO and cracking unit issue. | 1.30 | 331.50 |
| 07/08/11 WPR | Lengthy telephone conference with the attorney, Anderson, for Egan Marine regarding the pending motions for summary judgment and strategy for responding to the motions and the opinions of the parties' experts. | .70 | 175.00 |
| WPR | Study the rebuttal expert reports of Egan Marine's expert and Donald Hoffmann and study the attachments to the report and compare with the report of Exxon's expert. | 1.70 | 425.00 |
| WJM | Consider legal strategy in civil trial in September and how to use results in claim for limitation in the National Pollution Fund to get several million dollars back for Great American. | 1.20 | 306.00 |
| 07/11/11 WPR | Study Egan Marine's response to the United States' motion to continue the civil trial. | .50 | 125.00 |
| 07/13/11 WPR | Lengthy telephone conference with David Anderson, in-house counsel for Egan Marine, regarding the court's denial of the government's motion to continue the trial date and issues related to the opinions of Egan Marine's expert witnesses and trial. | .50 | 125.00 |
| WPR | Study Egan Marine's Supplemental Response to Exxon's motion for summary judgment to ensure that there are no issues raised that would negatively impact the claims submitted to the National Pollution Fund. | .70 | 175.00 |
| 07/15/11 WJM | Consider issues raised by court delaying criminal trial until after the civil trial September 12 and how that impacts the burden | 1.20 | 306.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | of proof on issues and collateral estoppel on second trial. | | |
| 07/18/11 WJM | Continue review of Exxon documentation provided in discovery in related case.  CD full of documents. | 1.30 | 331.50 |
| 07/20/11 WPR | Telephone conference with the attorney, Anderson, for Dennis Egan regarding the admissibility of statements he made at the time of the incident and Coast Guard regulations that may be applicable to attempting to have the statements barred. | .50 | 125.00 |
| WPR | Analyze the prior statements of Dennis Egan and his prior Coast Guard hearing and deposition testimony and applicable Coast Guard regulations to determine if it is possible to bar the use of the statements at trial. | 1.00 | 250.00 |
| WJM | Review of statutes that require EMC to give notice of an accident and penalties for non-cooperation with USCG. | .40 | 102.00 |
| 07/21/11 WJM | Reviewing court docket of Federal and Stsate Court to determine if there is any action we should take re both. | .50 | 127.50 |
| 07/22/11 WJM | Examine photos of barge explosion and compare to U.S. Government report on location of people on board EMC 423. | 1.30 | 331.50 |

TOTAL FEES FOR SERVICES                               23.20  $   5,782.00

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
JULY 31, 2011

| 07/05/11 | PHOTOCOPY EXPENSE 46 @ .08 EACH | 3.68 |
| 07/05/11 | PHOTOCOPY EXPENSE 172 @ .08 EACH | 13.76 |
| 07/05/11 | PHOTOCOPY EXPENSE 28 @ .08 EACH | 2.24 |
| 07/05/11 | PHOTOCOPY EXPENSE 95 @ .08 EACH | 7.60 |
| 07/05/11 | PHOTOCOPY EXPENSE 35 @ .008 EACH | 2.80 |
| 07/05/11 | PHOTOCOPY EXPENSE 124 @ .08 EACH | 9.92 |
| 07/05/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | 1.92 |
| 07/05/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | 1.92 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 07/05/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | | 1.92 |
| 07/05/11 | PHOTOCOPY EXPENSE 46 @ .08 EACH | | 3.68 |
| 07/11/11 | PHOTOCOPY EXPENSE 47 @ .08 EACH | | 3.76 |
| 07/27/11 | PHOTOCOPY EXPENSE 24 @ .08 EACH | | 1.92 |
| | TOTAL COSTS AND DISBURSEMENTS | $ | 55.12 |
| | NET CURRENT BILLING | $ | 5,837.12 |

==========

FEE SUMMARY

| | | | |
|------|------|------|------|
| William P. Ryan | 12.30 Hrs | 250.00/Hr | 3,075.00 |
| Jennifer Turner | 0.50 Hrs | 110.00/Hr | 55.00 |
| Warren J. Marwedel | 10.40 Hrs | 255.00/Hr | 2,652.00 |
| TOTAL | 23.20 Hrs | $ | 5,782.00 |

========== =============

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 5,837.12 | | | |

MARWEDEL, MINICHELLO & REBB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

SEPTEMBER 08, 2011
INVOICE  015629

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD AUGUST 31, 2011

08/01/11 WPR Study Egan Marines' Second Supplemental          .30        75.00
             Memorandum in Support of its Motion to Dismiss
             the United States' civil case.
08/05/11 WPR Study Egan Marine's draft Answers to            1.20       300.00
             ExxonMobil's interrogatories and study expert
             reports and prior discovery to make
             recommendations to counsel for Egan Marine for
             changes to the Answers to Interrogatories and
             draft correspondence to counsel for Egan
             Marine with the proposed changes.
08/08/11 WPR Analyze Egan Marine's Answers to                2.80       700.00
             Interrogatories of Exxon and Irv Holm in the
             state court action to determine whether any of
             the answers disclose information suggesting
             that Egan Marine will claim any of the
             recovery costs in the state court action and
             analyze and research the effect that would
             have on the ability to recover those costs
             from the Pollution Fund, and study the claim
             submitted to the Pollution Fund.
08/09/11 WPR Lengthy telephone conference with David          .50       125.00
             Anderson, in-house counsel for Egan Marine,
             and Robin Chanda of Egan Marine regarding the
             damages claimed by Egan Marine in the state
             court action against Exxon to ensure that Egan
             Marine is not claiming any damages for removal

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | costs submitted by Great American to the National Pollution Fund so as not to jeopardize Great American's claim to the Fund. | | |
| | WPR Study the Memorandum and Order entered by the court in the U.S. v. Egan Marine case ruling on the following motions: Egan Marine's Motion to Dismiss; Egan Marine's Motion to Bar the Government's Experts; Egan Marine's Motion to Strike certain facts in Exxon's motion for summary judgment; and, Exxon's Motion for Summary Judgment on Egan Marine's Third Party Complaint against Exxon, and analyze Egan Marine's Memorandum of Law in Opposition to the motion for summary judgment, Exxon's Statement of Facts; Egan Marine's Response to Exxon's Statement of Facts; and Egan Marine's Statement of Additional Facts in Opposition to the Motion for Summary Judgment to determine factual and legal errors in the court's decision to grant Exxon's motion for summary judgment. | 2.80 | 700.00 |
| | WPR Draft a memorandum regarding the court's decision granting Exxon's motion for summary judgment. | .40 | 100.00 |
| 08/10/11 | WPR Further analysis of the court's Memorandum and Order in the U.S. v. Egan Marine case granting Exxon's motion for summary judgment and draft a further memorandum regarding the decision. | .50 | 125.00 |
| | WPR Lengthy telephone conference with Dennis Egan regarding the court's Memorandum and Order in the U.S. v. Egan Marine case granting Exxon's motion for summary judgment and discuss possible means to attack the decision and the effect the decision could have on the claims of Egan Marine and Great American. | .80 | 200.00 |
| 08/11/11 | WPR Telephone conference with Dave Anderson, in-house counsel for Egan Marine, regarding the court's decision on Exxon's motion for summary judgment and possible strategies for attacking the decision. | .50 | 125.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WPR Study the pleadings filed in U.S. v. Egan Marine, including the complaint and third party complaint against Exxon and the motion for summary judgment to assess the feasibility of setting aside the court's decision. | .80 | 200.00 |
| | WPR Study the invoices for the removal costs that were incurred by Great American and submitted to the Pollution Fund to respond to a request to produce copies of the invoices from Troutman Sanders for use in the U.S. v. Egan Marine civil litigation. | 1.80 | 450.00 |
| | WJM Review court order and opinion re impact on National Pollution Fund filing and USCG hearing. | 1.00 | 255.00 |
| 08/12/11 | WPR Study the Exxon Mobil documents and exhibits that were introduced in the Coast Guard hearing and the testimony of the Exxon Mobil employees for information regarding Exxon's procedures for material for Egan Marine to use in a possible motion to reconsider the summary judgment that was granted in favor of Exxon on Egan Marine's third party complaint in U.S. v. Egan Marine. | 1.70 | 425.00 |
| 08/15/11 | WJM Examine testimony in USCG hearing re any reference to heating unit on and reference to carriage of Grade B cargoes. | 2.00 | 510.00 |
| 08/16/11 | WPR Lengthy telephone conferences with Dennis Egan and Dave Anderson of Egan Marine regarding the summary judgment entered in favor of Exxon on Egan Marine's third-party complaint in U.S. v. Egan Marine and discuss strategies for addressing the arguments raised by Exxon. | .80 | 200.00 |
| 08/17/11 | WJM Review Rule 59 statement of facts and notes of hearing re evidence of heater working on barge. | 1.60 | 408.00 |
| 08/18/11 | WJM Review order for Summary Judgment and fact summaries in preparation for telephone conference with David Sump. | 2.30 | 586.50 |
| 08/19/11 | WJM Telephone conference with D. Sump re decision to appeal or file motion to reconsider. | .20 | 51.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Conference with B. Ryan re additional materials to add to appeal letter to USCG re 2005 hearing. (Only senior attorney billing per guidelines). | 1.20 | 306.00 |
| | WJM Work on draft appeal letter re additional facts. | 2.00 | 510.00 |
| 08/22/11 | WPR Study Egan Marine's Motion to Reconsider the summary judgment that was entered in favor of Exxon Mobil in U.S. v. Egan Marine and analyze the motion in comparison with the court's Memorandum and Order. | .80 | 200.00 |
| | WPR Analyze a written narrative received from Dennis Egan containing Egan Marine's position on issues raised in Exxon Mobil's Motion for Summary Judgment and the court's Memorandum and Order granting the motion for summary judgment. | .40 | 100.00 |
| | WPR Analyze the documents prepared by Tom Neumann for submission to the National Pollution Fund Center in support of Great American and Egan Marine's claims and prepare an electronic copy of the documents to send to Troutman Sanders for use in the trial of U.S. v. Egan Marine. | .80 | 200.00 |
| | WJM Review briefs from D. Sump re issue on government evidence and Exxon to see what evidence he alludes to for use in our appeal letter to USCG. | 2.00 | 510.00 |
| 08/23/11 | WPR Lengthy telephone conferences with Dennis Egan regarding the issues of whether additional expert witness testimony and testing of samples of the CSO is required and Egan Marine's theories for responding to Exxon's motion for summary judgment. | .50 | 125.00 |
| | WPR Analyze the numerous reports of the testing that was performed on the samples of the clarified slurry oil that were taken from Exxon's tanks and the EMC 423. | 2.10 | 525.00 |
| | WPR Analyze the deposition testimony of Donald Flessner and Dr. Donald Hoffmann for testimony that could be used to support a motion to | 1.30 | 325.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | reconsider the order granting Exxon's motion for summary judgment in U.S. v. Egan Marine. | | |
| 08/25/11 WPR | Attend a conference with David Sump, Chris White, Dennis Egan and David Anderson at the offices of Troutman Sanders to discuss trial strategy for the U.S. v. Egan Marine civil case. | 1.00 | 250.00 |
| WPR | Attend a meeting with Dennis Egan, David Anderson and Tim Holtan, a former Exxon Mobil employee, at Egan Marine in Lemont, Illinois to discuss Exxon Mobil's processes and the production of clarified slurry oil at the Exxon Mobil refinery in Joliet and the possible use of Tim Holtan as an expert witness. | 4.20 | 1,050.00 |
| WPR | Attend a status conference in the U.S. v. Egan Marine civil case to monitor the progress of the case and Egan Marine's motion to reconsider the summary judgment in favor of Exxon Mobil. | .60 | 150.00 |
| WPR | Study Exxon Mobil's Response to Egan Marine's Motion to Reconsider the order granting Exxon Mobil's motion for summary judgment in the U.S. v. Egan Marine civil case. | .30 | 75.00 |
| 08/29/11 WPR | Analyze the Coast Guard's inspection records for the EMC 423 for records of damage to internal members of the cargo tanks to attempt to find evidence of broken welds and tripped framing that would support the theory that a weld broke and caused a spark inside the No. 3 cargo tank and ignited the CSO, causing the explosion. | 1.20 | 300.00 |
| WPR | Continue drafting a Second Request to Reconsider the Coast Guard's Report of Investigation into the explosion aboard the EMC 423, including adding a discussion of recent information from records produced by Exxon regarding upset conditions in the FCC Unit on the day the barge was loaded. | 4.20 | 1,050.00 |
| WPR | Telephone conference with David Anderson, | .30 | 75.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | in-house counsel for Egan Marine, regarding Exxon Mobil's motion for summary judgment. | | |
| | WJM Outlining remaining issues for USCG appeal letter re USCG hearing in 2005. | 1.20 | 306.00 |
| 08/30/11 | WPR Continue drafting a Second Request to Reconsider the Coast Guard's Report of Investigation into the explosion aboard the EMC 423, including adding a discussion of the testing of the CSO samples and the results of that testing and the effect that the upset conditions at Exxon's refinery had on the explosiveness of the CSO. | 5.70 | 1,425.00 |
| | WPR Study the transcript of the testimony of John Stern of SGS at the Coast Guard hearing regarding the testing of the samples of CSO taken from the EMC 423 and the Exxon shore tanks for material to use in the request to reconsider the Coast Guard's Report of Investigation. | .70 | 175.00 |
| | WPR Study the transcript of the deposition testimony of Lt. Mark Hamilton regarding the testing of the samples of CSO taken from Exxon and the EMC 423. | .60 | 150.00 |
| 08/31/11 | WPR Complete preparation of the first draft of Egan Marine and Great American's second request to reconsider the Coast Guard's Report of Investigation. | 4.50 | 1,125.00 |
| | WPR Study Egan Marine's Reply to Exxon Mobil's Response to Egan Marine's Motion to Reconsider the granting of summary judgment in favor Exxon Mobil in U.S. v. Egan Marine. | .20 | 50.00 |
| | WPR Study the United State's Motion in Limine to exclude the testimony of Captain Dennis Michael Egan at the Coast Guard hearing and the exhibits attached to the motion. | .30 | 75.00 |
| | WPR Study Egan Marine's Consolidated Motion in Limine to exclude the expert testimony of the United States' expert witnesses. | .60 | 150.00 |
| | WPR Study Egan Marine's Consolidated Motion in Limine to exclude evidence, including the | .70 | 175.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | torch, the statements of the crew and the rebuttal report of the U.S.'s expert witness DeHaan. | | |
| | TOTAL FEES FOR SERVICES | 59.40 | $ 14,917.50 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
AUGUST 31, 2011

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 08/09/11 | PHOTOCOPY EXPENSE 35 @ .08 EACH | | 2.80 |
| 08/09/11 | PHOTOCOPY EXPENSE 38 @ .08 EACH | | 3.04 |
| 08/11/11 | PHOTOCOPY EXPENSE 77 @ .08 EACH | | 6.16 |
| 08/11/11 | PHOTOCOPY EXPENSE 33 @ .08 EACH | | 2.64 |
| 08/11/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | | .64 |
| 08/22/11 | PHOTOCOPY EXPENSE 32 @ .08 EACH | | 2.56 |
| 08/22/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | | .08 |
| 08/22/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | | .08 |
| 08/27/11 | Delivery/Messengers B. Barlow 8/22 Mercury | | 23.16 |
| 08/31/11 | PHOTOCOPY EXPENSE 36 @ .080 EACH | | 2.88 |
| 08/31/11 | PHOTOCOPY EXPENSE 42 @ .08 EACH | | 3.36 |
| | TOTAL COSTS AND DISBURSEMENTS | $ | 47.40 |
| | NET CURRENT BILLING | $ | 14,964.90 |
| | | | =========== |

FEE SUMMARY

| | | | |
|---|---|---|---|
| William P. Ryan | 45.90 Hrs | 250.00/Hr | 11,475.00 |
| Warren J. Marwedel | 13.50 Hrs | 255.00/Hr | 3,442.50 |
| TOTAL | 59.40 Hrs | $ | 14,917.50 |
| | =========== | | =========== |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 14,964.90 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

OCTOBER 05, 2011
INVOICE  015720

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

---

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD SEPTEMBER 30, 2011

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 09/01/11 WPR | Study the Final Pretrial Order that was filed in the civil action United States v. Egan Marine for material that can be used in the request to reconsider the Coast Guard's Report of Investigation. | .50 | 125.00 |
| 09/02/11 WPR | Telephone conferences with David Anderson (in-house counsel for Egan Marine) regarding Egan Marine's expert Donald Flessner, facts related to Exxon Mobil's motion for summary judgment and trial. | .60 | 150.00 |
| WPR | Revise Egan Marine's and Great American's second request to reconsider the Coast Guard's Report of Investigation to include additional facts regarding the cargo of CSO and testing of the cargo. | 1.40 | 350.00 |
| WPR | Lengthy telephone conference Dennis Egan regarding Egan Marine's expert Donald Flessner and Exxon Mobil's motion for summary judgment. | .50 | 125.00 |
| 09/06/11 WPR | Study a proposed affidavit from Egan Marine's refining expert Donald Flessner and compare the statements in the affidavit with earlier reports from Donald Flessner to ensure that they are consistent. | .50 | 125.00 |
| WPR | Study Egan Marine's Supplemental Response to Exxon Mobil's motion for summary judgment in the state court case to ensure that there are | .50 | 125.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | no positions that are taken that are inconsistent with the positions taken by Great American and Egan Marine in the claims submitted to the National Pollution Fund. | | |
| | WPR Telephone conference with David Anderson, in-house counsel for Egan Marine, regarding Egan Marine's Response to Exxon's Motion for Summary Judgment. | .20 | 50.00 |
| | WPR Study Egan Marine's motion for a stay of the trial in the civil action U.S. v. Egan Marine, pending an appeal of the summary judgment entered in favor of Exxon Mobil, and assess the impact of a stay of the trial on the claims submitted to the National Pollution Fund by Great American and Egan Marine. | .40 | 100.00 |
| | WPR Study Egan Marine's Response to the United States' Motion in Limine. | .70 | 175.00 |
| | WJM Receipt and review pretrial material from D. Sump in preparation for trial and review issues relevant to limitation of liability issues. | 2.60 | 663.00 |
| 09/07/11 | WPR Telephone conference with David Anderson, in-house counsel for Egan Marine, regarding Egan Marine's response to Exxon's motion for summary judgment and the trial starting on 9/12/11. | .30 | 75.00 |
| | WJM Trial preparation.  Pull various photos and review for discussion with D. Sump of barge equipment. | 2.00 | 510.00 |
| 09/08/11 | WJM Trial preparation.  Review question areas re Lt. Hamilton testimony for discussion with Sump. | 1.50 | 382.50 |
| 09/09/11 | WPR Telephone conference with Dennis Egan regarding the upcoming trial in U.S. v. Egan Marine. | .40 | 100.00 |
| | WJM Trial preparation.  Review question areas for all EMC witnesses to discuss with D. Sump. | 2.30 | 586.50 |
| 09/12/11 | WPR Attend the civil trial of U.S. v. Egan Marine, including the examinations of Agent John Gamboa of ATF, Jason Hainline of Exxon and | 5.20 | 1,300.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | former Coast Guard officer Mark Hamilton, to monitor the trial for evidence that can be used in the claims to the National Pollution Fund. | | |
| | WJM Attend trial meeting with D. Egan, client, and David Sump and his staff. | .50 | 127.50 |
| | WJM Attendance at trial. | 5.50 | 1,402.50 |
| 09/13/11 | WPR Attend the civil trial of U.S. v. Egan Marine, including the completion of the examination of former Coast Guard officer Mark Hamilton and the examinations of Andrew Chanda of Egan Marine and eyewitness William Arrington, to monitor the trial for evidence that can be used in the claims to the National Pollution Fund. | 3.50 | 875.00 |
| | WPR Study the transcript of the first day of trial, including the opening statements of the U.S. and Egan Marine and the examination of John Gamboa. | 1.80 | 450.00 |
| | WJM Trial status report to Julia Price. | .30 | 76.50 |
| | WJM Attend trial for assistance on witnesses Lt. Hamilton and A. Chanda. | 2.00 | 510.00 |
| 09/14/11 | WPR Conference call with WJM, David Sump and Chris Able regarding trial strategy as it relates to the claims submitted to the National Pollution Fund. | .30 | 75.00 |
| | WPR Attend the civil trial of U.S. v. Egan Marine, including the examinations of the U.S.'s expert witness Dr. DeHaan, Dennis Michael Egan and the beginning of Bill Rodgers of Egan Marine, to monitor the trial for evidence that can be used in the claims to the National Pollution Fund. | 3.20 | 800.00 |
| | WPR Study the transcript of the trial proceedings from September 13, 2011 for material that can be used in support of the claims to the National Pollution Fund. | .80 | 200.00 |
| | WJM Telephone conference with D. Sump, C. Able and B. Ryan to confer on issues at trial of further testimony on gas free barges and | .40 | 102.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | evidence re pollution fund an limitation issues. | | |
| | WJM Attend trial for EMC and National Pollution Fund witnesses and confer with D. Sump re same. | 3.50 | 892.50 |
| 09/15/11 | WPR Study the transcript of the trial proceedings, including the testimony of former Coast Guard officer Mark Hamilton, for material that can be used in support of the claims to the National Pollution Fund. | 1.60 | 400.00 |
| | WJM Telephone conference with J. Price re trial strategy. | .20 | 51.00 |
| | WJM Attend trial.  Meeting with D. Sump re trial and Pollution Fund issues. | 3.00 | 765.00 |
| | WJM Work on additions to appeal letter to USCG to throw out USCG Report. | 1.60 | 408.00 |
| 09/16/11 | WPR Study the transcript of the trial proceedings, including the testimony of Special Agent Reggio of CGIS, Bill Rodgers and Andrew Chanda of Egan Marine, William Arrington, and Fire Marshall Peter Lammana, for material that can be used in support of the claims to the National Pollution Fund. | 4.70 | 1,175.00 |
| | WPR Conference with WJM and David Sump to discuss trial strategy and the effect the evidence at trial will have on the claims submitted to the National Pollution Fund. | 1.00 | 250.00 |
| | WJM Meeting with D. Sump and B. Ryan to discuss trial evidence and strategy including how to deal with the National Pollution Fund. | 1.50 | 382.50 |
| | WJM Made additions to appeal letter to USCG to throw out the report of USCG. | 1.60 | 408.00 |
| 09/19/11 | WPR Study the transcript of the trial testimony of the United States' expert witness Dr. DeHaan for material that can be used with regard to the claims submitted to the National Pollution Fund. | 1.00 | 250.00 |
| | WJM Review trial report to Price and Skelly and consider response to Sump and send to Sump. | .30 | 76.50 |
| | WJM Telephone conference with D. Sump re quick end | .30 | 76.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | to trial. | | |
| | WJM Status report to client J. Price. | .50 | 127.50 |
| 09/21/11 | WPR Study the transcripts of the trial testimony of the United States' expert witness Brian Hall, Thomas Morrison of the National Pollution Fund, Bobby Joe Griffin, and Egan Marine's experts Dr. Pless and Marc Fazioli for material that can be used with regard to the claims submitted to the National Pollution Fund. | 1.80 | 450.00 |
| | WPR Analyze Egan Marine's Proposed Findings of Fact and Conclusion of Law and draft additional material to include in the Findings of Fact and Conclusion of Law and study trial testimony for material to support the findings. | 2.20 | 550.00 |
| | WJM Review findings of fact and look at issues we need for appeal of USCG report and submission to National Pollution Fund. | .80 | 204.00 |
| 09/22/11 | WPR Study the transcripts of the trial testimony of the United States' expert witness former ATF Agent Jack Malooly for material that can be used with regard to the claims submitted to the National Pollution Fund. | 1.20 | 300.00 |
| | WPR Analyze the United State's Proposed Findings of Fact and Conclusion of Law and study the trial testimony to confirm a number of the Government's proposed findings of fact. | .80 | 200.00 |
| | WJM Review government (US) submission to court with findings of fact and relate to National Pollution Fund. | 1.40 | 357.00 |
| 09/30/11 | WPR Telephone conferences with David Anderson, in-house counsel for Egan Marine, regarding matters related to thr trial, summary judgment and the claims submitted to the Pollution Fund. | .50 | 125.00 |
| | WJM Follow up on Federal Court decision to see if court ruled. | .10 | 25.50 |
| | WJM Review ruling of state court in granting summary judgment in favor of Exxon. | .50 | 127.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | TOTAL FEES FOR SERVICES | 68.00 $ | 17,162.00 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
SEPTEMBER 30, 2011

| | | | |
|------|-------------|-------|--------|
| 09/01/11 | PHOTOCOPY EXPENSE 60 @ .08 EACH | | 4.80 |
| 09/06/11 | PHOTOCOPY EXPENSE 33 @ .08 EACH | | 2.64 |
| 09/06/11 | PHOTOCOPY EXPENSE 18 @ .08 EACH | | 1.44 |
| 09/14/11 | PHOTOCOPY EXPENSE 38 @ .08 EACH | | 3.04 |
| 09/14/11 | PHOTOCOPY EXPENSE 19 @ .08 EACH | | 1.52 |
| 09/15/11 | PHOTOCOPY EXPENSE 27 @ .08 EACH | | 2.16 |
| 09/15/11 | PHOTOCOPY EXPENSE 40 @ .08 EACH | | 3.20 |
| 09/16/11 | PHOTOCOPY EXPENSE 28 @ .08 EACH | | 2.24 |
| 09/16/11 | PHOTOCOPY EXPENSE 31 @ .08 EACH | | 2.48 |
| 09/16/11 | PHOTOCOPY EXPENSE 38 @ .08 EACH | | 3.04 |
| 09/16/11 | PHOTOCOPY EXPENSE 19 @ .08 EACH | | 1.52 |
| 09/16/11 | PHOTOCOPY EXPENSE 27 @ .08 EACH | | 2.16 |
| 09/16/11 | PHOTOCOPY EXPENSE 40 @ .08 EACH | | 3.20 |
| 09/20/11 | PHOTOCOPY EXPENSE 25 @ .08 EACH | | 2.00 |
| 09/20/11 | PHOTOCOPY EXPENSE 18 @ .08 EACH | | 1.44 |
| 09/20/11 | PHOTOCOPY EXPENSE 18 @ .08 EACH | | 1.44 |
| 09/20/11 | PHOTOCOPY EXPENSE 25 @ .08 EACH | | 2.00 |
| 09/21/11 | PHOTOCOPY EXPENSE 31 @ .08 EACH | | 2.48 |
| 09/21/11 | PHOTOCOPY EXPENSE 31 @ .08 EACH | | 2.48 |
| 09/21/11 | PHOTOCOPY EXPENSE 33 @ .08 EACH | | 2.64 |
| 09/22/11 | PHOTOCOPY EXPENSE 35 @ .08 EACH | | 2.80 |
| 09/30/11 | PHOTOCOPY EXPENSE 2 @ .08 EACH | | .16 |

| | TOTAL COSTS AND DISBURSEMENTS | $ | 50.88 |
| | NET CURRENT BILLING | $ | 17,212.88 |

===========

| DATE | DESCRIPTION | | | HOURS | AMOUNT |
|------|-------------|---|---|-------|--------|

FEE SUMMARY

| | | | | | |
|------|-------------|---|---|-------|--------|
| William P. Ryan | | 35.60 Hrs | 250.00/Hr | 8,900.00 | |
| Warren J. Marwedel | | 32.40 Hrs | 255.00/Hr | 8,262.00 | |
| TOTAL | | 68.00 Hrs | | $ 17,162.00 | |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 17,212.88 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

NOVEMBER 02, 2011
INVOICE 015771

21408 014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

LEGAL SERVICES FOR THE PERIOD OCTOBER 31, 2011

| | | | |
|------|-------------|-------|--------|
| 10/03/11 WPR | Continue preparation of the request to reconsider the Coast Guard'S Report of Investigation. | .50 | 125.00 |
| 10/05/11 WJM | Correspondence with D. Sump regarding court ruling. | .20 | 51.00 |
| 10/10/11 WPR | Work on Great American and Egan Marine's second request to reconsider the Coast Guard's Report of Investigation. | 1.80 | 450.00 |
| WJM | Review of submission of $8 Million of claims from Great American to USCG re subrogation and consider strategy to get Fund to pay in light of court decision. | 1.80 | 459.00 |
| 10/11/11 JT | Receipt and review of multiple emails from attorney WPR containing documents. Saved Trial Transcripts, Motions In Limine, Final Pretrial Order, Egan's Memorandum of Law dated 9/2/11, USA's 9/21/11 Proposed Finding of Fact and Conclusions of Law, Judge Leinenweber's 8/9/11 Decision, and multiple expert reports to our database for this matter. | 1.50 | 165.00 |
| 10/13/11 WPR | Study the Court's Memorandum Opinion and Order containing the Court's findings of fact, conclusions of law and judgment following trial. | .50 | 125.00 |
| WJM | Review court opinion received from D. Sump and confer with him re same. | 1.20 | 306.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | WJM Emails to and from client re decision. | .30 | 76.50 |
| 10/17/11 | WPR Telephone conference with Dennis Egan regarding the court's decision in the U.S. v. Egan Marine civil case and the impact the decision will have on the claims submitted to the National Pollution Fund and strategy for pursuing the Fund for the claims. | .40 | 100.00 |
| | WPR Conference call with WJM and David Sump regarding the court's decision in the U.S. v. Egan Marine civil case and the impact the decision will have on the claims submitted to the National Pollution Fund. | .30 | 75.00 |
| | WPR Analyze the court's decision in the U.S. v. Egan Marine civil case and consider strategy for pursuing the claims submitted to the National Pollution Fund by Great American and Service Welding. | .80 | 200.00 |
| | WPR Conference call with WJM and William Walters, the attorney for Dennis Michael Egan, regarding the court's decision in the U.S. v. Egan Marine civil case and the impact the decision will have on the criminal case. | .20 | 50.00 |
| | WJM Telephone call from J. Price re court opinion and asking for our recommendations. | .30 | 76.50 |
| | WJM Telephone conference with Walters, attorney for Dennis Michael Egan re status of criminal trial date and how we can help him to get a dismissal of Egan Marine Corp. | .40 | 102.00 |
| | WJM Telephone conference with T. Neuman re court opinion and issues on now asking for payment. | .40 | 102.00 |
| | WJM Outline letter to National Pollution Fund. | .40 | 102.00 |
| 10/18/11 | WPR Begin drafting a demand letter to the National Pollution Fund Center demanding payment of the claims submitted by Great American and Service Welding in light of the court's ruling on the limitation issue and study the court's ruling to incorporate portions into the demand letter. | 2.60 | 650.00 |
| | WJM Receive e-mail from Walters, D Egan attorney, re trial information needed. | .20 | 51.00 |

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|--|-------------|-------|--------|
| 10/20/11 | WPR | Study the transcripts of the trial testimony of Freddy Thompson and Thomas Morrison of the National Pollution Fund Center for testimony that can be used in support of the demand letter to the NPFC for the payment of the claims of Great American and Egan Marine. | 1.30 | 325.00 |
| | WPR | Continue drafting a demand letter to the National Pollution Fund Center demanding payment of the claims submitted by Great American and Service Welding in light of the court's ruling on the limitation issue. | 3.20 | 800.00 |
| 10/21/11 | WPR | Begin drafting a report and recommendations to Julia Price regarding proceeding against the Pollution Fund. | .50 | 125.00 |
| 10/24/11 | WPR | Draft a report to Frank Skelly and Julia Price with our opinions and recommendations regarding proceeding against the national Pollution Fund Center to collect the claim of Great American. | 3.70 | 925.00 |
| | WPR | Telephone conference with counsel for Egan Marine regarding a possible appeal of the summary judgment entered in favor of Exxon on Egan Marine's Third Party Complaint in the federal court action. | .50 | 125.00 |
| | WPR | Exchange emails with trial counsel for Egan Marine regarding the draft letter to the National Pollution Fund. | .10 | 25.00 |
| | SAE | Read through 5-page draft of correspondence to National Pollution Funds Center to determine whether revisions were necessary. | .30 | 66.00 |
| | WJM | Correspond with Price re recommendation and draft letter to National Pollution Fund. | .20 | 51.00 |
| | WJM | Analyze strategy and timing on presenting demand on National Pollution Fund and impact on civil trial. | .80 | 204.00 |
| 10/26/11 | WJM | Reviewing documentation to and from National Pollution Fund re Great American Subrogation Claim and crafting arguments for demand letter for payment as a result of the trial. | 1.70 | 433.50 |
| 10/27/11 | WJM | Revise and forward letter to Price re | 1.00 | 255.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | recommendations to get subrogation from National Pollution Fund.  Review letter to Fund and include it in letter to Price. | | |
| 10/31/11 WPR | Telephone conference with in-house counsel for Egan Marine David Anderson regarding a possible motion to reconsider and/or appeal on the summary judgment on Egan Marine's third-party claim against Exxon in the federal case. | .50 | 125.00 |
| | TOTAL FEES FOR SERVICES | 27.60 | $    6,725.50 |

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
OCTOBER 31, 2011

| | | |
|---|---|---|
| 10/13/11 | PHOTOCOPY EXPENSE 34 @ .08 EACH | 2.72 |
| 10/17/11 | PHOTOCOPY EXPENSE 17 @ .08 EACH | 1.36 |
| 10/17/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 10/19/11 | PHOTOCOPY EXPENSE 17 @ .08 EACH | 1.36 |
| 10/26/11 | PHOTOCOPY EXPENSE 3 @ .08 EACH | .24 |
| 10/27/11 | PHOTOCOPY EXPENSE 35 @ .08 EACH | 2.80 |
| 10/27/11 | PHOTOCOPY EXPENSE 43 @ .08 EACH | 3.44 |

TOTAL COSTS AND DISBURSEMENTS                                $      12.00

NET CURRENT BILLING                                          $   6,737.50
                                                            ============

FEE SUMMARY

| | | | |
|---|---|---|---|
| William P. Ryan | 16.90 Hrs | 250.00/Hr | 4,225.00 |
| Jennifer Turner | 1.50 Hrs | 110.00/Hr | 165.00 |
| Stephanie A. Espinoza | 0.30 Hrs | 220.00/Hr | 66.00 |
| Warren J. Marwedel | 8.90 Hrs | 255.00/Hr | 2,269.50 |
| TOTAL | 27.60 Hrs | | $    6,725.50 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.  36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 6,737.50 | | | |

MARWEDEL, MINICHELLO & REEB, P.C.
10 S. Riverside Plaza
Suite 720
Chicago, IL 60606
312-902-1600

JANUARY 06, 2012
INVOICE  015976

21408  014
Ms. Julia Price
Great American Insurance Co.          Egan Marine Corp - Barge EMC-423
Ocean Marine Division                 Ref.No.: 976-517481
65 Broadway
20th Floor
New York, NY 10006

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |

LEGAL SERVICES FOR THE PERIOD DECEMBER 31, 2011

| DATE | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |
| 11/02/11 WJM | Consider strategy of interrelation of various Great American claims, EMC Litigation and how to proceed against USCG. | 1.10 | 280.50 |
| 11/03/11 SAE | Retrieve information from OPA claim submission regarding request for attorneys' fees, amount of claim for purposes of preparing correspondence to OPA demanding payment. | .30 | 66.00 |
| 11/07/11 WPR | Court appearance in the U.S. v. Egan Marine criminal case to monitor the progress of the case. | 1.50 | 375.00 |
| SAE | Compile final claim numbers submitted as part of OPA claim for reimbursement for use in demand letter to National Pollution Funds Center. | .20 | 44.00 |
| SAE | Retrieve and review regulations addressing whether attorneys' fees are recoverable as part of claim submission to Oil Pollution Fund. (Okay by J. Price) | .30 | 66.00 |
| WJM | Review spreadsheet of claims to Fund to find answers to questions raised by people at Great American. | 1.30 | 331.50 |
| WJM | Telephone conference with J. Price re submission of demand letter to  National Pollution Fund. | .20 | 51.00 |
| 11/08/11 WPR | Study Egan Marine's proposed Motion to Alter or Amend Judgment regarding the summary | .80 | 200.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | judgment in favor of Exxon Mobil on Egan Marine's third party claim in the U.S. v. Egan Marine civil case, and study Egan Marine's proposed Memorandum of Law in Support of Motion to Alter or Amend Judgment. | | |
| | WPR Telephone conference with the in-house attorney for Egan Marine regarding Egan Marine's proposed Motion to Alter or Amend Judgment and Memorandum of Law in Support of Motion to Alter or Amend Judgment. | .30 | 75.00 |
| | WJM Telephone conference with attorney D. Sump re past trial strategy re appeal, if any. | .30 | 76.50 |
| | WJM At request of Julia Price, review and select material re submission of Great American's claim against National Pollution Fund. | .80 | 204.00 |
| | WJM Letter to Julia Price re claims against National Pollution Fund. | .20 | 51.00 |
| 11/09/11 | WPR Telephone conference with Dennis Egan Marine regarding Egan Marine's proposal for pursuing recovery of all expenses paid by Great American and Egan Marine from from Exxon Mobil. | .30 | 75.00 |
| 11/10/11 | WPR Analyze whether Great American can recover the attorney's fees and costs it incurred in preparing the claim that was submitted to the National Pollution Fund Center. | .70 | 175.00 |
| | WJM Receive correspondence from J. Price re filing claim and demand from National Pollution Fund. | .10 | 25.50 |
| 11/14/11 | WJM Email to Price re permission to send demand letter to Fund. | .10 | 25.50 |
| | WJM Email to and from J. Price re possible revisions to claim against Fund. | .20 | 51.00 |
| | WJM Consider classification of any additional monies that could be claimed from National Pollution Fund. | .50 | 127.50 |
| 11/16/11 | SAE Legal research regarding whether Great American is entitled to prejudgment interest and attorneys' fees under OPA, per approval of Julia Price. | 3.40 | 748.00 |
| | SAE Draft analysis of whether Great American is | .80 | 176.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | entitled to prejudgment interest and recent attorneys' fees in its OPA claim. | | |
| | WJM Consider research on questions raised by J. Price and how to apply to instant case. | .40 | 102.00 |
| 11/28/11 SAE | Begin review of articles discussing right to attorneys' fees in suits against the US government. (Okay per J. Price) | .30 | 66.00 |
| | WJM Telephone conference with D. Sump re Great American request for legal fees. | .30 | 76.50 |
| | WJM Email to F. Skelly and J. Price re collecting legal fees from Fund. | .10 | 25.50 |
| 11/30/11 SAE | Analyze cases and statutes addressing ability to collect attorneys' fees from federal government. | 2.80 | 616.00 |
| | SAE Draft memo setting forth requirements for recovering attorneys' fees under Equal Access to Justice Act. (Okay per J. Price) | .20 | 44.00 |
| | WJM Receipt and reply to email from Frank Shelly regarding suing government. | .30 | 76.50 |
| | WJM Email to J. Price regarding suing government. | .10 | 25.50 |
| | WJM Review statute allowing suits against US Government and email to D. Sump, co-counsel. | 1.00 | 255.00 |
| 12/01/11 SAE | Draft memorandum regarding viability of claim for attorneys' fees for all fees incurred in dealing with response to EMC 423 barge explosion. | 1.10 | 242.00 |
| 12/12/11 WJM | Consider Skelly demand for causes of action against USCG for bad faith actions during discovery and trial.  Consider issues of legal fees, costs, experts and time period to be included in claim for damages.  This will be a big project considering facts of USCG bad behavior (This is not block billing. Just a description due to unusual case) | 2.50 | 637.50 |
| 12/13/11 WJM | Consider type of claim to bring against USCG and in which court or forum and look at limitations of each. | 1.60 | 408.00 |
| 12/14/11 SAE | Review articles, case law relating to filing complaint for affirmative relief under Federal Tort Claims Act for recovery of attorneys' | 1.60 | 352.00 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | fees in preparation for drafting complaint. | | |
| | WJM Reviewing status of Civil and Criminal cases against EMC and how they relate to renewed claim against National Pollution Fund. Consider issues re Appeal in Federal Court and appeal in state court of Exxon claim | 1.60 | 408.00 |
| 12/15/11 SAE | Review articles discussing elements for various intentional torts under Illinois law, including malicious prosecution and abuse of process, for possible use in complaint against government for attorneys' fees. (Okay per J. Price) | .40 | 88.00 |
| | WJM Emails to and from J. Price on claims against USCG. | .20 | 51.00 |
| | WJM Email from counsel Sump re claim against USCG. | .20 | 51.00 |
| | WJM Consider nature and extent of new potential claims against USCG. | .40 | 102.00 |
| 12/16/11 JT | Saved documents received from attorney WPR, in our Egan database. Managed files. | 1.20 | 132.00 |
| | WJM Review legal material on possible claims Great American may have against USCG for the almost $10,000,000 in amounts paid. Also looking at any sanctions USCG could ask for if Great American claims are denied. (Okay per J. Price) | 2.10 | 535.50 |
| 12/19/11 SAE | Begin drafting fee petition under Equal Access to Justice Act. | 2.80 | 616.00 |
| 12/20/11 WPR | Lengthy telephone conference with Dennis Egan regarding the procedures to be followed to pursue payment of the claims that were submitted to the National Pollution Fund Center. | .60 | 150.00 |
| | WPR Work on drafting the second request to reconsider the Coast Guard's Report of Investigation. | 1.60 | 400.00 |
| | WJM Study Great American updated spreadsheet of almost $10,000,000 in expenses and what categories have been claimed for and what Great American wants to claim for. | 1.60 | 408.00 |
| | WJM Consider and prioritize letters and briefs to | .50 | 127.50 |

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| | be sent to USCG re Fund payments. | | |
| 12/21/11 WPR | Analyze strategies for seeking payment of the claim of Great American from the Pollution Fund. | .70 | 175.00 |
| WPR | Continue drafting the second request to reconsider the Coast Guard's Report of Investigation. | 3.40 | 850.00 |
| SAE | Continue drafting EAJA fee petition. | 3.50 | 770.00 |
| WJM | Reviewing case law on suit against government for fees under special Equal Opportunity Law and if Great American can sue for fees, at request of Frank Skelly and result of sanctions against Great American for bringing suit. Consider all types of claims Great American could bring. This is a big project and Skelly says he wants to make new law. (Okay per J. Price) | 3.10 | 790.50 |
| 12/22/11 WPR | Analyze strategies for seeking recovery of the attorneys' fees paid by Great American for the defense of the U.S. v. Egan Marine lawsuit. | .80 | 200.00 |
| WPR | Continue drafting the second request to reconsider the Coast Guard's Report of Investigation and work on drafting a letter to the Pollution Fund demanding payment of Great American's claim to the Fund. | 3.20 | 800.00 |
| SAE | Draft affidavits of Dennis Egan, Julia Price in support of fee petition. | 1.40 | 308.00 |
| SAE | Retrieve and review district court pleadings from Seventh Circuit case addressing issue of recovery of insurance-paid fees. | .80 | 176.00 |
| SAE | Continue drafting fee petition for recovery of all fees incurred in defense of EMC. | 5.60 | 1,232.00 |
| WJM | Telephone call with J. Price re project to make claim to USCG for attorney fees for US Government action against assured.  Discuss wide ranging issues, research and strategy and what work will entail.  Price confirms this is what F. Skelly wants to be done. | .40 | 102.00 |
| WJM | Email to and from counsel Sump re documents needed from him for motion. | .20 | 51.00 |

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|---|-------------|-------|--------|
| | WJM | Analysis of legal strategy re claim against USCG in four separate steps, civil complaint, motion for fees, brief against USCG. Report and application to the Fund by review of statutes, legal memo and instruction from Frank Skelly. | 2.50 | 637.50 |
| | WJM | Make additions to legal memo for Great American re causes of action and strategy for requested action. | 1.80 | 459.00 |
| 12/23/11 | WJM | Review and analyze trial notes, looking for facts to add to petition for fees. | 1.80 | 459.00 |
| 12/27/11 | LK | Copying paid accounts receivable invoices | 2.00 | 220.00 |
| | RLR | Analysis of cause of action against the United States for malicious prosecution and prepare memorandum regarding same from former government prosecutor's perspective. | .30 | 75.00 |
| | WJM | Work on additions to complaint to USCG for attorney fees. | 1.10 | 280.50 |
| 12/28/11 | SAE | Read through spreadsheets of accounting of attorneys' fees incurred in defense of EMC since 2005 for use as support in fee petition. | .30 | 66.00 |
| | SAE | Make revisions to memorandum regarding potential recovery of attorneys' fees and recommendations for proceeding. | 1.10 | 242.00 |
| | SAE | Continue drafting fee petition pursuant to Equal Access to Justice Act. | 2.80 | 616.00 |
| 12/29/11 | SAE | Draft affidavit of Warren Marwedel in support of fee petition. | .90 | 198.00 |
| | SAE | Draft affidavit of David Sump in support of fee petition. | .50 | 110.00 |
| | WJM | Continue work on petition for fees and adding facts and legal argument. | 1.40 | 357.00 |
| 12/30/11 | SAE | Read over revised invoice spreadsheets and consider best way to present information regarding which time entries were paid or reduced fromrom MMR invoices in support of fee petition. | .50 | 110.00 |

TOTAL FEES FOR SERVICES      79.00   $ 18,504.00

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

COSTS AND DISBURSEMENTS FOR THE PERIOD ENDING
DECEMBER 31, 2011

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/07/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 11/07/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/07/11 | PHOTOCOPY EXPENSE 5 @ .08 EACH | .40 |
| 11/07/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | .64 |
| 11/07/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/07/11 | PHOTOCOPY EXPENSE 46 @ .08 EACH | 3.68 |
| 11/09/11 | Outside Printing | 100.00 |
|  | 4 CD Copies |  |
|  | 24 Seven Discovere, LLC |  |
| 11/09/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/09/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/09/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/10/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/10/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 11/10/11 | PHOTOCOPY EXPENSE 7 @ .08 EACH | .56 |
| 12/21/11 | PHOTOCOPY EXPENSE 15 @ .08 EACH | 1.20 |
| 12/21/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 12/21/11 | PHOTOCOPY EXPENSE 12 @ .08 EACH | .96 |
| 12/21/11 | PHOTOCOPY EXPENSE 23 @ .08 EACH | 1.84 |
| 12/21/11 | PHOTOCOPY EXPENSE 8 @ .08 EACH | .64 |
| 12/27/11 | PHOTOCOPY EXPENSE 999 @ .08 EACH | 79.92 |
| 12/27/11 | PHOTOCOPY EXPENSE 944 @ .08 EACH | 75.52 |
| 12/28/11 | PHOTOCOPY EXPENSE 2 @ .08 EACH | .16 |
| 12/28/11 | PHOTOCOPY EXPENSE 2 @ .08 EACH | .16 |
| 12/28/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 12/28/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |
| 12/29/11 | PHOTOCOPY EXPENSE 1 @ .08 EACH | .08 |

TOTAL COSTS AND DISBURSEMENTS        $    270.56

NET CURRENT BILLING                  $ 18,774.56

| DATE | DESCRIPTION | | HOURS | AMOUNT |
|------|-------------|---|-------|--------|

FEE SUMMARY

| | | | |
|-------------------------|-----------|-----------|-----------|
| Lauren Katz             | 2.00 Hrs  | 110.00/Hr | 220.00    |
| William P. Ryan         | 13.90 Hrs | 250.00/Hr | 3,475.00  |
| Jennifer Turner         | 1.20 Hrs  | 110.00/Hr | 132.00    |
| Robert L. Reeb          | 0.30 Hrs  | 250.00/Hr | 75.00     |
| Stephanie A. Espinoza   | 31.60 Hrs | 220.00/Hr | 6,952.00  |
| Warren J. Marwedel      | 30.00 Hrs | 255.00/Hr | 7,650.00  |
| TOTAL                   | 79.00 Hrs |           | $ 18,504.00 |

PLEASE REMIT TO ABOVE ADDRESS AND REFER TO INVOICE NUMBER
EIN NO.   36-4181594

| CURRENT | 31-60 | 61-90 | OVER 90 |
|---------|-------|-------|---------|
| 18,774.56 | | | |