# Exhibit 4-A
## (Part 1 of 4)

## Invoices to Affidavit of David Sump

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(804) 697-2250

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Great American Insurance Group | Invoice Date | 10/15/08 |
| Attn: Julia Price, Claims Adjuster | Submitted by | D H Sump |
| Ocean Marine Division | Direct Dial | 757-687-7775 |
| P.O. Box 2468 | Invoice No. | 946657 |
| Cincinnati, OH 45201 | File No. | 233242.000004 |

**RE:     EMC Defense of NPFC Claim/Counts 1&2**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/08 | $63,115.00 |
| Costs and Expenses Through 09/30/08 | $3,805.58 |
| **Total Amount of This Invoice** | **$66,920.58** |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S  A T  L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/06/08 | DHS | Various communications with Ms. Price regarding possible representation of Egan Marine | 0.3 | 75.00 |
| 08/06/08 | DHS | Draft e-mail to Ms. Timms, counsel for Egan Marine, regarding representation | 0.3 | 75.00 |
| 08/06/08 | DHS | Review court documents | 0.6 | 150.00 |
| 08/07/08 | DHS | Research information regarding Egan Marine | 0.5 | 125.00 |
| 08/07/08 | DHS | Telephone conference with Ms. Price regarding means of prompting Egan Marine | 0.3 | 75.00 |
| 08/07/08 | DHS | Revise e-mail to Ms. Timms and send | 0.3 | 75.00 |
| 08/07/08 | DHS | Telephone conference with Ms. Timms regarding visit to Chicago and representation | 0.5 | 125.00 |
| 08/07/08 | DHS | Telephone conference with Ms. Price regarding conflicts information and case background | 0.5 | 125.00 |
| 08/07/08 | DHS | Begin conflicts search | 0.1 | 25.00 |
| 08/07/08 | DHS | Telephone conference with Ms. Timms regarding conflicts information | 0.2 | 50.00 |
| 08/07/08 | DHS | Begin research on case | 3.1 | 775.00 |
| 08/08/08 | DHS | See to obtaining record file for NPTC case and limitation action | 0.3 | 75.00 |
| 08/08/08 | DHS | Review background documents; review various record files | 3.3 | 825.00 |
| 08/10/08 | DHS | Complete review of pleading files | 1.5 | 375.00 |
| 08/10/08 | DHS | Review pollution fund procedures and prepare for meeting with Mr. Egan | 1.5 | 375.00 |
| 08/11/08 | CAA | Meet with Dennis Egan and various members of his staff to review background facts of case, evidence to date, litigation goals, tactics, strategies, next steps, proof issues, etc. | 9.1 | 2,275.00 |
| 08/11/08 | DHS | Travel to Chicago | 4.0 | 1,000.00 |
| 08/11/08 | DHS | Meet with Mr. Egan and various members of his staff to discuss the case and various terms of representation | 9.0 | 2,250.00 |
| 08/12/08 | DHS | Return travel to Norfolk | 5.0 | 1,250.00 |
| 08/12/08 | DHS | Consider various issues involving Exxon claim | 2.1 | 525.00 |
| 08/13/08 | DHS | Telephone conference with Ms. Price regarding confirming representation | 0.3 | 75.00 |
| 08/13/08 | DHS | Review pleadings and begin strategizing defense of claim | 2.5 | 625.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/14/08 | DHS | Continue to formulate responsive pleading | 1.2 | 300.00 |
| 08/14/08 | DHS | Address preservation of evidence issues | 1.0 | 250.00 |
| 08/15/08 | DHS | Various e-mails with Ms. Timm and others regarding representation and evidence preservation issues | 1.3 | 325.00 |
| 08/18/08 | DHS | Various communications with Ms. Timm regarding preservation of evidence issues | 1.9 | 475.00 |
| 08/18/08 | DHS | Continue to formulate answer | 3.0 | 750.00 |
| 08/19/08 | LMN | Telephone call with Mr. White of Ross Dixon regarding filing of pro hac vice motions; research and review local rules on filing same; request e-filing logins for Mr. Sump and Mr. Abel for filings of pro hac vice motions | 0.7 | 70.00 |
| 08/19/08 | DHS | Review draft motion to modify order | 0.3 | 75.00 |
| 08/19/08 | DHS | Various telephone conferences with Ms. Timm regarding draft order | 0.9 | 225.00 |
| 08/19/08 | DHS | Prepare for meeting with Mr. Egan | 1.1 | 275.00 |
| 08/19/08 | DHS | Continue to develop responsive pleading strategy | 2.1 | 525.00 |
| 08/20/08 | CAA | Review order of court on emergency hearing regarding evidence removal; conference with co-counsel regarding strategic and tactical considerations regarding same, next steps, etc.; exchange e-mails with Department of Justice attorney representing government in action regarding appearing in case | 0.5 | 125.00 |
| 08/20/08 | LMN | Review local rules; prepare application for Pro Hac Vice admission for Mr. Abel; electronically file same; email correspondence with Mr. Sump regarding the same | 1.0 | 100.00 |
| 08/20/08 | DHS | Travel to Chicago | 4.0 | 1,000.00 |
| 08/20/08 | DHS | Meet with Mr. Egan and trial team to discuss case strategy and responsive pleading | 6.2 | 1,550.00 |
| 08/20/08 | DHS | Examine hull of barge EMC-423 | 1.1 | 275.00 |
| 08/20/08 | DHS | Begin review of critical documents | 2.1 | 525.00 |
| 08/21/08 | LMN | Preparations for and electronically filing of pro hac vice application for Mr. Sump; telephone calls with Lori Collins at Crenshaw Ware and Martin regarding Mr. Sump's court admittances | 0.7 | 70.00 |
| 08/21/08 | DHS | Review documents | 2.4 | 600.00 |
| 08/21/08 | DHS | Meet with Chris White, local counsel, to assign work assignments | 1.5 | 375.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S  A T  L A W

Invoice Date 10/15/08
Invoice Number 946657
File No. 233242.000004
Page 4

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/21/08 | DHS | Continue to formulate responsive pleading | 1.2 | 300.00 |
| 08/21/08 | DHS | Travel to Norfolk | 4.5 | 1,125.00 |
| 08/22/08 | DHS | Begin drafting answer | 3.3 | 825.00 |
| 08/25/08 | DHS | Continue to draft answer and third party complaint | 5.3 | 1,325.00 |
| 08/25/08 | DHS | Review documents | 3.1 | 775.00 |
| 08/26/08 | DHS | Make revisions to answer | 2.3 | 575.00 |
| 08/26/08 | DHS | Review Coast Guard hearing transcript | 4.9 | 1,225.00 |
| 08/27/08 | DHS | Address issues involving jury demand | 1.1 | 275.00 |
| 08/27/08 | DHS | Review Coast Guard hearing transcripts | 7.5 | 1,875.00 |
| 08/28/08 | DHS | Continue to review US Coast Guard hearing transcript | 8.5 | 2,125.00 |
| 08/28/08 | DHS | Telephone conference with Mr. Stephen Campbell, counsel for United States | 0.5 | 125.00 |
| 08/29/08 | CAA | Review intervenor pleadings filed by Great American Insurance Company | 0.6 | 150.00 |
| 08/29/08 | DHS | Telephone conference with James Cargin, counsel for Great American regarding interpleader | 0.4 | 100.00 |
| 08/29/08 | DHS | Research issues surrounding jury trial against U.S.A. and make decision to withdraw jury demand | 2.1 | 525.00 |
| 08/29/08 | DHS | Review Coast Guard hearing transcripts | 5.2 | 1,300.00 |
| 09/01/08 | DHS | Review transcript of US Coast Guard hearing | 5.2 | 1,300.00 |
| 09/02/08 | DHS | Review US Coast Guard hearing transcripts | 4.9 | 1,225.00 |
| 09/03/08 | DHS | Continue to review US Coast Guard hearing transcript | 6.1 | 1,525.00 |
| 09/04/08 | DHS | Continue review of US Coast Guard transcripts | 7.5 | 1,875.00 |
| 09/05/08 | DHS | Review pleadings filed in case | 0.5 | 125.00 |
| 09/05/08 | DHS | Continue to review transcripts of US Coast Guard hearing | 6.1 | 1,525.00 |
| 09/08/08 | DHS | Review US Coast Guard hearing transcript | 5.5 | 1,375.00 |
| 09/09/08 | CAA | Review Egan Marine's Brief in Opposition to Great American's Motion to Intervene | 0.4 | 100.00 |
| 09/09/08 | DHS | Travel to Chicago | 4.2 | 1,050.00 |
| 09/09/08 | DHS | Meet with Chris White, Jennifer Timms and Dennis Eagan to review third-party complaint | 4.5 | 1,125.00 |
| 09/09/08 | DHS | Review legal issues regarding third-party complaint | 1.7 | 425.00 |
| 09/10/08 | DHS | Review third-party complaint and make final revisions | 1.8 | 450.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/10/08 | DHS | Review US Coast Guard hearing exhibits | 2.3 | 575.00 |
| 09/10/08 | DHS | Travel to Norfolk | 6.1 | 1,525.00 |
| 09/11/08 | CAA | Review third-party complaint | 0.4 | 100.00 |
| 09/11/08 | CAA | Review expert qualifications | 0.3 | 75.00 |
| 09/11/08 | CAA | Research transfer and removal options for state and federal actions | 0.6 | 150.00 |
| 09/12/08 | DHS | Review various scheduling orders issued by court | 0.4 | 100.00 |
| 09/12/08 | DHS | Coordinate expert strategy meeting | 0.5 | 125.00 |
| 09/12/08 | DHS | Review Coast Guard transcript | 2.7 | 675.00 |
| 09/15/08 | CAA | Review Great American's Reply Memorandum in Support of Motion to Intervene | 0.4 | 100.00 |
| 09/15/08 | DHS | Telephone conference with Ms. Price regarding representation and case status | 0.3 | 75.00 |
| 09/15/08 | DHS | Telephone conference with Ms. Timm regarding preservation of evidence | 0.3 | 75.00 |
| 09/16/08 | CAA | Review surveyor's report and photos of evidence from barge | 0.3 | 75.00 |
| 09/16/08 | CAA | Review Order of Court denying GAIC's Motion to Intervene and report of co-counsel regarding same | 0.3 | 75.00 |
| 09/16/08 | CAA | Review GAIC's position on third party complaint, related litigation, etc. | 0.2 | 50.00 |
| 09/16/08 | DHS | Review Court's decision on Motion to Intervene and correspond with Ms. Timm regarding response | 0.5 | 125.00 |
| 09/17/08 | CAA | Review e-mails between parties and counsel regarding moving barge, avoiding spoliation of evidence | 0.3 | 75.00 |
| 09/17/08 | CAA | Review United States' response to Egan Marine's Motion to Dismiss | 0.4 | 100.00 |
| 09/17/08 | DHS | Review e-mails from Exxon regarding preservation of evidence | 0.2 | 50.00 |
| 09/17/08 | DHS | Telephone conference with Ms. Timm regarding preservation of evidence issues | 0.5 | 125.00 |
| 09/19/08 | CAA | Review e-mail correspondence regarding details of debris removal/preservation | 0.3 | 75.00 |
| 09/19/08 | DHS | Telephone conference with Jennifer Timm regarding preservation of evidence | 0.6 | 150.00 |
| 09/19/08 | DHS | Review US Coast Guard correspondence to establish authority for Captain of Port Orders | 1.3 | 325.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 09/21/08 | CAA | Travel to Chicago for meeting with consulting expert (1/2 time) | 2.7 | 675.00 |
| 09/21/08 | CAA | Review/revise litigation strategy, proof for trial, expert witness needs and options, etc. | 1.5 | 375.00 |
| 09/21/08 | DHS | Travel to Chicago | 4.3 | 1,075.00 |
| 09/22/08 | CAA | Meet with client, advisors, legal team, and consulting expert to review evidence on causation, additional facts regarding same, coordinate tactics, strategy and next steps in litigation | 6.8 | 1,700.00 |
| 09/22/08 | CAA | Visit site of accident to view scene | 0.4 | 100.00 |
| 09/22/08 | CAA | Travel back from Chicago (1/2 time) | 3.2 | 800.00 |
| 09/22/08 | DHS | Meet with client, advisors, legal team and consulting expert to review evidence on causation, additional facts regarding same, coordinate tactics, strategy and next steps in litigation | 6.8 | 1,700.00 |
| 09/22/08 | DHS | Visit site of accident | 0.4 | 100.00 |
| 09/22/08 | DHS | Travel back from Chicago (1/2 time) | 3.2 | 800.00 |
| 09/23/08 | DHS | Prepare draft Scheduling Order | 0.4 | 100.00 |
| 09/23/08 | DHS | Telephone conference with Mr. White regarding scheduling issues | 0.3 | 75.00 |
| 09/23/08 | DHS | Telephone conference with counsel to prepare Scheduling Order and Report of Planning Conference | 0.9 | 225.00 |
| 09/23/08 | DHS | Review US Coast Guard transcript | 3.0 | 750.00 |
| 09/24/08 | CAA | Review answer filed by Government to Egan's interrogatory | 0.2 | 50.00 |
| 09/24/08 | CAA | Review Egan's draft motion to reassign or consolidate | 0.5 | 125.00 |
| 09/24/08 | DHS | Address various issues dealing with experts and evidence | 0.9 | 225.00 |
| 09/24/08 | DHS | Continue review of Coast Guard hearing transcript | 3.1 | 775.00 |
| 09/25/08 | DHS | Continue to advise Egan Marine regarding preservation of evidence dispute | 1.1 | 275.00 |
| 09/25/08 | DHS | Telephone conference with Ms. Price regarding case status and experts | 0.5 | 125.00 |
| 09/25/08 | DHS | Review various correspondence regarding evidence preservation | 0.3 | 75.00 |
| 09/25/08 | DHS | Approve Scheduling Order and Report of Planning Conference | 0.3 | 75.00 |
| 09/25/08 | DHS | Review Coast Guard hearing exhibits | 3.1 | 775.00 |
| 09/26/08 | CAA | Review comment on draft Egan Motion for Protective Order | 0.4 | 100.00 |

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | regarding moving and preserving remnants of barge | | |
| 09/28/08 | CAA | Review expert witness agreement and fee schedule | 0.2 | 50.00 |
| 09/28/08 | CAA | Review proposed scheduling order and report of planning conference | 0.4 | 100.00 |
| 09/28/08 | CAA | Review summary of various interrelated cases prepared by Jennifer Timms | 0.2 | 50.00 |
| 09/28/08 | CAA | Review Egan Marine's corporate counsel's correspondence to GAIC regarding costs of preserving and moving evidence | 0.3 | 75.00 |
| 09/28/08 | CAA | Review Jennifer Timms' e-mail concerning client's input on initial third party discovery | 0.2 | 50.00 |
| 09/28/08 | CAA | Review report of Armed Forces Institute of Pathology on Alex Oliva's autopsy results | 0.3 | 75.00 |
| 09/29/08 | CAA | Review co-counsel input to Motion for Protective Order, revised test of draft Motion, and offer further suggestions regarding same | 0.7 | 175.00 |
| 09/29/08 | DHS | Review Motion to Reconsider Order on Preservation of Evidence; suggest edits to Motion | 0.7 | 175.00 |
| 09/29/08 | DHS | Telephone conference with Ms. Timm regarding Motion | 0.5 | 125.00 |
| 09/29/08 | DHS | Review revised version of Motion and provide rewrite | 1.3 | 325.00 |
| 09/29/08 | DHS | Review US Coast Guard hearing transcript | 3.2 | 800.00 |
| 09/30/08 | DHS | Draft introductory paragraph for Motion to Reconsider Order on Preservation of Evidence | 0.5 | 125.00 |
| 09/30/08 | DHS | Review US Coast Guard hearing transcript | 4.7 | 1,175.00 |
| | | Totals | 253.9 | 63,115.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CAA | Abel | 32.1 | 250.00 | 8,025.00 |
| LMN | Newman | 2.4 | 100.00 | 240.00 |
| DHS | Sump | 219.4 | 250.00 | 54,850.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

## FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/08

| Date | Description | Amount |
|---|---|---|
| 08/26/08 | Airfare Costs | 405.50 |
| 08/19/08 | Computer Research | 34.21 |
| 08/22/08 | Computer Research | 45.77 |
| 08/24/08 | Computer Research | 119.41 |
| 08/25/08 | Computer Research | 27.80 |
| 08/29/08 | Computer Research | 18.40 |
| 09/10/08 | Computer Research | 14.44 |
| 09/17/08 | Computer Research | 3.96 |
| 09/22/08 | Computer Research | 4.28 |
| 09/08/08 | Filing Fees | 100.00 |
| 08/26/08 | Hotel | 292.81 |
| 08/26/08 | Hotel | 10.59 |
| 09/21/08 | Hotel | 298.89 |
| 09/09/08 | Meals and Entertainment | 19.58 |
| 09/21/08 | Meals and Entertainment | 14.14 |
| 09/26/08 | Meals and Entertainment | 17.26 |
| 09/22/08 | Rental Car | 202.69 |
| 09/21/08 | Taxi/Train/Parking | 14.00 |
| 08/26/08 | Travel Expenses | 210.20 |
| 09/09/08 | Travel Expenses | 1,115.90 |
| 09/26/08 | Travel Expenses | 835.75 |
| | Total: | 3,805.58 |

Total Fees & Costs: $66,920.58

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
(804) 697-2250

**For Payments by Wire**
Wachovia Bank, Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: D H Sump
Reference Client: 233242
From International Locations please add Swift
Address/Code: PNBP US 33

Great American Insurance Group
Attn: Julia Price, Claims Adjuster
Ocean Marine Division
P.O. Box 2468
Cincinnati, OH 45201

| | |
|---|---|
| Invoice Date | 10/15/08 |
| Submitted by | D H Sump |
| Direct Dial | 757-687-7775 |
| Invoice No. | 946657 |
| File No. | 233242 |

**Total Amount of This Invoice**      $66,920.58

### Summary of Additional Outstanding Invoices by Client as of 10/15/08

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/18/08 | 941015 | $1,203.00 | $0.00 | $1,203.00 |
| | | $1,203.00 | 0.00 | $1,203.00 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(804) 697-2250

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Great American Insurance Group | Invoice Date | 10/20/08 |
| Attn: Julia Price, Claims Adjuster | Submitted by | D H Sump |
| 65 Broadway | Direct Dial | 757-687-7775 |
| Fl 20 | Invoice No. | 950260 |
| New York, NY 10006-2512 | File No. | 233242.000005 |

RE:    **EMC Def of NPFC Claim, Counts 3,4 & 5**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/08 | $8,325.00 |
| **Total Amount of This Invoice** | **$8,325.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/20/08
Invoice Number 950260
File No. 233242.000005
Page 2

Great American Insurance Group
EMC Def of NPFC Claim, Counts 3,4 & 5

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 08/15/08 | DHS | Begin to evaluate case for dismissing Counts 4 and 5 | 2.0 | 500.00 |
| 08/18/08 | DHS | Continue to formulate Motion to Dismiss | 3.0 | 750.00 |
| 08/22/08 | DHS | Research issues regarding pre-emption of Rivers and Harbors Act and general maritime law by OPA | 3.1 | 775.00 |
| 08/24/08 | DHS | Draft motion to dismiss and brief in support | 5.5 | 1,375.00 |
| 08/25/08 | CAA | Evaluate merits and risks of moving to dismiss refuse act and general maritime law claims owing to OPA pre-emption; review background documents provided by Jennifer Timms | 0.8 | 200.00 |
| 08/26/08 | DHS | Make revisions to brief in support of motion to dismiss | 1.5 | 375.00 |
| 08/28/08 | CAA | Review pleading options with co-counsel; telephone conference with Steve Campbell regarding Egan Marine's Motion to Dismiss, withdrawing jury demand | 0.5 | 125.00 |
| 09/08/08 | DHS | Telephone conference with Mr. Campbell regarding Motion to Dismiss briefing schedule | 0.3 | 75.00 |
| 09/08/08 | DHS | Draft various e-mails regarding briefing schedule | 0.3 | 75.00 |
| 09/17/08 | DHS | Review Government's response to Motion to Dismiss | 0.5 | 125.00 |
| 09/17/08 | DHS | Begin draft of reply brief | 2.2 | 550.00 |
| 09/18/08 | DHS | Draft reply brief for motion to dismiss | 8.2 | 2,050.00 |
| 09/19/08 | DHS | Continue draft Reply Motion to Dismiss | 3.1 | 775.00 |
| 09/21/08 | DHS | Revise Reply to Motion to Dismiss | 2.3 | 575.00 |
|  |  | Totals | 33.3 | 8,325.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/08

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| CAA | Abel | 1.3 | 250.00 | 325.00 |
| DHS | Sump | 32.0 | 250.00 | 8,000.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
(804) 697-2250

**For Payments by Wire**
Wachovia Bank, Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: D H Sump
Reference Client: 233242
From International Locations please add Swift
Address/Code: PNBP US 33

Great American Insurance Group
Attn: Julia Price, Claims Adjuster
65 Broadway
Fl 20
New York, NY 10006-2512

| | |
|---|---|
| Invoice Date | 10/20/08 |
| Submitted by | D H Sump |
| Direct Dial | 757-687-7775 |
| Invoice No. | 950260 |
| File No. | 233242.000005 |

**RE:** **EMC Defense of NPFC Claim, Counts 3,4 & 5**

**Total Amount of This Invoice**                 $8,325.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
(804) 697-2250

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Great American Insurance Group | Invoice Date | 11/15/08 |
| Attn: Julia Price, Claims Adjuster | Submitted by | D H Sump |
| Ocean Marine Division | Direct Dial | 757-687-7775 |
| PO Box 2468 | Invoice No. | 955483 |
| Cincinnati, OH 45201-2468 | File No. | 233242.000004 |

**RE:    EMC Defense of NPFC Claim/Counts 1&2**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/08 | $35,143.50 |
| Costs and Expenses Through 10/31/08 | $8,616.07 |
| **Total Amount of This Invoice** | **$43,759.57** |

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 10/01/08 | CAA | Review CITGO e-mail regarding seeking sanctions for failure to timely remove barge debris | 0.2 | 50.00 |
| 10/01/08 | CAA | Review final version of Motion to Modify Court's Order for Protective Order filed by Egan Marine, related e-mails between counsel | 0.8 | 200.00 |
| 10/01/08 | JDM | Organize client's electronic files for transfer into databases in preparation of trial | 6.0 | 660.00 |
| 10/01/08 | DHS | Review Coast Guard hearing transcript | 4.2 | 1,050.00 |
| 10/02/08 | JDM | Organize client's electronic documents and folders in preparation for discovery | 6.0 | 660.00 |
| 10/02/08 | DHS | Review US Coast Guard hearing transcript | 3.3 | 825.00 |
| 10/02/08 | RET | Assist in review of documents received from client and foldering of same to organize for purposes of processing and loading to review database | 1.3 | 162.50 |
| 10/03/08 | CAA | Review e-mails regarding paying rent on CITGO site | 0.1 | 25.00 |
| 10/03/08 | CAA | Review and exchange e-mails with co-counsel regarding drafting and arguing Brief in Opposition to Motion for Sanctions | 0.4 | 100.00 |
| 10/03/08 | DHS | Review motions involving protection of evidence | 1.5 | 375.00 |
| 10/03/08 | DHS | Review transcripts of US Coast Guard hearing | 2.5 | 625.00 |
| 10/04/08 | DHS | Continue review of US Coast Guard hearing transcripts | 4.1 | 1,025.00 |
| 10/06/08 | CAA | Review CITGO's Motion for Sanctions filed with the Court | 0.3 | 75.00 |
| 10/06/08 | CAA | Revise and edit draft Brief in Opposition to same | 0.9 | 225.00 |
| 10/07/08 | CAA | Exchange e-mails with co-counsel regarding hearing on motion for sanctions, outcome, next steps, etc. | 0.5 | 125.00 |
| 10/07/08 | DHS | Continue review of US Coast Guard hearing transcripts | 3.5 | 875.00 |
| 10/07/08 | DHS | Review Exxon Motion for Extension to File Answer | 0.3 | 75.00 |
| 10/07/08 | DHS | Various communications regarding results of Motion for Protective Order regarding evidence | 0.6 | 150.00 |
| 10/07/08 | RET | Organize client docs into appropriate electronic folders to be used in processing; email correspondence with team regarding same | 1.3 | 162.50 |
| 10/07/08 | RET | Coordinate with vendor and attorney team to have electronic documents processed for purposes of review and production | 1.3 | 162.50 |
| 10/08/08 | DHS | Forward report to Ms. Price with request for action on request | 0.2 | 50.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/15/08
Invoice Number 955483
File No. 233242.000004
Page 3

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | for financial support in preservation of evidence | | |
| 10/08/08 | DHS | Review reports from Ms. Timm regarding hearing on Motion to Modify Order regarding evidence | 0.2 | 50.00 |
| 10/08/08 | DHS | Continue review of US Coast Guard hearing transcripts | 4.5 | 1,125.00 |
| 10/08/08 | RET | Coordinate with vendor for processing of electronic documents to be added to the review database for the purpose of review and possible production including email correspondence with legal team regarding same | 0.8 | 100.00 |
| 10/08/08 | RET | Multiple correspondence with team and preparation of client documents for processing | 1.8 | 225.00 |
| 10/09/08 | DHS | Schedule attorney meetings | 0.3 | 75.00 |
| 10/09/08 | DHS | Review regulations governing transportation of hazardous liquids | 2.2 | 550.00 |
| 10/10/08 | DHS | Review regulations governing transfer and carriage of petroleum products | 2.1 | 525.00 |
| 10/13/08 | CAA | Review latest correspondence from CITGO counsel regarding demand for removal of barge remanents and co-counsel e-mails regarding same | 0.2 | 50.00 |
| 10/13/08 | DHS | Plan discovery conference | 0.4 | 100.00 |
| 10/13/08 | DHS | Review letter from Mr. LeBlanc, counsel for CITGO, regarding removing evidence from CITGO facility and respond to co-counsel | 0.4 | 100.00 |
| 10/13/08 | DHS | Review US Coast Guard hearing transcript | 2.9 | 725.00 |
| 10/14/08 | DHS | Prepare for discovery meeting | 0.5 | 125.00 |
| 10/14/08 | DHS | Draft status letter to Ms. Price | 4.3 | 1,075.00 |
| 10/14/08 | DHS | Address various billing issues | 0.4 | 100.00 |
| 10/14/08 | DHS | Review Coast Guard hearing transcript | 1.1 | 275.00 |
| 10/15/08 | CAA | Review draft Egan Marine discovery plan | 0.4 | 100.00 |
| 10/15/08 | CAA | Participate with co-counsel in discovery planning, strategy, and tactics session, associated procedural issues pertaining to evidence preservation, and attorney disqualification | 2.3 | 575.00 |
| 10/15/08 | DHS | Travel to Chicago to attend discovery meeting and initial status hearing with Judge Coar | 3.5 | 875.00 |
| 10/15/08 | DHS | Consider discovery plan and discovery strategy | 2.1 | 525.00 |
| 10/15/08 | DHS | Address evidence issues | 0.8 | 200.00 |
| 10/15/08 | DHS | Continue to draft status report to Ms. Price | 3.5 | 875.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 11/15/08
Invoice Number 955483
File No. 233242.000004
Page 4

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/16/08 | CAA | Review and edit draft letter to opposing counsel regarding proposal for removing and preserving evidence from CITGO property | 0.3 | 75.00 |
| 10/16/08 | DHS | Prepare for and attend initial status hearing where Scheduling Order was approved by Court | 2.0 | 500.00 |
| 10/16/08 | DHS | Review letter regarding plan to remove barge remnants from CITGO and suggest revisions | 0.5 | 125.00 |
| 10/16/08 | DHS | Travel to Norfolk | 5.2 | 1,300.00 |
| 10/17/08 | CAA | Draft consulting memorandum for execution by Egan Marine Corporation and Barry Rose | 0.7 | 175.00 |
| 10/17/08 | CAA | Forward to Jennifer Timm with comment | 0.1 | 25.00 |
| 10/17/08 | DHS | Continue to draft initial report | 1.1 | 275.00 |
| 10/17/08 | DHS | Review various federal regulations regarding transfer and storage of hazardous or dangerous cargoes on tank barges | 3.3 | 825.00 |
| 10/17/08 | DHS | Review various pleadings filed by Exxon Mobile | 1.2 | 300.00 |
| 10/20/08 | CAA | Review Exxon's Motions to Strike, Third-Party Defendants Affirmative Defenses, its adoption by reference of Motion to Dismiss, and its related Notices of Motion | 0.8 | 200.00 |
| 10/20/08 | CAA | Review Government's Requests for Documents | 0.6 | 150.00 |
| 10/20/08 | DHS | Address various issues involving scheduling of hearings on Exxon Mobile motions | 0.3 | 75.00 |
| 10/20/08 | DHS | Research jury issues and outline response to Exxon Mobile Motion to Strike Jury | 1.5 | 375.00 |
| 10/20/08 | DHS | Research attorney fees issues | 1.8 | 450.00 |
| 10/21/08 | CAA | Exchange e-mail with co-counsel regarding strategy on responding to Government document request | 0.2 | 50.00 |
| 10/21/08 | DHS | Identify and review oil transfer regulations | 0.8 | 200.00 |
| 10/21/08 | DHS | Review USCG hearing transcripts | 2.2 | 550.00 |
| 10/21/08 | RET | Coordinate between legal team and tech resources for loading of data, copying data to the local network, analyzing data received, and updating tracking records regarding same | 1.0 | 125.00 |
| 10/22/08 | CAA | Exchange e-mails with co-counsel regarding briefing EMC's efforts to resolve evidence removal and preservation dispute | 0.3 | 75.00 |
| 10/22/08 | DHS | Review possible Supplemental Motion for Protective Order and provide comment | 0.8 | 200.00 |
| 10/22/08 | DHS | Review USCG regulations regarding transfer and | 2.5 | 625.00 |

# TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
|  |  | transportation of oil in tank barges |  |  |
| 10/22/08 | DHS | Review USCG hearing transcript | 1.0 | 250.00 |
| 10/23/08 | CAA | Research potential pleading options regarding evidence preservation | 0.3 | 75.00 |
| 10/23/08 | CAA | Initial work on drafting and responding to discovery | 0.3 | 75.00 |
| 10/23/08 | DHS | Research preservation of evidence case law for supplemental brief | 2.3 | 575.00 |
| 10/23/08 | DHS | Outline basic discovery request to Government | 2.5 | 625.00 |
| 10/23/08 | DHS | Review USCG hearing transcripts | 2.9 | 725.00 |
| 10/24/08 | CAA | Review case law identified by co-counsel on duty to preserve evidence, e-mail co-counsel regarding same and strategy in arguing issue before Court | 0.4 | 100.00 |
| 10/24/08 | CAA | Review correspondence from Robert Kelley to Jennifer Timm regarding Government's unwillingness to bear any cost of evidence preservation | 0.2 | 50.00 |
| 10/24/08 | CAA | Review and edit draft Supplemental Brief for Protective Order on Evidence | 0.3 | 75.00 |
| 10/24/08 | CAA | Review Exxon Brief in Opposition to Egan Marine Corporation's Supplemental Brief on Protective Order | 0.8 | 200.00 |
| 10/24/08 | DHS | Begin outlining discovery responses | 2.1 | 525.00 |
| 10/24/08 | DHS | Review USCG hearing transcript | 2.9 | 725.00 |
| 10/24/08 | DHS | Review and recommend edits for Supplemental Motion on Request for Modification of Protective Order | 1.1 | 275.00 |
| 10/27/08 | CAA | Telephone conference with Chicago co-counsel regarding Court's ruling on Protective Order regarding preserving evidence, next steps regarding barge remnants | 0.4 | 100.00 |
| 10/27/08 | CAA | Review and comment on draft Order on today's motion hearing | 0.3 | 75.00 |
| 10/27/08 | CAA | Exchange e-mails with co-counsel regarding Rule 26(a)(1) auto disclosures | 0.2 | 50.00 |
| 10/27/08 | DHS | Review ExxonMobile's response to Egan Marine's Request to Modify Protective Order | 0.3 | 75.00 |
| 10/27/08 | DHS | Telephone conference with Egan counsel regarding results of protection of evidence hearing | 0.3 | 75.00 |
| 10/27/08 | DHS | Review USCG hearing transcript | 5.2 | 1,300.00 |
| 10/27/08 | DHS | Review draft order on preservation of evidence and provide | 0.5 | 125.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/15/08
Invoice Number 955483
File No. 233242.000004
Page 6

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | edits | | |
| 10/27/08 | DHS | Review responses from CITGO and Government | 0.4 | 100.00 |
| 10/28/08 | CAA | Review and respond to e-mails and drafts of order on removal and preservation of evidence by USA, Exxon, CITGO and Egan Marine co-counsel | 0.4 | 100.00 |
| 10/28/08 | CAA | Communicate with co-counsel regarding Rule 26(a)(1) disclosures; review and edit same | 0.3 | 75.00 |
| 10/28/08 | CAA | Exchange e-mails regarding ethical considerations associated with contacting Joseph Oliva directly | 0.4 | 100.00 |
| 10/28/08 | AAL | Retrieve Judge Coar standing orders from PACER | 0.1 | 11.00 |
| 10/28/08 | DHS | Review draft Rule 26 Disclosure and suggest edits to Ms. Timm | 0.8 | 200.00 |
| 10/28/08 | DHS | Review various e-mails suggesting revisions to proposed Order on preservation of evidence and draft responses | 1.0 | 250.00 |
| 10/28/08 | DHS | Review hearing transcript | 3.9 | 975.00 |
| 10/29/08 | CAA | Exchange e-mails with co-counsel regarding Egan Marine's Rule 26(a)(1) disclosures | 0.4 | 100.00 |
| 10/29/08 | CAA | Exchange e-mails with co-counsel regarding contact with former Egan Marine employee witness | 0.3 | 75.00 |
| 10/29/08 | DHS | Review USCG hearing transcript and review applicable regulations mentioned in hearing | 5.1 | 1,275.00 |
| 10/30/08 | DHS | Review final version of Rule 26 Disclosures | 1.0 | 250.00 |
| 10/30/08 | DHS | Complete initial review letter | 2.3 | 575.00 |
| 10/30/08 | DHS | Review USCG hearing transcript | 3.1 | 775.00 |
| 10/31/08 | DHS | Review Rule 26 Disclosures, consider edits and execute | 0.9 | 225.00 |
| 10/31/08 | DHS | Draft response to Motion to Strike Attorney Fees | 1.4 | 350.00 |
| 10/31/08 | DHS | Review USCG hearing transcript | 3.8 | 950.00 |
| | | Totals | 151.1 | 35,143.50 |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/08

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CAA | Abel | 14.1 | 250.00 | 3,525.00 |
| AAL | Lask | 0.1 | 110.00 | 11.00 |
| JDM | Maciel | 12.0 | 110.00 | 1,320.00 |
| DHS | Sump | 117.4 | 250.00 | 29,350.00 |
| RET | Truelove | 7.5 | 125.00 | 937.50 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/08

| Date | Description | Amount |
|---|---|---|
| 10/27/08 | Meals and Entertainment | 73.92 |
| 10/27/08 | Meals and Entertainment | 122.66 |
| 10/22/08 | Professional Services | 6,332.55 |
| 10/27/08 | Travel Expenses | 840.01 |
| 10/27/08 | Travel Expenses | 1,246.93 |
| | Total: | 8,616.07 |

Total Fees & Costs: $43,759.57

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
(804) 697-2250

**For Payments by Wire**
Wachovia Bank, Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: D H Sump
Reference Client: 233242
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| Great American Insurance Group | |
| Attn: Julia Price, Claims Adjuster | |
| Ocean Marine Division | |
| PO Box 2468 | |
| Cincinnati, OH 45201-2468 | |

| | |
|---|---|
| Invoice Date | 11/15/08 |
| Submitted by | D H Sump |
| Direct Dial | 757-687-7775 |
| Invoice No. | 955483 |
| File No. | 233242 |

**Total Amount of This Invoice**      $43,759.57

## Summary of Additional Outstanding Invoices by Client as of 11/15/08

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 10/15/08 | 946656 | $1,850.00 | $-92.50 | $1,757.50 |
| 10/15/08 | 946657 | $66,920.58 | $0.00 | $66,920.58 |
| 10/20/08 | 950260 | $8,325.00 | $0.00 | $8,325.00 |
| | | $77,095.58 | -92.50 | $77,003.08 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
(804) 697-2250

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Great American Insurance Group | Invoice Date | 12/12/08 |
| Attn: Julia Price, Claims Adjuster | Submitted by | D H Sump |
| Ocean Marine Division | Direct Dial | 757-687-7775 |
| PO Box 2468 | Invoice No. | 961311 |
| Cincinnati, OH 45201-2468 | File No. | 233242.000004 |

**RE:   EMC Defense of NPFC Claim/Counts 1&2**

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/08 | $24,430.00 |
| Costs and Expenses Through 11/30/08 | $8,831.61 |
| **Total Amount of This Invoice** | **$33,261.61** |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group

EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/02/08 | DHS | Research jury trial issues | 1.9 | 475.00 |
| 10/02/08 | DHS | Draft response to ExxonMobile's Motion to Strike Jury Demands | 3.1 | 775.00 |
| 11/02/08 | CAA | Review and edit draft Brief in Opposition to Exxon's Motion to Strike Jury Demand | 1.2 | 300.00 |
| 11/03/08 | CAA | Research law regarding civil penalty exposure under OPA | 0.4 | 100.00 |
| 11/03/08 | CAA | Edit Brief in Opposition to Motion to Strike Jury Demand | 0.4 | 100.00 |
| 11/03/08 | CAA | Exchange e-mails with co-counsel regarding Rule 26(a)(1) Auto-Disclosures | 0.4 | 100.00 |
| 11/04/08 | DHS | Final review of Brief in Opposition to Motion to Strike Jury Demand | 0.5 | 125.00 |
| 11/04/08 | DHS | Final review of Brief in Opposition to Motion to Strike Attorney's Fees | 0.5 | 125.00 |
| 11/04/08 | DHS | Make revisions to initial review letter | 1.1 | 275.00 |
| 11/04/08 | DHS | Review US Coast Guard hearing transcripts | 3.1 | 775.00 |
| 11/05/08 | CAA | Review EMC Brief in Opposition to Motion to Strike Claim for Attorney's Fees | 0.2 | 50.00 |
| 11/05/08 | CAA | Review Government's and ExxonMobil's Initial Rule 26(a)(1) Auto-Disclosures | 0.9 | 225.00 |
| 11/05/08 | DHS | Review documents provided by Egan Marine | 8.1 | 2,025.00 |
| 11/06/08 | CAA | Review and comment on draft EMC Answer to Third-Party Complaint | 0.4 | 100.00 |
| 11/06/08 | DHS | Review Egan's response to ExxonMobile's Counterclaim and suggest revisions | 0.4 | 100.00 |
| 11/06/08 | DHS | Review Egan Marine documents | 8.2 | 2,050.00 |
| 11/07/08 | CAA | Review final version of Answer to Third-Party Complaint filed by EMC | 0.2 | 50.00 |
| 11/07/08 | CAA | Exchange e-mails with co-counsel regarding withdrawing jury demand from Answer | 0.2 | 50.00 |
| 11/07/08 | CAA | Review and respond to co-counsel e-mail regarding Citgo concerns regarding timing and plan for removing barge remnants | 0.2 | 50.00 |
| 11/07/08 | CAA | Review correspondence with Dr. Hoffman and related communications between counsel regarding same | 0.2 | 50.00 |
| 11/07/08 | CAA | Review EMC's Rule 26(a)(1) Disclosures | 0.6 | 150.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S  A T  L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 11/07/08 | DHS | Review Egan Marine documents | 8.0 | 2,000.00 |
| 11/10/08 | CAA | Review document production and review needs, options, etc.; establish protocols for same | 0.8 | 200.00 |
| 11/10/08 | CAA | Review Government's draft presentation plan and related e-mails between client and co-counsel | 0.5 | 125.00 |
| 11/10/08 | CAA | Review search warrant related e-mails, respond to same | 0.5 | 125.00 |
| 11/10/08 | DHS | Consider document management issues | 1.3 | 325.00 |
| 11/10/08 | DHS | Review documents produced by client | 2.1 | 525.00 |
| 11/10/08 | DHS | Review search warrant for barge debris and consider ramifications for presentation plan | 1.1 | 275.00 |
| 11/10/08 | DHS | Review revisions to preservation plans | 1.3 | 325.00 |
| 11/11/08 | CAA | Review draft edits to preservation plan, revisions to same, etc. | 0.6 | 150.00 |
| 11/11/08 | CAA | Telephone conference with co-counsel regarding same | 0.5 | 125.00 |
| 11/11/08 | CAA | Review and respond to e-mails from opposing counsel and co-counsel regarding preservation plan, search warrant, etc. | 1.5 | 375.00 |
| 11/11/08 | DHS | Review proposed preservation plan and suggested edits | 1.4 | 350.00 |
| 11/11/08 | DHS | Telephone conference with Ms. Timm regarding impact of search warrant and preservation plan | 0.5 | 125.00 |
| 11/11/08 | DHS | Assist in drafting communication to opposing party regarding evidence preservation | 0.3 | 75.00 |
| 11/11/08 | DHS | Review documents produced by client | 4.2 | 1,050.00 |
| 11/12/08 | CAA | Exchange e-mails with co-counsel regarding latest action in regard to search warrant | 0.4 | 100.00 |
| 11/12/08 | DHS | Finalize Initial Review Letter and execute | 2.3 | 575.00 |
| 11/12/08 | DHS | Continue review of client documents | 2.5 | 625.00 |
| 11/13/08 | CAA | Review revised preservation plan submitted by Exxon counsel, e-mails with co-counsel and opposing counsel regarding same | 0.6 | 150.00 |
| 11/13/08 | AAL | Prepare draft Request for Interrogatories and Request for Production of Documents regarding Egan Marine | 0.5 | 55.00 |
| 11/13/08 | DHS | Review newly revised Preservation Plan and suggest edits and identify shortcomings | 0.5 | 125.00 |
| 11/13/08 | DHS | Begin outlining specific discovery requests | 1.3 | 325.00 |
| 11/13/08 | DHS | Continue review of client documents | 2.1 | 525.00 |

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 11/14/08 | CAA | Review correspondence from EMC to opponents regarding agreed preservation plan | 0.2 | 50.00 |
| 11/14/08 | CAA | Review EMC objection to Joint Agreed Preservation Plan | 0.3 | 75.00 |
| 11/14/08 | DHS | Continue review of client documents | 4.9 | 1,225.00 |
| 11/17/08 | DHS | Telephone conference with Ms. Price regarding initial review letter issues | 0.3 | 75.00 |
| 11/17/08 | DHS | Begin developing litigation budget | 1.1 | 275.00 |
| 11/17/08 | DHS | Respond to Ms. Price's e-mail requesting clarification | 0.3 | 75.00 |
| 11/17/08 | DHS | Review debris removal plan | 0.4 | 100.00 |
| 11/17/08 | DHS | Continue review of client documents | 1.1 | 275.00 |
| 11/18/08 | CAA | Review and edit draft motion seeking dismissal of limitation claims, declaration of default, release of bond, etc. | 0.5 | 125.00 |
| 11/18/08 | CAA | Review latest EMC removal plan | 0.3 | 75.00 |
| 11/18/08 | DHS | Review client documents | 2.5 | 625.00 |
| 11/18/08 | DHS | Review draft Motion to Dismiss Limitation Action to ensure no orders impact our case and suggest edits | 0.5 | 125.00 |
| 11/18/08 | DHS | Various telephone conferences with Ms. Timm regarding preservation of evidence issues | 0.5 | 125.00 |
| 11/19/08 | CAA | Review and respond to latest e-mails from co-counsel regarding removing barge remnants from CITGO, moving court for sanctions on "spoliation" theory | 0.9 | 225.00 |
| 11/19/08 | DHS | Final review and edits of limitation action Motion to Dismiss | 0.4 | 100.00 |
| 11/19/08 | DHS | Address various issues involving preservation of evidence and discuss court relations issues with Ms. Timm | 1.4 | 350.00 |
| 11/20/08 | DHS | Review Coast Guard transcripts | 2.1 | 525.00 |
| 11/20/08 | DHS | Prepare litigation budget | 2.5 | 625.00 |
| 11/21/08 | CAA | Review e-mails to and from CITGO regarding removal of barge debris, protocol, access agreement, etc. | 0.3 | 75.00 |
| 11/21/08 | CAA | Review Judge Coar's opinion denying Government and Exxon's Motion to Strike Jury Demand | 0.3 | 75.00 |
| 11/21/08 | CAA | Exchange e-mails with co-counsel regarding same, short and long-term implications | 0.3 | 75.00 |
| 11/23/08 | DHS | Review Order of Court denying Exxon Mobile's Motion to Strike EMC's Jury Demand | 0.8 | 200.00 |
| 11/25/08 | CAA | Exchange e-mails with co-counsel regarding today's hearing | 0.4 | 100.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/12/08
Invoice Number 961311
File No. 233242.000004
Page 5

Great American Insurance Group
EMC Defense of NPFC Claim/Counts 1&2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/08

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | in federal court, discovery issues, next steps, etc. | | |
| 11/25/08 | DHS | Various e-mails with counsel regarding production of Egan Marine's financial records | 0.4 | 100.00 |
| 11/26/08 | CAA | Review EMC's draft edits to Joint Agreed Preservation Plan | 0.3 | 75.00 |
| 11/26/08 | DHS | Review ExxonMobile's Rule 26 Disclosures and documents | 2.1 | 525.00 |
| 11/28/08 | DHS | Continue review of disclosed documents | 5.9 | 1,475.00 |
| | | Totals | 98.0 | 24,430.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 11/30/08

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| CAA | Abel | 14.5 | 250.00 | 3,625.00 |
| AAL | Lask | 0.5 | 110.00 | 55.00 |
| DHS | Sump | 83.0 | 250.00 | 20,750.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/08

| Date | Description | Amount |
|------|-------------|--------|
| 09/17/08 | Computer Research | 3.96 |
| 09/22/08 | Computer Research | 4.28 |
| 11/02/08 | Computer Research | 12.87 |
| 11/04/08 | Computer Research | 20.28 |
| 11/19/08 | Professional Services | 8,790.22 |
| | Total: | 8,831.61 |

Total Fees & Costs: $33,261.61

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
(804) 697-2250

**For Payments by Wire**
Wachovia Bank, Atlanta, Georgia
ABA #061000227
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: D H Sump
Reference Client: 233242
From International Locations please add Swift
Address/Code: PNBP US 33

| | |
|---|---|
| Great American Insurance Group | Invoice Date 12/12/08 |
| Attn: Julia Price, Claims Adjuster | Submitted by D H Sump |
| Ocean Marine Division | Direct Dial 757-687-7775 |
| PO Box 2468 | Invoice No. 961311 |
| Cincinnati, OH 45201-2468 | File No. 233242 |

**Total Amount of This Invoice**          $33,261.61

## Summary of Additional Outstanding Invoices by Client as of 12/12/08

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 10/15/08 | 946657 | $66,920.58 | $0.00 | $66,920.58 |
| 11/15/08 | 955476 | $150.50 | $0.00 | $150.50 |
| 11/15/08 | 955478 | $4,064.00 | $-86.50 | $3,977.50 |
| 11/15/08 | 955483 | $43,759.57 | $0.00 | $43,759.57 |
| | | $114,894.65 | -86.50 | $114,808.15 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**