# Exhibit 6-A

## Invoices to Affidavit of David R. Anderson

**DAVID R. ANDERSON**
**Attorney at Law**
**670 Schultz Street**
**Lemont, Illinois 60439**
**630-677-6481**

# INVOICE to EGAN MARINE CORPORATION

**Hours Worked and Incurred Compensation for Counsel David Anderson in USA v. EMC v ExxonMobil-2010**

<u>Reviewed Previously Finalized Files for Background</u>

| | | |
|---|---|---|
| 7-20-10 | Reviewed Coast Guard Investigative Report | 4.5 hours |
| 7-21-10 | Reviewed Coast Guard Deposition files | 8.0 hours |
| 7-23-10 | Reviewed Coast Guard Deposition files | 8.0 hours |
| 7-25-10 - 8-10-10 | Received extensive briefing from Dennis Egan on case | 40.0 hours |
| | **Subtotal:** | 68.5 hours |

<u>On Going Activities, Meetings, Calls and Document Review</u>

| | | |
|---|---|---|
| 8-2-10 | DRA Filed appearance in USA v EMC v Exxon | 2.0 hours |
| 8-2-10 | EMC's Brief in Opposition to US Motion To Stay Proceeding | 1.0 hour |
| 8-2-10 | RMC's Second Supplemental Response US Request for Production | 1.5 hours |
| 8-2-10 | Subpoena to EMC for financial records | 1.0 hour |
| 8-2-10 | Party Defendants Motion to third file Additional Exhibits in response to motion to Disqualify consul | 1.0 hour |
| 8-2-10 | Troutman letter on Conflict of Interest - Motion To Disqualify Counsel. | 1.0 hours |
| 8-2-10 | EMC Response to Exxon's Request to Produce | .5 hour |
| 8-5-10 | Verified Complaint | 1.5 hours |
| 8-5-10 | Miscellaneous Correspondence | .5 hour |
| 8-6-10 | EMC's Opposition to Great America Intervention | .5 hour |
| 8-6-10 | Third Party Complaint | .5 hour |
| 8-6-10 | USA's Response to Defendant's Motion to Dismiss | .5 hour |
| 8-6-10 | USA's First Request for Production of Documents And Things and Exxon's' 26A Disclosure | 2.5 hours |
| 8-6-10 | Miscellaneous Documents | 1.5 hours |
| 8-12-10 | Telephone conference with Sump and Egan Regarding discovery, tactics, strategy | .5 hour |

| Date | Description | Time |
|---|---|---|
| 8-19-10 | Telephone conference with David Anderson regarding Pleadings filed, need to withdraw motion for Reconsideration in coast guard penalty case owing to Adverse impact on NPFC case | .5 hour |
| 8-20-10 | Telephone conference with David Sump Regarding mechanics of withdrawing motion | .4 hour |
| 8-20-10 | Reviewed Docs; - Notices of Deps and Exxon's Response to EMC's First Request for Production | 1.5 hours |
| 8-23-10 | Meet with David Sump to discuss strategy and client Issues | 1.0 hour |
| 8-24-10 | Telephone call to David Sump regarding strategy And factual development | .5 hour |
| 8-25-10 | Several telephone calls to David Sump regarding strategy and discovery issues. | .7 hour |
| 8-27-10 | Telephone conference with Sump regarding witness Deposition issues | 1.0 hour |
| 8-30-10 | Telephone conference with Sump and Egan on case Status | 1.0 hour |
| 8-30-10 | Reviewed Troutman Correspondence | 2.0 hours |
| 9-1-10 | Exxon's Request to Produce to EMC | 1.0 hour |
| 9-1-10 | EMC Response to USA request for Production Of Docs | 2.0 hours |
| 9-2-10 | EMC Opposition to USA's Second Motion to Stay Proceedings | .5 hour |
| 9-2-10 | USA Response to EMC Requests for Production | .5 hour |
| 9-2-10 | Telephone conference with David Sump regarding Case status | 1.0 hour |
| 9-2-10 | Telephone conference with Mr. Anderson, counsel for EMC, regarding conflicts with state court schedule | 1.0 hour |
| 9-3-10 | EMC Motion to compel Exxon to provide further Responses to discovery. | .5 hour |
| 9-3-10 | Telephone call with Sump regarding strategy and Impact of state case on federal case | .2 hour |
| 9-3-10 | Participate in extended teleconference with David Sump and Dennis Egan regarding impact of state case on Strategy and discovery process in federal case | 2.0 hours |
| 9-7-10 | Telephone conference with David Anderson regarding Federal case Protective Order effects on state case | .5 hour |
| 9-7-10 | Participate in extended teleconference with Dennis Egan Regarding depositions and strategy issues | 1.8 hours |
| 9-7-10 | Participate in teleconference with David Anderson Regarding depositions and strategy issues | .3 hour |
| 9-8-10 | Telephone conference with client regarding deposition Issues | .9 hour |
| 9-9-10 | Organize records on calendaring depositions. | 1.0 hour |
| 9-10-10 | Meet with Dennis Egan and David Sump regarding Haan and Regio deps | 1.0 hour |
| 9-16-10 | Meet with Dennis Egan and David Anderson to discuss Background facts of case, strategy, tactics, next steps, Prepare for Firing deposition | 2.5 hours |
| 9-16-10 | Meet with EMC corporate counsel to coordinate state And federal litigation, deconflict same | 1.0 hour |

| Date | Description | Time |
|---|---|---|
| 9-17-10 | Troutman letter on US discovery deficiencies. | 1.0 hour |
| 9-20-10 | Telephone conference with David Anderson regarding Interpreting Protective Order | .2 hour |
| 9-20-10 | Telephone call from David Sump regarding discovery and Deposition issues | .5 hour |
| 9-21-10 | USA Amended Responses to EMC Interrogatories | 1.5 hours |
| 9-21-10 | Meet with Dennis Egan and David Sump to discuss Strategy and prepare for deposition of Dennis Egan | 3.7 hours |
| 9-22-10 | Exxon Amended Answers to EMC Interrogatories | .5 hour |
| 9-27-10 | Meet with Don Hoffman, Sump and Dennis Egan to Inspect barge damage and develop factual basis for Expert opinions | 4.0 hours |
| 10-6-10 | Meet with Dennis Egan and David Anderson to discuss strategy, development of factual issues and testimony of Agent Gamboa | 1.2 hours |
| 10-6-10 | Appear in U.S. District Court for status conference with Magistrate Judge | 1.0 hour |
| 10-7-10 | Meet with Dennis Egan and David Anderson to discuss Factual issues and strategy for discovery | 1.5 hours |
| 10-14-10 | Exxon Second Amended Response to EMC First Request for Production of Documents | 2.0 hours |
| 10-18-10 | Meet with Dennis Egan, David Anderson, and Chris Abel to discuss strategy for Exxon depositions | 1.0 hour |
| 10-19-10 | EMC Responses to USA third set of Production Request | .75 hour |
| 10-20-10 | Meet with Dennis Egan and David Anderson to prepare For Hainline deposition | 1.0 hour |
| 10-24-10 | DRA wrote email on state and federal complaints | 1.0 hour |
| 10-26-10 | Troutman letter on USA discovery and US depositions | 1.0 hour |
| 11-2-10 | Telephone call to Sump regarding Interrogatories and other discovery issues | .5 hour |
| 11-8-10 | Exxon Motion to Provide EMC to Provide further Responses to Discovery. | 1.0 hour |
| 11-9-10 | Several telephone calls to Sump regarding discovery Issues and compliance with protective order | 1.0 hour |
| 11-12-10 | Telephone call to David Anderson regarding production Of Meredith Management report and other strategy and Discovery Issues | .5 hour |
| 11-15-10 | Multiple telephone calls to Sump regarding document Production and other discovery issues | .7 hour |
| 11-18-10 | US Motion to Compel | 1.0 hour |
| 11-18-10 | Mimi Kim Deposition | .25 hour |
| 11-23-10 | Multiple telephone calls to Sump regarding discovery Issues | .5 hour |
| 11-29-10 | EMC Response to Exxon's Motion to Compel | 1.0 hour |
| 11-30-10 | Meet with David Sump and Dennis Egan to Discuss strategy for discovery motions | .6 hour |
| 12-15-10 | EMC Memorandum of Law in support to dismiss or Award alternative sanctions. Prepare brief outline of it. | 4.0 hours |
| 12-18-10 | USA Response to Defendants' Motion to Dismiss | .75 hours |

| | | |
|---|---|---|
| 12-21-10 | Troutman letter to Pretzel on a number of requests Relating to Exxon's Motion to Compel. | 1.0 hour |
| | **Subtotal:** | 76.95 hours |

Depositions - 2010

| | | |
|---|---|---|
| 9-7 | Preparation for Deposition- Robert Reggio | 2.0 hours |
| 9-10 | Deposition Participation – Robert Reggio | 4.0 hours |
| 9-10 | Deposition Participation – Eric Hann | 8.0 hours |
| 9-13 | Deposition Participation- Dean Firing | 1.0 hour |
| 9-15 | Preparation for Deposition- Eric Paul Christiansen | 1.0 hour |
| 9-19 | Preparation for Deposition – Dennis H. Egan | 5.0 hours |
| 9-22 | Deposition Participation - Dennis H. Egan | 8.0 hours |
| 9-23 | Deposition Participation – Andrew Chanda | 8.0 hours |
| 9-27 | Deposition Participation- James Rocco | 3.5 hours |
| 10-5 | Preparation for Deposition - David Majors | 4.0 hours |
| 10-5 | Preparation for Deposition – John Gamboa | 1.0 hour |
| 10-6 | Deposition Participation – John Gamboa | 4.0 hours |
| 10-6 | Preparation for Deposition – Gerald Griner | 2.0 hours |
| 10-7 | Deposition Participation – Gerald Griner | 2.5 hours |
| 10-7 | Deposition Participation – David Majors | 5.0 hours |
| 10-8 | Preparation for Deposition –Mark Hamilton | 8.0 hours |
| 10-9 | Preparation for Deposition – Mark Hamilton | 5.0 hours |
| 10-15 | Preparation for Deposition – Irvin Holm | 3.0 hours |
| 10-16 | Preparation for Deposition – Gary Fite | 2.0 hours |
| 10-16 | Preparation for Deposition- Gerard Christensen | 1.0 hour |
| 10-16 | Preparation for Deposition- Neil Hauge | 1.0 hour |
| 10-17 | Preparation for Deposition- Clifton Hene | 8.0 hours |
| 10-18 | Deposition Participation – Clifton Hene | 7.0 hours |
| 10-18 | Deposition Participation – Gary Fite | 1.5 hours |
| 10-19 | Deposition Participation – Neil Hauge | 3.0 hours |
| 10-19 | Deposition Participation – Irvin Holm | 3.0 hours |
| 10-19 | Deposition Participation – Gerard Christensen | 2.5 hours |
| 10-19 | Preparation for Deposition - Jason Hainline | 4.0 hours |
| 10-20 | Deposition Participation – Jason Hainline | 3.0 hours |
| 10-20 | Preparation for Deposition – Jeff Carrie | 1.0 hour |
| 11-6 | Preparation for Deposition – Luis Sanchez | 1.0 hour |
| 11-16 | Preparation for Deposition – Michael Reed | 1.0 hour |
| 11-20 | Preparation for Deposition – William Arrington | 2.0 hours |
| 11-20 | Preparation for Deposition – Peter Lamanna | 2.0 hours |
| 11-22 | Deposition Participation – Peter Lamanna | 3.0 hours |
| 11-22 | Deposition Participation - William Arrington | 1.0 hour |
| 12-15 | Review and Analyze Deposition Transcript – Dennis H. Egan | 1.0 hour |
| 12-15 | Review and Analyze Deposition Transcript – Joseph Oliva | 8.0 hours |
| 12-16 | Review and Analyze Deposition Transcript – Joseph Oliva | 4.0 hours |
| 12-17 | Review and Analyze Deposition Transcript – Bill Rodgers | 12.0 hours |

| Date | Description | Hours |
|---|---|---|
| 12-17 | Review and Analyze Deposition Transcript – Dennis M. Egan | .5 hour |
| 12-17 | Review and Analyze Deposition Transcript – Gerard Christensen | 2.0 hours |
| 12-18 | Review and Analyze Deposition Transcript – Andrew Chanda | 8.0 hours |
| 12-19 | Review and Analyze Deposition Transcript – Dean Firing | 8.0 hours |
| 12-20 | Review and Analyze Deposition Transcript – John Gamboa | 4.0 hours |
| 12-19 | Review and Analyze Deposition Transcript – Eric Hann | 5.0 hours |
| 12-20 | Review and Analyze Deposition Transcript – Robert Reggio | 4.0 hours |
| 12-21 | Review and Analyze Deposition Transcript – James Rocco | 7.0 hours |
| 12-22 | Review and Analyze Deposition Transcript – David Majors | 8.0 hours |
| 12-23 | Review and Analyze Deposition Transcript – Gerald Griner | 8.0 hours |
| 8-1 to 12-31 | Weekly Meetings with Dennis Egan on Case Minimum 10 Hours - Collectively Shown Discounted to 2 hours a week billed: | 240.0 hours <br> - (192.0 hours) |
| | **Subtotal:** | 249.50 hours |
| | **Grand Total:** | 394.95 hours |

394.95 hours @$175.00 per hour         **Amount Owed: $69,116.25**

**DAVID R. ANDERSON**
**Attorney at Law**
**670 Schultz Street**
**Lemont, Illinois 60439**
**630-677-6481**

# INVOICE for EGAN MARINE CORPORATION

**Hours Worked and Incurred Compensation for Counsel David Anderson in USA v. EMC v ExxonMobil- 2011**

On Going Activities, Meetings, Calls and Document Review

| Date | Description | Hours |
|---|---|---|
| 1-5-11 | Exxon's Summary Judgment Motion (SJM) | 4.0 hours |
| 1-5-11 | Exxon's Memorandum of Law in Support of SJM with 11 exhibits | 4.5 hours |
| 1-5-11 | EMC Statement of Facts in Support of its SJM | 2.25 hours |
| 1-10-11 | Email to DRA from David Sump on SJM strategy | .25 hour |
| 1-25-11 | Initial Status Report – Review | .5 hour |
| 2-28-11 | EMC Motion to Strike Plaintiff's Experts with six exhibits | 7.0 hours |
| 3-8-11 | Meet with Sump, Flessner and Egan in Chicago area | 6.0 hours |
| 3-16-11 | Status Hearing before Magistrate Cox | 5.0 hours |
| 3-28-11 | USA Request for Leave to file response to EMC's Motion to dismiss | .5 hour |
| 3-31-11 | EMC Statement of Additional Facts opposing Exxon SJM /10 Exhibits | 4.0 hours |
| 3-31-11 | EMC Memo of Law Opposing Exxon SJM | 2.0 hours |
| 3-31-11 | EMC Response to Exxon Statement of Facts | 2.0 hours |
| 3-31-11 | Miscellaneous Correspondence | 1.0 hour |
| 3-31-11 | EMC'a Response to Exxon Statement of Facts in Support Of its Motion for Summary Judgment and its 28 exhibits | 3.0 hours |
| 3-31-11 | USA Response to EMC 's Motion to Dismiss | 3.0 hours |
| 4-8-11 | Review Miscellaneous Correspondence | 1.5 hours |
| 4-6-11 | Exxon's Request for Extension to File Reply in Support Of SJM | .5 hour |
| 4-6-11 | USA Supplemental Response to EMC Motion to dismiss | .5 hour |
| 4-8-11 | Reviewed Letter from Rob Kelly, Department of Justice | .25 hour |
| 4-11-11 | EMC's Reply Memo to US Response to Defendants' Motion to Strike Expert Witnesses and Other Documents | 1.0 hour |
| 4-12-11 | Exxon Response to EMC's Motion to Strike Statement Of Facts | 1.5 hours |
| 4-13-11 | Appear before Judge Leinenweber on status | 3.5 hours |
| 4-14-11 | EMC's Reply Memo to US Response to Defendants Motion to Strike Experts with Four Exhibits | 3.0 hours |
| 4-15-11 | Review EMC's Reply Memo to US Response to Defendants Motion to dismiss | 2.0 hours |
| 4-19-11 | EMC Reply in Support of its Motion to Strike Exxon's Statement of Facts | 1.0 hour |

| Date | Description | Time |
|---|---|---|
| 4-20-11 | Meet with Fazioli and Egan | 5.0 hours |
| 4-21-11 | Meet with Fazioli | 3.0 hours |
| 4-27-11 | Pre-meeting with Flessner, Sump and Egan | 4.0 hours |
| 5-9-11 | EMC Response to Exxon's Second Request for Production of Documents | .5 hours |
| 5-10-11 | EMC's Fourth Supplement Request for Production Of Docs to Exxon | .5 hours |
| 5-12-11 | Meet with Sump and criminal lawyer to coordinate, Then Neuman | 7.0 hours |
| 6-6-11 | Travel to WDC and back to participate in depositions Of Cortez, Ed Haan and Spencer and Return to Lemont On 6-10-11 during Drive extensive conferences occurred With Dennis Egan. | 8.0 hours |
| 6-7-11 | EMC 's Motion for Leave to File Supplemental Reply Memo to USA response to EMC Motion to Dismiss | .5 hour |
| 6-7-11 | EMC Supplemental Reply Memo to US response to EMC's Motion to Dismiss. | .25 hour |
| 6-11-11 | Return from WDC | |
| 6-13-11 | USA Motion in Limine | .25 hour |
| 6-16-11 | Court Hearing Judge Leinenweber | 4.0 hours |
| 6-13-11 | US Memo of law in support of Motion in Limine | 3.5 hours |
| 6-13-11 | US Responses to EMC Supplemental Requests for Production | .25 hour |
| 6-15-11 | EMC Reply in Support of Motion for Leave to File Supplemental Reply | .25 hour |
| 6-30-11 | US Motion to Continue Trial | 1.5 hours |
| 6-27-11 | Review Communications from Troutman Firm and Court | .50 hour |
| 7-11-11 | EMC Opposition to US Continuance of Trial | 1.0 hour |
| 7-13-11 | Attend court hearing before Judge Leinenweber on Limine Motion and Extension of time to Conduct Expert Witness Deposition | 3.5 hours |
| 7-6-11 | Exxon Supplemental Request for Production of Documents | 1.5 hours |
| 7-13-11 | Attend hearing before Leinenweber on motions | 3.5 hours |
| 7-28-11 | Attend hearing before Leinenweber on motions | 3.5 hours |
| 8-3-11 | Attend hearing before Leinenweber on motions | 3.5 hours |
| 7-28-11 | EMC Motion for leave to file Second Supplemental Reply Memo to US Response to EMC Motion to EMC | 1.0 hour |
| 8-10-11 | Review deposition Notices | .5 hour |
| 8-9-11 | Review Court's SJM decision | 2.0 hours |
| 8-11-11 | Review US Second Motion in Limine | 1.0 hour |
| 8-16-11 | Attend hearing before Judge Leinenweber | 4.5 hours |
| 8-17-11 | Review EMC Rule 26 a 3 disclosures | .5 hour |
| 8-19-11 | Review EMC Motion for Reconsideration   1.0 hour | |
| 8-24-11 | Exxon Response to EMC Reconsideration Motion | .5hour |
| 8-30-11 | Review US Third Motion in Limine with exhibits | 2.0 hours |
| 8-30-11 | Review EMC motion in Limine with exhibits | 2.0 hours |
| 8-31-11 | Review final Pretrial Order | 3.0 hours |
| 9-2-11 | Review EMC Motion to Stay trial | .5 hour |
| 9-5-11 | Review EMC Response to US Limine motion | .5 hour |
| 9-6-11 | Had Discussion with Sump and Egan on status of case | 1.0 hour |
| 8-25-11 | Attend hearing before Judge Leinenweber | 4.5 hours |

| Date | Description | Hours |
|---|---|---|
| 9-6-11 | Attend hearing before Judge Leinenweber | 4.5 hours |
| 9-7-11 | Attend hearing before Judge Leinenweber | 4.5 hours |
| 9-12-11 | TRIAL | 8.5 hours |
| 9-13-11 | TRIAL | 8.0 hours |
| 9-14-11 | TRIAL | 8.0 hours |
| 9-19-11 | Trial and conference with Sump on strategy | 8.0 hours |
| 9-20-11 | TRIAL | 3.5 hours |
| 9-21-11 | Review US Post Trial Proposed findings of Fact | 2.0 hours |
| 9-21-11 | Review EMC Post Trial Proposed findings of Fact | 2.0 hours |
| 10-13-11 | Review Memo Opinion and Order on EMC liability | 2.0 hours |
| 10-18-11 | Discussion with Sump on possible Appeal | 1.0 hour |
| 10-26-11 | Discuss with Sump, O'Malley and Egan advantage/ Disadvantages of appeal of Leinenweber SJM decision | 1.0 hour |
| 11-3-11 | Review Draft Rule 59 motion | 3.0 hours |
| 11-8-11 | holds discussion with Sump on rule 59 motion | 3.0 hours |
| 11-14-11 | Call with Sump on possible Appeal issues | 1.0 hour |

                                                                                   Subtotal: 199.75 hours

Depositions 2011

| Date | Description | Hours |
|---|---|---|
| 1-3 and 4 | Review/Analyze Deposition Transcript – Mark Hamilton | 12.0 hours |
| 1-5 and 6 | Review/Analyze Deposition Transcript - Clifton Hene | 12.0 hours |
| 1-3 | Review/Analyze Deposition Transcript – Irvin Holm | 3.0 hours |
| 1-4 | Review/Analyze Deposition Transcript– Jason Hainline | 6.0 hours |
| 1-5 | Review/Analyze Deposition Transcript – Gary Fite | 2.0 hours |
| 1-6 | Review/Analyze Deposition Transcript- Jeff Carrie | 5.0 hours |
| 1-7 | Review/Analyze Deposition Transcript- Eric P. Christiansen | 2.0 hours |
| 1-7 | Review/Analyze Deposition Transcript – Luis Sanchez | 5.0 hours |
| 1-9 | Review/Analyze Deposition Transcript – Michael Reed | 8.0 hours |
| 1-10 | Review/Analyze Deposition Transcript – Peter Lamanna | 6.0 hours |
| 1-11 | Review/Analyze Deposition Transcript- Neil Hauge | 6.0 hours |
| 4-13 | Preparation for Deposition- Marc Fazioli | 4.0 hours |
| 4-14 | Preparation for Deposition- Marc Fazioli | 3.0 hours |
| 4-19 | Preparation for Deposition- Alan Kassner | 3.0 hours |
| 4-22 | Deposition Participation – Alan Kassner | 8.0 hours |
| 4-25 | Preparation for Deposition –Don Flessner | 6.5 hours |
| 4-27 | Preparation for Deposition- Don Flessner | 6.0 hours |
| 4-28 | Deposition Participation- Don Flessner | 9.0 hours |
| 5-11 | Preparation for Deposition – Capt. Tom Neumann | 2.0 hours |
| 5-13 | Deposition Participation – Capt. Tom Neumann | 4.0 hours |
| 5-16 | Preparation for Deposition- Don Hoffman | 4.5 hours |
| 5-17 | Deposition Participation - Don Hoffman | 9.0 hours |
| 5-20 | Preparation for Deposition – Dr. Pless | 2.5 hours |
| 5-24 | Deposition Participation- Dr. Pless | 8.0 hours |
| 6-3 | Preparation for Deposition - Don Cortez | 4.25 hours |
| 6-7 | Deposition Participation – Don Cortez | 8.0 hours |
| 6-8 | Preparation for Deposition – John DeHaan | 3.0 hours |

| Date | Description | Hours |
|---|---|---|
| 6-8 | Preparation for Deposition – Jerry Spencer | 3.5 hours |
| 6-9 | Deposition Participation- John DeHaan | 8.0 hours |
| 7-6 | Preparation for Deposition- Rick VanHemmen | 3.5 hours |
| 7-7 | Deposition Participation – Rik VanHemmen | 9.0 hours |
| 7-11 | Preparation for Deposition- Randy Kent | 3.0 hours |
| 7-11 | Preparation for Deposition- Peter Wakefield | 3.5 hours |
| 7-12 | Preparation for Deposition- John Malooly | 3.0 hours |
| 7-14 | Deposition Participation – Randy Kent | 7.0 hours |
| 7-15 | Deposition Participation- John Malooly | 2.5 hours |
| 7-18 | Deposition Participation Peter Wakefield | 4.0 hours |
| 7-19 | Preparation for Deposition - Roger Schneider- | 1.5 hours |
| 7-19 | Deposition Participation – Roger Schneider | 7.0 hours |
| 8-1 | Preparation for Deposition -Warren Letzsch | 1.0 hour |
| 8-1 | Deposition Participation- Warren Letzsch | 7.0 hours |
| 8-2 | Review/Analyze Deposition Transcript- Neumann | 8.0 hours |
| 8-3 | Review/Analyze Deposition Transcript – Dr. Pless | 6.0 hours |
| 8-4 and 5 | Review/Analyze Deposition Transcript – Don Cortez | 9.0 hours |
| 8-7 and 8 | Review/Analyze Deposition Transcript Alan Kasner | 9.0 hours |
| 8-10 and 11 | Review/Analyze Deposition Transcript -Don Flessner | 9.0 hours |
| 8-13 and 14 | Review/Analyze Deposition Transcript- Marc Fazioli | 9.0 hours |
| 8-16 and 18 | Review/Analyze Deposition Transcript Don Hoffman | 9.0 hours |
| 8-19 | Review/Analyze Deposition Transcript –Jerry Spencer | 3.0 hours |
| 8-20 and 21 | Review/Analyze Deposition Transcript –John DeHaan | 9.0 hours |
| 8-22 | Review/Analyze Deposition Transcript – Rik Van Hemmen | 9.0 hours |
| 8-23 | Review/Analyze Deposition Transcript- Randy Kent | 8.0 hours |
| 8-24 | Review/Analyze Deposition Transcript John Malooly | 2.0 hours |
| 8-25 | Review/Analyze Deposition Transcript- David Tucholski | 8.0 hours |
| 8-27 | Review/Analyze Deposition Transcript- Roger Schneider | 8.0 hours |
| 8-29 and 30 | Review/Analyze Deposition Transcript- Warren Letzsch | 8.0 hours |

| | | |
|---|---|---|
| 1-1 to 12-31 | Weekly Meeting with Dennis Egan on Case Minimum ten hours per week, collectively over one year: | 520.0 hours |
| | discounted to 2 hours a week billed: | - (416.0 hours) |

|  |  |
|---|---|
| **Subtotal:** | 433.25 hours |
| **Grand Total:** | 633.0 hours |

633.0 hours @$175.00 per hour          **Amount Owed: $110,775.00**